UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JANE ROE, individually and on behalf of all others similarly situated,**<br><br>　　　　　**Plaintiff,**<br>　　vs.<br>**INTELLICORP RECORDS, INC., an Ohio corporation, and DOES 1-50, inclusive,**<br><br>　　　　　**Defendant.** | Case No.: 1:12-CV-02288-JG<br><br>Judge: James S. Gwin |

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1-A, Newport News, VA 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

                                                      **JANE ROE, individually and on behalf of all others similarly situated,**

                                                      _____/s/_____
                                                      Leonard A. Bennett, Esq.
                                                      VSB #37523
                                                      Attorney for Plaintiff
                                                      CONSUMER LITIGATION
                                                      ASSOCIATES, P.C.
                                                      763 J. Clyde Morris Boulevard, Suite 1-A
                                                      Newport News, Virginia 23601
                                                      (757) 930-3660 - Telephone
                                                      (757) 930-3662 – Facsimile
                                                      E-mail:  lenbennett@clalegal.com

CERTIFICATE OF SERVICE

   I hereby certify that on the 18th day of February, 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Lauren H. Elbert
Davis Polk & Wardwell - New York
450 Lexington Avenue
New York, NY 10017
212-450-4927
Fax: 212-701-5927
Email: lauren.elbert@davispolk.com

David H. Wallace
Taft Stettinius & Hollister - Cleveland
3500 BP Tower
200 Public Square
Cleveland, OH 44114
216-241-2838
Fax: 216-241-3707
Email: dwallace@taftlaw.com

Gina Caruso
Davis Polk & Wardwell - New York
450 Lexington Avenue
New York, NY 10017
212-450-4000
Fax: 212-751-5800
Email: gina.caruso@davispolk.com

Gregory J. O'Brien
Taft, Stettinius & Hollister
3500 BP Tower
200 Public Square
Cleveland, OH 44114
216-241-3141
Fax: 216-241-3707
Email: gobrien@taftlaw.com

Joel Murray Cohen
Davis Polk & Wardwell - New York
450 Lexington Avenue
New York, NY 10017
212-450-4935
Fax: 212-701-5592

Email: jmcohen@dpw.com

Michael J. Zbiegien , Jr.
Taft, Stettinius & Hollister
3500 BP Tower
200 Public Square
Cleveland, OH 44114
216-706-3962
Fax: 216-241-3707
Email: mzbiegien@taftlaw.com

Samantha Harper Knox
Davis Polk & Wardwell - Menlo Park
1600 El Camino Real
Menlo Park, CA 94025
650-752-2083
Fax: 650-752-3683
Email: samantha.knox@davispolk.com
ATTORNEY TO BE NOTICED

                                             /s/
                            Leonard A. Bennett, VSB#37523
                            Consumer Litigation Associates, P.C.
                            763 J. Clyde Morris Boulevard, Suite 1-A
                            Newport News, VA 23601
                            (757) 930-3660 telephone
                            (757) 930-3662 facsimile
                            lenbennett@clalegal.com