# EXHIBIT C

Page 1

```
 1
 2                UNITED STATES DISTRICT COURT
 3             FOR THE NORTHERN DISTRICT OF OHIO
 4
 5   JANE ROE, individually and on     )
     behalf of all others similarly    )
 6   situated,                         )
                                       )
 7             Plaintiff,              )  Case No. 1:12-cv-
                                       )           02288-JG
 8         vs.                         )
                                       )
 9   INTELLICORP RECORDS, INC., an     )
     Ohio corporation, and DOES 1-50, )
10   inclusive,                        )
                                       )
11             Defendants.             )
                                       )
12   --------------------------------)
13
14
15
16
17
                  DEPOSITION OF TODD CARPENTER
18
                      New York, New York
19
               Thursday, December 13, 2012
20
21
22
23   Reported by:
     Cheryll Kerr, LSR
24   Job No. 56396
25
```

1                         T. Carpenter

2       T O D D    C A R P E N T E R,

3       called as a witness, having been duly

4       sworn, was examined and testified

5       as follows:

6                     THE SHORTHAND REPORTER:  Please state

7              your full name and your address for the

8              record, sir.

9                     THE WITNESS:  It's Todd Carpenter.

10      My address is 29528 Lincoln Road, Bay

11      Village, Ohio 44140.

12                    THE SHORTHAND REPORTER:  Thank you.

13      Please proceed.

14                    MR. COHEN:  Before we start, I just

15             want to make it clear we reserve all

16             objections other than as to the form of

17             the question.

18                    As to topics outside the scope of the

19             notice, the witness is testifying in his

20             personal capacity.

21

22                    DIRECT EXAMINATION

23                    BY MS. BECKER:

24

25      Q.     Okay.  Good morning, Mr. Carpenter.  My

                    T. Carpenter

1

2       Q.      Okay.

3       A.      I know they are continuing to put that

4   together with our legal team.

5       Q.      Okay.  What is your position at

6   IntelliCorp?

7       A.      I'm the president of IntelliCorp Records.

8       Q.      What are your duties?  Just generally,

9   what is your job function there?

10      A.      Generally, it is to oversee the

11  day-to-day operations of IntelliCorp, so that's --

12  really, anything contractual or financial certainly

13  rolls up to me.

14          You know, I confer with my direct reports on a

15  weekly basis as to what's going on in their area,

16  what new things do we need to do, what course

17  corrections do we need to make, so really the

18  day-to-day operations of that.

19              MS. BECKER:  Let's mark this as the

20          next exhibit, please.

21              (Thereupon, the document was then

22          marked by the shorthand reporter as

23          Plaintiff's Exhibit 7 for identification.)

24  BY MS. BECKER:

25      Q.      I've asked the reporter to mark what I

1                    T. Carpenter

2              MS. BECKER:  I -- that's the only

3         number --

4              MR. COHEN:  Oh, okay.

5              MS. BECKER:  -- I wanted to say.

6    BY MS. BECKER:

7         Q.    Can you give me an estimate of how many

8    of those reports included a Criminal SuperSearch?

9         A.    I can't, off the top of my head.

10   Certainly -- you know, the majority of them would

11   have.

12        If you're asking for a specific percentage,

13   rather than being incorrect, I would say -- you

14   know, we could -- we could find that out, but --

15        Q.    Okay.  Would you guess it would be like

16   90 percent?

17        Or not "guess," but would you -- would that be

18   a reasonable estimate, or more or less than that?

19        A.    Again, I would say less than that, but

20   somewhere north of 75 percent.

21        Q.    Do you know who prepared the responses to

22   those questions?  Who it is that actually ran those

23   numbers in response to the requests?

24        A.    I think Dave Garrett ran those.

25        Q.    Okay.  IntelliCorp --

Page 64

1                    T. Carpenter

2       Q.    Okay.   Was this a one-time audit, or is

3  the audit an ongoing thing?

4                  MR. COHEN:  Objection to the form.

5                  THE WITNESS:   There was a one-time

6              accreditation audit for that, and then

7              there are a few steps that we need to do

8              to remain compliant with that.

9  BY MS. BECKER:

10      Q.    And when was the one-time audit?

11      A.    I think it probably started in either

12  late 2009 or early 2010, and was completed -- you

13  know, somewhere around April of 2010.

14      Q.    The document states at the top "Criminal

15  SuperSearch Components, FCRA Compliant."   That's

16  F-C-R-A.   That stands for the Fair Credit Reporting

17  Act, right?

18      A.    It does.

19      Q.    Is that your understanding?  Okay.   Is it

20  okay if I just call that "FICRA" (phonetic)?

21      A.    You can.   I prefer FCRA, but okay.

22      Q.    FCRA?  Okay, I will call it the FCRA.

23      Is that intended to represent to an employer

24  that the searches -- or the product, I guess -- the

25  Criminal SuperSearch product -- complies with the

Page 65

1                    T. Carpenter

2      FCRA?

3          A.      That is our position.

4          Q.      Is that a determination that's made by

5      the compliance department at IntelliCorp?

6          A.      Ultimately, yes.

7          I mean, on an ongoing basis, they would be the

8      ones that are watching and making sure the frequency

9      of updates and information that's there is up to

10     standards that they have to go on.

11         Q.      Does IntelliCorp have an in-house

12     counsel?

13         A.      We rely on Verisk's in-house counsel.

14         Q.      Where is Verisk's corporate office?

15         A.      Newark, New Jersey.

16              MR. COHEN:  It's actually Jersey

17         City.

18              THE WITNESS:  I'm sorry.  Jersey

19         City.

20     BY MS. BECKER:

21         A.      I relate to things as an airport.  I'm

22     sorry.

23         Q.      Okay.  Turn to the second page of Exhibit

24     8.  This is Bates stamped 647.  It says "SuperSearch

25     Component Summary Instant Data."

1                    T. Carpenter

2    purchase?

3        A.    Again, that's really determined at the

4    account, so we have some accounts that lock those in

5    and require those, and we have some accounts that

6    are left to the user as a recommendation.

7        Q.    Okay.  If IntelliCorp recommends that a

8    single county criminal search be run, and the

9    employer does not select that option, it's not --

10       Let's assume under the account setting, it's

11   not mandatory.  It's optional for the user at the

12   employee end.  If they only wish to order the

13   Criminal SuperSearch report, will IntelliCorp

14   provide that?

15                   MR. COHEN:  Objection to the form.

16                   THE WITNESS:  So if they have -- you

17             know.  We have made our recommendations.

18   BY MS. BECKER:

19       Q.    Correct.

20       A.    The client will view those.  They go

21   through a confirmation page to say what products and

22   services they ordered.

23       They confirm that, and we fill the products

24   that they have chosen in that process.

25       Q.    Okay.  If the employer declines one of

1                T. Carpenter

2   IntelliCorp's recommendations, IntelliCorp will

3   still go ahead and sell them the products that they

4   in fact choose to purchase, correct?

5      A.   We -- yes.  I mean, we walk them through

6   the recommendations, the selection process, and as

7   they have chosen those products, those are the ones

8   that we charge them for and fill.

9      Q.   Let's assume that an employer chooses a

10  Criminal -- an instant Criminal SuperSearch, and

11  they also select a single county criminal search,

12  okay, as the products they want.  IntelliCorp --

13     Is it correct that IntelliCorp's computer then

14  runs the Criminal SuperSearch and provides those

15  results immediately to the employer?

16          MR. COHEN:  Objection to the form.

17          THE WITNESS:  Again, it's probably

18       not quite as you described that.

19  BY MS. BECKER:

20      Q.   Okay.

21      A.   There's a set of products that are

22  ordered by the client.

23      Q.   Right.

24      A.   The system parses those out by that

25  vendor table and sends them off for fulfillment.

1        T. Carpenter

2    The client can view status through the --

3        There's an online page that they can look at to

4    see where the status of that report is, and it

5    clearly walks them through how many products are

6    complete, how many are incomplete, and what's the

7    overall status of that search.

8        Q.    And as each product is completed, that

9    product is available for the employer to view,

10   right?

11       A.    Again, it's an online page.

12       As individual products are completed, that

13   starts to fill in that -- that view of the online

14   page that they have.

15       Q.    Well, in what sense is it an instant

16   search?

17       A.    The difference with the database search

18   as opposed to a single county?

19       A single county typically has a one- to

20   three-day turnaround, and the database search

21   typically has a fairly quick turnaround.

22       Q.    By the "database search," you mean the

23   search that is done based on information already

24   loaded into and available on IntelliCorp's internal

25   database?

Page 75

1                           T. Carpenter

2     around what we hold in that, and applies the federal

3     FCRA guidelines for how far back we can go.

4          If data becomes stale, we pull the information

5     out of that database and don't have that available

6     through an FCRA search.  The nonFCRA clients will

7     get a fuller set of information for that.

8          Q.    What type of client would order a nonFCRA

9     search?

10         A.    We have investigative clients.  For

11    instance, our parent company does claims

12    investigations, and we will provide information to

13    them.

14         Q.    So not consumer reports?

15         A.    Correct.

16         Q.    The results of the Criminal SuperSearch

17    from IntelliCorp's criminal database normally are

18    available to the employer within how much time?

19         A.    You know, the SuperSearch generally

20    complete in less than 10 seconds.  What's the

21    definition of "instant"?

22         Q.    Does IntelliCorp maintain a copy of the

23    search results that are -- you know, instantly

24    provided to the employer?

25         A.    The data in which the screen is built off

1                    T. Carpenter

2    of is snapshotted and saved for each individual

3    search that we do.

4        Q.    Okay.

5        A.    So while it's not a -- it's not a paper

6    format, that information is stored in -- in a -- you

7    know, a data element.  An XML format in the

8    database.

9        Q.    How long is it saved for?

10       A.    Indefinitely.  Currently, there is no

11   expiration.

12            MS. BECKER:  Please mark this as the

13        next exhibit.

14            (Thereupon, the document was then

15        marked by the shorthand reporter as

16        Plaintiff's Exhibit 9 for identification.)

17   BY MS. BECKER:

18       Q.    So in order to understand better what the

19   employer sees and has available through searches, I

20   think we'll take a look at the documents related to

21   the plaintiff in this case.

22       Sir, I have handed you what the reporter has

23   marked as Plaintiff's Exhibit 9.  This document was

24   produced by plaintiff and is Bates stamped Plaintiff

25   000031.

1  T. Carpenter

2  (Informal discussion held off the

3  record.)

4  BY MS. BECKER:

5  Q.  I will represent to you that our client

6  has told us that she received a copy of this from an

7  employer.

8  So I would like to ask you, sir, if this does

9  look to you like a printout of what an employer

10  would see after logging onto IntelliCorp's website

11  and ordering a Criminal -- an instant Criminal

12  SuperSearch.

13  A.  Again, the format of the report is -- you

14  know, what we use today.

15  The contents of that report would vary greatly,

16  depending on the products and services that they --

17  that they ordered.

18  Q.  Okay.  Let's go through here.  It says --

19  "Subject information" is the first information

20  on page 1.  It says "Likely name match," so what

21  does that signify when it says "Likely name match"?

22  A.  That refers to what we call a fuzzy name

23  setting, so it is, again, an account setting that we

24  can tighten up the tolerance or loosen the tolerance

25  around searching for a name, and that represents a

Page 78

1                   T. Carpenter

2    setting for this client.

3        Q.    What are the other options?

4        I mean, what are the range of options that

5    exist for that?

6        A.    I think there are three options.  I'm not

7    positive what we --

8        I think the one higher would be best name

9    match, likely name match, and there's another one

10   below that.  I'm not sure what that one is, the

11   label on it.  I'm not positive of what we call that.

12       Q.    Under "Other Information," it says

13   "Report status unprocessed."  What does that mean?

14       A.    It means the --

15       All products ordered for this for this subject

16   are not complete, so they haven't -- you know, each

17   of the products haven't completed yet.

18       Q.    Okay.

19       So does that line -- "Report status, remain

20   unprocessed" -- refer to all of the products that

21   all this particular employer ordered are completed?

22       A.    For that particular employer?  For this

23   particular --

24       Q.    Search request.

25       A.    -- request?

1        T. Carpenter

2        Q.      Right, right.

3        A.      Yes.

4        Q.      And "Search request date" -- is that the

5    time that the employer first logs on to

6    IntelliCorp's website?

7        A.      It is the date in which they went

8    through -- you know, as they ordered this particular

9    search, clicked through the confirmation page and

10   said, "Yes, process the search."

11       Q.      Does each employer client of IntelliCorp

12   have a unique password or some kind of web

13   identifier when they log on to the site?

14       A.      Each user does.

15       Q.      Each user?  So what --

16       For example, in this case, the employer is

17   Smart Choice Investments Inc./BrightStar.  I would

18   like to refer to them as Brightstar, if -- just so

19   we're clear, okay?

20       A.      In --

21       Q.      So BrightStar --

22       A.      Just so you understand, we have multiple

23   BrightStar accounts, so --

24       Q.      Oh, okay.

25       A.      I don't want to confuse things, but we

Page 84

1                        T. Carpenter

2    employee's Social Security number that they

3    presented is a valid number?  Is that the purpose of

4    providing this?

5         A.     It is, and that it's not on the death

6    master file.

7         Q.     Okay.  Thank you.

8              Then we have "California Single County

9    Criminal, Los Angeles."  That says "In process," so

10   that means IntelliCorp is going to run the search,

11   and it hasn't been completed yet, correct, or is in

12   the process of running the search and hasn't been

13   completed yet?

14        A.     Yeah.  It just -- IntelliCorp or -- you

15   know, a vendor of IntelliCorp.  It means the search

16   has been ordered --

17        Q.     Correct.

18        A.     -- but has not completed.

19        Q.     Okay.  "Criminal SuperSearch including

20   nationwide sex offender registry" says "Results

21   found."  What does that mean?

22        A.     It means that there's information that

23   returned as part of that search.

24        Q.     Meaning that the person has been found to

25   have some -- a criminal past of some sort, correct?

1                    T. Carpenter

2        A.    I mean, if you're reading up here, it

3    just says there's results found that need to be

4    reviewed.

5        Q.    Well, if I am the employer, and I am

6    reading this, I am trying to understand what --

7        What is the employer supposed to understand

8    from seeing "Results found"?

9               MR. COHEN:  Objection to the form.

10              THE WITNESS:  Maybe you can reask the

11              question.

12   BY MS. BECKER:

13       Q.    Does this "Results found" with respect to

14   the Criminal SuperSearch mean that there is some

15   evidence that a person was arrested?  Charged with a

16   crime?

17       A.    It means we found a record that matches

18   the information that was provided as part of the

19   subject, and we've returned a record in that search.

20       Q.    And by "record," you mean a criminal

21   record indicating that the person was -- you know,

22   arrested, charged, convicted or something, correct?

23              MR. COHEN:  Objection to the form.

24              THE WITNESS:  We have returned a

25              record from our database.

1                    T. Carpenter

2        Q.    Okay.  Next to "Charge description," it

3    says "Los Angeles Superior Court index data."  Do

4    you see that?

5        A.    I do.

6        Q.    Does that mean that the source of this

7    information is from the Los Angeles Superior Court

8    index data?

9        A.    That would be correct.

10       Q.    Is it your understanding that that was

11   the only source of data that had been consulted by

12   the IntelliCorp IntelliSearch when it generated this

13   report?

14       A.    No.

15       Q.    With respect to the charges listed on

16   this piece of paper, was that the only source of

17   information for that charge information?

18       A.    So again, this record -- I mean, there's

19   the subject information.  We search our criminal

20   database, and -- you know.

21       It looks through all the sources of information

22   in the database, but this was the record that

23   matched the criteria for the subject that was input.

24       Q.    Now, this report was generated just

25   automatically by IntelliCorp's computer system,

1                           T. Carpenter

2    right?

3         A.    Once the user selects yes, confirms that,

4    there's -- there is manual input, certainly, on --

5    you know, the -- some of the offline searches.  The

6    system collects that information and makes those

7    results available through that.

8         So the Criminal SuperSearch in that case is

9    really done in a -- it does not require any manual

10   intervention in that process.

11        Q.    All right, so no human had to get

12   involved in between the time somebody at -- May

13   Dolores entered this request, and this report was

14   output?

15        It was strictly done by IntelliCorp's computer

16   system, correct?

17        A.    Not quite.  I mean, the output itself --

18        The individual user would have to go in and

19   click on and view the results that were available

20   through the online system.

21        Q.    Okay.  May Dolores would have to do that?

22   May -- I'm not sure if May or Dolores is her first

23   name, or --

24        A.    I think it's Dolores May, but --

25        Q.    Okay.

Page 91

1                    T. Carpenter

2        A.    -- there are some cases where -- you

3   know, a user can see other's search requests and

4   some users are set up only to see their own, so

5   this -- you know.

6        It captures the user ID when the request is

7   made.  Presumably, that's who's viewing it, but I

8   can't tell you that for sure, so...

9        Q.    No employee of IntelliCorp was involved

10  in preparing this report?

11       A.    Correct.

12             MS. BECKER:  Please mark this as the

13             next exhibit.

14             THE SHORTHAND REPORTER:  Okay.

15             Exhibit 10.

16             (Thereupon, the document was then

17             marked by the shorthand reporter as

18             Plaintiff's Exhibit 10 for

19             identification.)

20             MS. BECKER:  We've marked as Exhibit

21             10 some documents that were produced by

22             IntelliCorp Bates stamped 259 through 270

23             starting with a cover letter from

24             IntelliCorp's compliance department to the

25             plaintiff -- well, to Mr. Fok,

1                        T. Carpenter

2       A.      We can tell as each product is complete.

3   I can't tell when you they have been viewed.

4       Q.      Right, so --

5       A.      Systematically, the system tells you they

6   are complete.  I can't tell you when they have been

7   viewed.

8       Q.      So you can tell me when IntelliCorp from

9   its end completed each report, but you can't tell me

10  when the employer chose to look at it?  Is that

11  fair?

12      A.      Right.  IntelliCorp ordered one of our

13  vendors in our production of that, but yes.

14      Q.      Okay.  Thank you.

15  So Exhibit 10 was generated from your RNERS

16  system?

17      A.      That's correct.

18              MS. BECKER:  For the reporter, it's

19          all caps, R-N-E-R-S.

20  BY MS. BECKER:

21      Q.      So sir, RNERS stand for Researchers

22  National Extranet Reporting System; is that right?

23      A.      I believe so, yes.

24      Q.      And that's a proprietary system created

25  and owned by IntelliCorp?

1                         T. Carpenter

2        I'm not sure whether -- whether my team in

3    response to this request put that at the top of

4    that, or whether that was labeled after the fact.

5                    MR. FOK:  My name is Devin Fok, for

6              the record.

7              I am the attorney who requested the

8         production initially in December.  When it

9         got to me, it was stated on the top of

10        that document.

11                  THE WITNESS:  Okay.

12                  MS. BECKER:  Please mark this as the

13        next exhibit.

14              (Thereupon, the document was marked

15        by the shorthand reporter as Plaintiff's

16        Exhibit 11 for identification.)

17   BY MS. BECKER:

18        Q.    Okay.  We've marked as Plaintiff's

19   Exhibit 11 an IntelliCorp document Bates stamped

20   2233 to 2235.  This is another IntelliCorp report

21   provided to BrightStar regarding the plaintiff also

22   run by May Dolores.

23        You will note in this one the status of the

24   report is "Process complete," so it correct, sir,

25   that --

1               T. Carpenter

2      Am I reading this document correctly that the

3  search request was October 20th, 2011 and it was

4  completed on October 26th, 2011?

5      A.    If your eyes are as good as mine, is that

6  a 26 or a 28?

7               MS. BECKER:  Josh?

8               MR. FOK:  Twenty-eight.

9               MS. BECKER:  Twenty-eight?  Thank

10         you.

11  BY MS. BECKER:

12      Q.    Okay, it was completed on the 28th?

13               MR. COHEN:  I'm not sure.

14               THE WITNESS:  I am okay to rely on

15           those dates, so if you can read them,

16           sure, I am okay to rely on those.

17  BY MS. BECKER:

18      Q.    Okay.

19      A.    Right.

20      Q.    So on the first page of this report, we

21  have that same Social Security number verification,

22  "Results found."

23      We have Criminal SuperSearch, "Results found,"

24  and then we have above that, California --

25               MR. COHEN:  Did you read that right?

Page 101

1          T. Carpenter

2    into our system the results of their search.

3          So did they see anything or didn't they see

4    anything in the middle of that?  I don't know that

5    for sure.  They did not report any results back in

6    terms of records here.

7          Q.    Well, from point of view of the employer

8    reading this report, this indicate that there are no

9    criminal records in the County of Los Angeles

10   pertaining to the plaintiff, correct?

11         A.    As of that search, we found no records

12   that matched that criteria.

13         Q.    Is this document the total of the

14   information that would be available to BrightStar

15   regarding the results of IntelliCorp's single county

16   criminal search pertaining to Ms. Hillard?

17         A.    This report is the result of the searches

18   that we provide, and it is the -- you know.  It's

19   the background report that we provide to the

20   customer.

21         Q.    So there aren't any other reports that

22   might have been provided to this customer in this

23   case that for some reason IntelliCorp has not

24   produced to us?

25         A.    That's correct.

1                    T. Carpenter

2      Q.    Okay.

3            (Thereupon, the document was then

4      marked by the shorthand reporter as

5      Plaintiff's Exhibit 12 for

6      identification.)

7            THE SHORTHAND REPORTER:  Exhibit 12.

8            MR. COHEN:  I think the last question

9      was whether there were any reports

10     provided to this customer -- are you -- is

11     that supposed to be specific to this

12     subject?

13           MS. BECKER:  Yes, yes.  I said --

14     yes, to Ms. Hillard.

15           MR. COHEN:  Okay, but that question

16     didn't include that.

17           I just want to make sure, because

18     obviously there are other reports to --

19           MS. BECKER:  No.  I meant to limit it

20     to this customer.

21           MR. COHEN:  This subject?

22           MS. BECKER:  Subject, sorry.

23  BY MS. BECKER:

24     Q.    Okay.  Exhibit 12 is another IntelliCorp

25  background report regarding the plaintiff.  This

Page 103

T. Carpenter

1
2   one, you'll see, was for 5LIFE Ventures, Inc. d/b/a
3   ComforCare Senior Services.
4       This is 2236 to 2239, and is this essentially a
5   screen shot of what report was available to -- the
6   completed report that was available to ComforCare
7   with respect to the individual subject of this
8   search?
9       A.    Yes.
10      Q.    And is it correct that the request --
11  where it says "Search request date" of March 10th,
12  2011, that would be the date that the individual at
13  ComforCare logged on and requested that the search
14  be commenced, correct?
15      A.    Correct.  March 10th, 2011.
16      Q.    And the complete date is March 15th,
17  2011?  That's when IntelliCorp completed all of
18  these searches that were purchased in this case,
19  correct?
20      A.    For this report, yes.
21      Q.    Okay.  Would you look at the third page
22  of this document, please?
23      It's California single county criminal search
24  results.  The charge code here is PC866, I think.
25              MR. COHEN:  It's 666.

Page 104

1              T. Carpenter

2         MS. BECKER:  What is it?

3         MR. FOK:  It's 666.

4         MS. BECKER:  Okay, 666?

5    BY MS. BECKER:

6         Q.    Again, this doesn't tell what you the

7    level of the offense was, correct, whether it's a

8    felony or a misdemeanor?

9         MR. COHEN:  You mean that line

10        doesn't?

11        Q.    That line doesn't.  Read --

12        A.    I think if you read down.

13        Q.    Further down?  I'm sorry.

14   It tells you there was a felony, tells you the

15   disposition, and the sentence.  Does it tell you

16   anything about whether or not probation was

17   successfully completed?

18        A.    I can read the sentence line.  That's as

19   close as it gets.

20        So there's three years of formal probation, 133

21   days in jail with 133 days' credit, and a fine of

22   $400.

23        Q.    Right.  Is it your understanding that

24   means the sentence that was imposed, or the sentence

25   that was completed, or are you able to say one way

1                    T. Carpenter

2    or another?

3         A.    I'm not.

4         Q.    Going further down on the page to

5    California criminal records, this is through the

6    Criminal SuperSearch, correct?

7         It reports at the very last line on that page

8    the charge code of P211 as well as P666.  Do you see

9    that?

10        A.    I do.

11        Q.    And in this case, the report did not

12   provide any information regarding the level of the

13   P211 offense; is that right?

14        A.    I don't see any on the report, correct.

15        Q.    And it doesn't say anything about the

16   disposition of that charge, correct?

17        A.    That's correct.

18        Q.    Where it says "Charge description, Los

19   Angeles Superior Court index data," does that mean

20   that the source of the information about these two

21   charges was the Los Angeles Superior Court index

22   file?

23        A.    I believe that's why we put that on

24   there, yes.

25        Q.    If the employer -- in this case,

Page 106

1                    T. Carpenter

2   ComforCare -- had wanted to find out the disposition

3   of the P211 charge, is there another product that

4   IntelliCorp sells that they could have purchased to

5   find that out?

6                    MR. COHEN:  Objection to the form.

7                    THE WITNESS:  What are you asking?

8   BY MS. BECKER:

9       Q.    When -- if I'm ComforCare, and I get the

10  Criminal SuperSearch results, right, and I see that

11  it says no disposition information is provided,

12  correct, what other products are available to me

13  from IntelliCorp to find more information out about

14  the disposition of the charges?

15                    MR. COHEN:  Same objection.

16                    THE WITNESS:  I mean, we have

17              multiple products that cover different

18              areas.  Those are there.  We make

19              recommendations for other single county

20              products.

21                    In this case, they have a California

22              single county as well.

23  BY MS. BECKER:

24      Q.    Okay.  When IntelliCorp did the

25  California single county search in this case, how

1                         T. Carpenter

2    did IntelliCorp acquire the information for the

3    California single county search?

4         Was it through a vendor or -- or some other

5    way?

6         A.     For this particular --

7         Q.     Yeah.

8         A.     -- record?  I think at the time, the way

9    that they are searching California -- and I may be

10   slightly off, but in general I think this is the way

11   that this was working at this particular time.

12        They would first check the L.A. online system,

13   and if they found something, the court runner goes

14   to the court and gets the documents for that and

15   then transposes those back into our system.

16        Q.     When you say they go to the "online

17   system," is that an IntelliCorp employee who does

18   that?

19        A.     That is not -- in -- again -- you know,

20   that can vary county by county, so we have -- you

21   know, systematically set up the chart that we went

22   through and how the system directs what search and

23   who is going to fulfill that.

24        For L.A. County, that would go out to a

25   particular vendor, and it's that vendor's process

Page 108

1          T. Carpenter

2   for how they search that -- that particular court.

3        They would have followed that to put the

4   information back into our system.

5        Q.    IntelliCorp has just one office in Ohio,

6   right?

7        A.    That's correct.

8        Q.    Does IntelliCorp itself have any

9   agreement with services who actually provide RNERS

10  to go to the court?  To courts?

11       A.    Absolutely.

12       Q.    Okay, and they also have contact

13  contracted vendors who also have agreements with

14  people who go to the court?

15       A.    Yeah.  I mean, we typically have an

16  agreement one level deep.  If that vendor has other

17  ones -- you know, so some of the vendors have direct

18  employees that they're using.  Some of them have

19  contract employees, so there's -- you know.

20       It varies, I guess, in terms of what

21  relationship is, but we have a contract with each

22  vendor that supplies our offline searches for us.

23       Q.    Okay, and those vendors were identified

24  in that other exhibit we looked to earlier, right?

25       A.    Correct.

1           T. Carpenter

2   processes that -- you know, clients will contract us

3   to do additional things for them, but in general,

4   the adverse action process is something that the

5   client is responsible for.

6       Q.    And is it also true that the first time

7   IntelliCorp provided Ms. Hillard with a copy of

8   these documents that explain your rights under the

9   FCRA, which are the pages Bates stamped 2247 through

10  2250, that was when it sent this letter to her and

11  her counsel?

12      A.    I wasn't intimately involved in that, but

13  generally, I think that's the way that went, yes.

14              MS. BECKER:  Okay.  Let's take a

15          break for lunch.

16              (Recess taken at 12:52 p.m.)

17              (Resumed at 1:36 p.m.)

18  BY MS. BECKER:

19      Q.    Mr. Carpenter, when -- does

20  IntelliCorp --

21      A.    Which document are you looking at?

22      Q.    I'm not referring to a document.

23      A.    Okay.

24      Q.    I might in a minute.  I'm sorry.  If

25  IntelliCorp does a single county criminal search on

1                    T. Carpenter

2   somebody and finds additional information in there

3   that is over and above what the sources included in

4   the Criminal SuperSearch in the database used to

5   generate the Criminal SuperSearch, does IntelliCorp

6   update the internal database used for the Criminal

7   SuperSearch?

8        A.    We do not, off the single counties.

9        Q.    Okay.  So if we look, for example, at

10   Exhibit 11, so the --

11              MR. COHEN:  Hang on a second.

12              (Pause)

13              MR. COHEN:  Okay.

14   BY MS. BECKER:

15        Q.    Just looking at first page, so this

16   report says that for the single county criminal in

17   California, no results were found, right?

18        Meaning there is no -- you know, evidence of

19   criminal wrongdoing in that system, right?

20        A.    We did.

21        Q.    Then for Criminal SuperSearch, it says

22   "Results found."  Don't those seem inconsistent to

23   you?

24        A.    We really run -- you know, those searches

25   as independent products, so when we have the subject

Page 114

1                        T. Carpenter

2    information input into the system, both of those are

3    queued up and processed independently, and the

4    results from that are reassembled as they are

5    completed into the view of the report.

6         Q.    At the time that the --

7              In 2011, when this Exhibit 11 was run, what was

8    IntelliCorp's policy and procedure with how it

9    reported records which are -- which were expunged

10   pursuant to state law?

11        A.    So if -- if we're aware of a record that

12   is expunged, that record is -- you know, it's a

13   different process for different products.

14             So from the SuperSearch standpoint, if we're

15   aware that a record is expunged, that record is

16   marked in the database so that it will not be

17   returned.

18             From a single county standpoint, it's part of

19   our process that we give to our vendors in terms of

20   how to deal with the results that they find and what

21   we want reported.

22        Q.    When you say "if we're aware," how does

23   IntelliCorp get that information?

24        A.    In which one?

25        Q.    Well, you said, I believe, "If we're

1                     T. Carpenter

2  aware that a record has been expunged when we do our

3  Criminal SuperSearch, we won't include it."

4       A.     So -- you know.  Again, from sources of

5  information that go into our database, some of the

6  sources provide us with expungement information.  We

7  are a member of the Expungement Clearing House, who

8  also provides us with expunged records, and we

9  also -- you know.

10      If we are informed from an individual from a

11  dispute process and informed in that way, we will

12  also mark those records as expunged, and that

13  pertains specifically to the database.

14      From a single county standpoint, they may or

15  may not see the record depending on the court and

16  how that court makes that available, and then -- you

17  know.  There's some interpretation of information

18  there as that's -- as the researcher brings that

19  back and -- you know, would enter that into the

20  system.

21      Q.     If an employer --

22      If Ms. Hillard were to apply for another job,

23  and they happened to choose IntelliCorp to do a

24  background check on her, and IntelliCorp today ran

25  an instant Criminal SuperSearch on Ms. Hilliard,

Page 120

1          T. Carpenter

2  is the single county for that.

3      Q.    IntelliCorp is a consumer reporting

4  agency as defined under the FCRA, correct?

5      A.    We are.

6      Q.    And does IntelliCorp believe that every

7  consumer report that it provides has to comply with

8  the FCRA?

9      A.    We do.

10      Q.    As IntelliCorp applies -- applies that

11  understanding, does a consumer report that reports a

12  charge -- a criminal charge but does not report the

13  disposition of that charge comply with FCRA?

14          MR. COHEN:  Hang on a second.

15          To the extent that answering that

16          gets into attorney/client communications

17          and advice, I would object to that, and

18          you have to respond, so I would just give

19          you that instruction.

20          I guess you can repeat the question

21          and see if you can answer it without

22          getting into attorney/client

23          communications or advice.  Would you

24          please read back the question?

25          (Thereupon, the requested portion of

1                    T. Carpenter

2    employees.

3        Did your reports comply with the FCRA?  As a

4    business person, can you answer that question?

5        A.    I can.

6        Q.    And what's the answer?

7        A.    We feel that we are complying with the

8    FCRA in producing those -- those reports.

9        Q.    Okay, and I am interested in purchasing

10   your Criminal SuperSearch product.

11       Do the reports generated through the Criminal

12   SuperSearch comply with the FCRA?

13              MR. COHEN:  And you can answer as to

14         your understanding, if it is not based on

15         advice or discussions with counsel.

16              THE WITNESS:  Generally, I answered

17         that in the question before.

18              I mean, our process and procedures

19         are -- are put together through advice

20         with counsel in what we need to do to

21         comply with that.

22   BY MS. BECKER:

23       Q.    If and --

24       If an employer asks you whether either Criminal

25   SuperSearch product complies with the FCRA, would

Page 123

1                    T. Carpenter

2    you answer that question?

3        A.    We feel that our reports comply with the

4    FCRA.

5        Q.    Including the instant criminal

6    SuperSearch reports?

7        A.    Yes.

8        Q.    Okay.

9        Now if a report as Criminal SuperSearch

10   indicates there are charges, but does not include

11   publicly available information as to how the charges

12   were disposed of, is that report --

13       Under IntelliCorp's policy, does that comply

14   with the FCRA?

15            MR. COHEN:  I will make the same

16            objection, that it's calling for a legal

17            conclusion.

18            You can ask whether he has told

19            people that, but you can't ask whether he

20            has a legal opinion about it.

21            MS. BECKER:  All right.

22   BY MS. BECKER:

23       Q.    Have you ever discussed that with

24   anybody?

25       A.    As to whether our reports -- what --

Page 136

1              T. Carpenter

2    Give me one second here.

3         (Informal discussion held off the

4    record.)

5         MS. BECKER:  Please mark this as the

6    next exhibit.

7         THE SHORTHAND REPORTER:  Okay.  This

8    will be Exhibit 15.

9         (Thereupon, the document was then

10   marked by the shorthand reporter as

11   Plaintiff's Exhibit 15 for

12   identification.)

13        MS. BECKER:  Please mark this as

14   Exhibit 16.

15        (Thereupon, the document was then

16   marked by the shorthand reporter as

17   Plaintiff's Exhibit 16 for

18   identification.)

19        MR. COHEN:  Do you have a copy for

20   us?

21        Before you ask, can you wait until we

22   have a copy?

23        MS. BECKER:  Yes.  Didn't I give you

24   that one?

25        MR. COHEN:  Last thing I have is 14.

1                    T. Carpenter

2    requiring the applicant's email and/or street

3    address, and then toward the bottom, it says that

4    there are two options, "Notification" and "CCU

5    option."

6         So are you familiar with the changes that are

7    being discussed in here?

8         A.    Relatively.

9         Q.    So did IntelliCorp have a policy prior to

10   these changes going into effect in 2009 about

11   obtaining an applicant's email address?

12        Was that not required previously?  Was this a

13   new change?

14        A.    It was not required before this.

15        Q.    Was a street address required?

16        A.    In some circumstances, but not in all

17   circumstances.

18        Q.    So can you explain to me just what are

19   the two options that this is discussing?

20        A.    So at the time, I think we were

21   implementing the criminal case update and putting

22   in -- you know, some additional measures for

23   notification to the individual, so the criminal case

24   update is -- again, it's another account setting

25   that allows the customer to have a second -- we call

1                    T. Carpenter

2       A.    It is.  It -- it's the -- a notice under

3  the 613 -- you know, where -- again, I think we

4  continue to look at our process and procedures and

5  look for places to modify and enhance those.

6       At the time, we felt that we needed to improve

7  the collection of the email and street address and

8  the notifications that were being sent out.

9       Q.    In 2009, was it IntelliCorp's practice to

10  send any communications to a consumer about whom it

11  had run a background report?

12       A.    I think you'd have to be more specific.

13       Q.    Okay.  If IntelliCorp ran a Criminal

14  SuperSearch report on somebody, and it produced

15  results indicating that there was criminal history

16  information on the report, did IntelliCorp send a

17  notice to the consumer saying that a request for

18  public information about them had been performed by

19  IntelliCorp?

20       A.    Prior to September, no.

21       Q.    Okay.  September 2009?

22       A.    Correct.

23       Q.    Okay.  How did that policy change after

24  September of 2009?

25       A.    We really kind of took a belt and

1          T. Carpenter

2  suspender approach and added additional

3  notification.  If -- if the client ran a database

4  search and did not select the recommendations that

5  went with that, then we would send notification out

6  to the individual.

7          Q.    Only if the client did not select the

8  recommendations?

9          A.    It gets probably a little bit more

10  detailed than that.  You know, there's a whole

11  decision tree that goes into notifications and when

12  notifications don't go out.

13          But in general, if they didn't take

14  notifications and ran the SuperSearch, then we would

15  be sending notification out if they didn't agree to

16  do the -- the updates.

17          Q.    Okay, so the criminal case update --

18  that -- does that include all -- when -- when -- as

19  IntelliCorp used that term, "criminal case update,"

20  does that include everything after a Criminal

21  SuperSearch or in addition to a Criminal

22  SuperSearch?

23          A.    Again, the criminal case update is an

24  account setting, so -- and just being careful of

25  all -- but for those accounts that have that turned

Page 167

T. Carpenter

1

2    A.    It was not in that, so we recommended

3    that, and they ran those both in the first pass, so

4    their account was not turned on for CCU.

5    Q.    Okay.  Their account was not turned on,

6    so did IntelliCorp send a notice to the plaintiff?

7    A.    My understanding is we did not.

8    Q.    According to the policies in place, was

9    IntelliCorp supposed to?  I mean, I am just trying

10   to -- you know.

11   Putting aside any errors that could have been

12   made in my client's case, I am reading the policy,

13   and it says -- I don't mean to testify.  I am just

14   trying to -- you know.  This policy seems to state

15   either IntelliCorp's going to send a notice or the

16   client has CCU; is that correct?

17   That's, at least, what this policy is supposed

18   to be?

19   A.    Again, this policy was trying to educate,

20   I think, the folks at IntelliCorp of the changes

21   that were coming as a result of that.

22   Q.    Okay.

23   A.    So it was giving questions and answers so

24   that the internal people could talk to clients about

25   changes coming in and be able to answer those

1                        T. Carpenter

2    account setting?

3         A.     That is a product that they would order.

4         Q.     One product?

5         A.     And then the results of that are varied

6    by -- can be account settings as well, so the

7    account settings would vary.

8         What's returned from the database are the fuzzy

9    name setting, whether we include county matching or

10   not, whether we would include name only accounts or

11   not, or records.   There's --

12        Traffic records can be turned on or off, so

13   those, again, are all account settings that

14   either -- you know, will broaden the set of results

15   or -- or narrow the set of results that you would

16   get back from that single product.

17        Q.     Okay.   Let me ask the question another

18   way.

19        In what circumstances, if any, does IntelliCorp

20   send a notice to the consumer that public records

21   regarding the consumer have been reported by

22   IntelliCorp?

23        A.     If there's a record that is reported

24   coming from the database that doesn't have an

25   accompanying single county search that goes with

Page 172

T. Carpenter

2  that, then there would be a notification sent to the

3  individual.

4        Q.    And if the lawyer does pay for the single

5  county search, then IntelliCorp does not send a

6  notice?

7        A.    Depends on where the record comes from

8  and where the single county search would be.

9        Q.    Okay, so in what circumstances would

10  IntelliCorp send a notice?

11        A.    So it looks at -- you know, where the

12  record would come from in the database, and if

13  there's a single county that would match up to the

14  jurisdiction that record would came from, a notice

15  would not be sent.

16        If there's not a single county that would match

17  up, for instance -- you know.  If you ran that in

18  California, and the database returned the California

19  record with a California single county, that would

20  not generate a notice.

21        If you are in California, and we returned a

22  record in Texas, and you ran a California single

23  county, the notice would still go out, because

24  there's not a corresponding single county that would

25  go with that.

1                          T. Carpenter

2       Q.    Okay, so the notice -- I really don't

3  mean to misstate your testimony, but the notice

4  would go out if IntelliCorp's system recommends a

5  single county -- a particular single county search

6  and the employer does not pay for that particular

7  single county search to be run?  Is that what you're

8  saying?

9       Like in your hypothetical, they didn't pay for

10  the Texas one, so that's why you are saying the

11  notice might go out?

12      A.    Or Texas might not have been recommended,

13  because there wasn't an address history to support a

14  recommendation, so take the payout of it, right?

15  It's --

16      It really does come down to -- you know, every

17  record in the database is marked from which county

18  that it comes from, and we can see whether there's a

19  corresponding single county that's ordered for that

20  or whether there's not.

21      If there's a single county that's ordered for

22  where that record comes back, then we do not send

23  notice.  If there's -- if there's a record that

24  doesn't have a corresponding single county, then we

25  would send notice.

1               T. Carpenter

2   internal database?  The criminal database?

3       A.    They are not.

4       Q.    So they would still be reported at --

5       A.    They are no longer reported on a report.

6   We maintain a record of that, because sometimes the

7   sources that we get information from will send us

8   the record again.

9       And for us to make sure that we eliminate that

10  out of the database, if we have updated that, we

11  have to keep a record of the records that we have

12  marked as expunged.

13      Q.    Okay, so when an employer, though, goes

14  in just through the web to get an instant Criminal

15  SuperSearch report from IntelliCorp, are those

16  records going to be pulled up or not pulled up?

17      A.    Once a record is marked as expunged, it

18  is never included again on a report -- on any kind

19  of report, so we only --

20      We only keep that for our own tracking purposes

21  to make sure those records remain expunged in the

22  system.

23      Q.    Tell me about the Expungement Clearing

24  House.  IntelliCorp is -- is IntelliCorp a partner

25  in some entity called the Expungement Clearing

1          T. Carpenter

2    House?

3         A.    We are a member of that.

4         Q.    A member?  What -- is it a corporation?

5    What type of entity is it?

6         A.    I don't know quite how to classify it.

7    It's a collaboration of a few different background

8    screening companies that have come together in an

9    effort to try to share expungement information and

10   to make sure we are delivering as accurate results

11   as possible.

12        Where we have an expungement that's been

13   verified amongst the member, that's shared amongst

14   those members so that others can make sure they have

15   their systems and data updated with the same

16   information.

17        Q.    So the members are exchanging the actual

18   data about these criminal records so that they can

19   each input them into their respective databases?

20        A.    We have -- it's a -- a very secure way,

21   but in the end, yes, we are sharing information with

22   "Here's the expungements that we have received and

23   processed," and likewise, the other members are

24   doing the same thing with us.

25        Q.    Who is a member of it?

1                    T. Carpenter

2       Q.     Okay, and if you would just turn to

3    Exhibit 25 now --

4       Actually, let's just look at page 8 of the

5    document, which is Bates No. 1581.  It's talking

6    about the filters, so I just want to confirm from

7    this.

8       So where it says "Completed Searches," so the

9    lawyer or the individual working for the employer --

10   they can view each search that's been ordered when

11   that search is completed, prior to IntelliCorp

12   completing all of the different searches that have

13   been paid for; is that right?

14      A.     They can pull the report up and look

15   at -- you know.

16      It will basically list out the products and

17   byproducts.  It will tell you whether that product

18   is still in process, or whether that one's complete.

19      Q.     Right, but the results --

20      For example, if you order a Criminal

21   SuperSearch with a national one, and you are going

22   to also get a single county search, you can -- you,

23   the employer, can view the Criminal SuperSearch

24   results in advance of the results for the single

25   county criminal search; is that correct?

Page 199

T. Carpenter

2    A.    Yes.

3              MS. BECKER:  Okay.  Please mark this

4         as the next exhibit.

5              (Thereupon, the document was then

6         marked by the shorthand reporter as

7         Exhibit 26 for identification.)

8    BY MS. BECKER:

9         Q.    We've asked the reporter to mark as

10   Exhibit 26 IntelliCorp documents 892 through 902.

11        These are a set of frequently asked questions.

12   Are these Q&As that are for what IntelliCorp might

13   respond to certain questions posed by an employer

14   customer?

15        A.    Yes.  I think they represent the -- you

16   know, common questions we would get from a user at

17   one of the client locations.

18        Q.    Do you know if these have been updated

19   since -- I don't know.  There's a date at the bottom

20   that says June 8th, 2010.

21        A.    I would like to tell you I hope they have

22   been updated since then.  There's a good chance that

23   they have been, but I don't know that for sure.

24        Q.    If you look at page 895 of this document,

25   or rather IntelliCorp Bates stamp 895, toward the

Page 254

1

2                    C E R T I F I C A T E

3

4     STATE OF NEW YORK      )

5                            : ss.

6     COUNTY OF NEW YORK     )

7

8          I, CHERYLL KERR, LSR, a Notary Public within

9     and for the State of New York, do hereby certify:

10    That Todd Carpenter, the witness whose

11    deposition is hereinbefore set forth, was duly

12    sworn by me, and that such deposition is a true

13    record of the testimony given by such witness.

14         I further certify that I am not related to

15    any of the parties to this action by blood or

16    marriage; and that I am in no way interested in

17    the outcome of this matter.

18         IN WITNESS WHEREOF, I have hereunto set my

19    hand this 17th day of December, 2012.

20

21

22

23

24    ------------------------------

25              CHERYLL KERR, LSR