# EXHIBIT D

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF OHIO

3

4

5    JANE ROE, individually        )
     and on behalf of all          )
6    others similarly              )
     situated,                     )
7                                  )Case No.
          Plaintiff,               )1:12-cv-02288
8                                  )
     vs.                           )Pages 1-107
9                                  )
     INTELLICORP RECORDS,          )
10   INC., an Ohio                 )
     corporation, and DOES         )
11   1-50, inclusive,              )
                                   )
12        Defendants.              )
     _____)

13

14       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

15              Los Angeles, California

16                 February 5, 2013

17          Video deposition of VAN CASTANEDA, called as a

18   witness by counsel for the Defendant in the

19   above-entitled matter, pursuant to Subpoena, taken at

20   1800 Century Park East, Suite 600, Los Angeles,

21   California, beginning at 10:03 a.m. and ending at

22   12:11 p.m., on Tuesday, February 5, 2013, before Lisa

23   O'Sullivan, California Certified Shorthand Reporter

24   No. 7822, RMR, CRR.

25   Job # 56992

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 5

1          LOS ANGELES, CALIFORNIA - FEBRUARY 5, 2013

2                    10:03 A.M.

3

4          THE VIDEOGRAPHER:  This is the start of DVD

5    labeled Number 1, in the videotaped deposition of Van

6    Castaneda, taken in the matter of Jane Roe v. IntelliCorp

7    Records, Inc., filed in the United States District Court

8    for the Northern District of Ohio, case

9    number 1-12-CV-2288.

10          This deposition is being held at 1800 Century

11   Park East, Los Angeles, California, on February 5th,

12   2013, at approximately 10:03 a.m.  My name is Brent

13   Jordan, from TSG Reporting, Inc.  I'm the legal video

14   specialist.  The court reporter is Lisa O'Sullivan, in

15   association with TSG.

16          Will counsel present please identify yourselves

17   for the record.

18          MS. KNOX:  Samantha Knox, and my colleague,

19   Lauren Elbert, for defendant IntelliCorp Records, Inc.

20          MR. SCHREIBER:  Christian Schreiber, for

21   plaintiff.

22          MS. MURPHY:  Elizabeth Murphy, for the witness,

23   Van Castaneda.

24   ///

25   ///

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 6

1          THE VIDEOGRAPHER:  Will the court reporter

2     please swear in the witness.

3                    VAN CASTANEDA,

4               having been first duly sworn,

5          was examined and testified as follows:

6                     EXAMINATION

7     BY MS. KNOX:

8          Q.    Ms. Castaneda, my name is Samantha Knox, and I

9     represent defendant IntelliCorp Records in this matter.

10         Let me just start off by thanking you for

11    making time to be with us here today.  I really

12    appreciate it.

13         Now, have you ever been deposed before?

14         A.    Yes.

15         Q.    Okay.  So you're somewhat familiar with the

16    procedure here.  As you can see, we're videotaping this

17    deposition.  I'm going to run through a few ground rules,

18    which may be familiar to you already.

19         So you understand that you're under oath and

20    required to testify truthfully today?

21         A.    Yes.

22         Q.    Okay.  Is there any reason why you cannot give

23    truthful testimony today?

24         A.    No.

25         Q.    Okay.  So the deposition's being transcribed,

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 8

1          So we'll mark it as Defendant's Exhibit

2    Number 24.

3          (Exhibit 24 is marked for identification

4          and is appended hereto.)

5    BY MS. KNOX:

6      Q.    And does this document look familiar to you?

7      A.    Yes.

8      Q.    Okay.  Great.  And do you understand you've

9    been designated to testify on behalf of ComForcare today?

10     A.    Yes.

11     Q.    And are you prepared to testify to the topics

12   in Schedule A, which is the second-to-last page?  And

13   please take your time to review if you need to.

14     A.    Yes.

15     Q.    Great.  Thank you.  Do you recall receiving a

16   copy of the protective order along with the subpoena?

17     A.    I believe so, yes.

18     Q.    Okay.  Great.  So today you're here to testify

19   on behalf of ComForcare Senior Services, doing business

20   as 5Life Ventures.

21          Is it okay with you if I refer to that company

22   as ComForcare?

23     A.    Great.

24          MS. MURPHY:  You might want to say 5Life

25   because ComForcare is a franchise.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 44

1    getting in social work?

2          A.    Master's in social work.

3          Q.    Okay.  So she had one year left on her master's

4    degree?

5          A.    Uh-huh.

6          Q.    So earlier you mentioned, as part of the hiring

7    process, ComForcare will run a background check on

8    applicants that it's interested in hiring.

9                Did you conduct a background check on

10   Ms. Hilliard?

11         A.    Yes.

12         Q.    And when in the process did you conduct that?

13   Was that prior to or after the interview?

14         A.    I don't recall.

15         Q.    Okay.  Do you recall what the results of the

16   report were?

17         A.    Yes.

18         Q.    And what were they?

19         A.    It was that one incident that we had talked

20   about as far as a record.  I didn't know what the codes

21   meant, so I called IntelliCorp to ask what they meant,

22   and they explained minor -- I want to say it was minor

23   theft, some sort.

24                So that's when she and I had a conversation as

25   to why it was not disclosed and what does that have to do

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 105

CERTIFICATE OF REPORTER

I, the undersigned Certified Shorthand Reporter
licensed in the State of California, do hereby certify:

That the foregoing deposition of VAN CASTANEDA was
taken before me at the time and place therein set forth,
at which time the witness was put under oath or
affirmation by me;

That the testimony of the witness and all objections
made at the time of examination were recorded
stenographically by me and were thereafter transcribed,
said transcript being a true copy of my shorthand notes
thereof;

That signature ( ) was (X) was not requested prior to
conclusion of the proceedings.

I further declare that I have no interest in the
outcome of the action.

In witness whereof, I have subscribed my name this
date:  February 15, 2013.


LISA O'SULLIVAN

California CSR No. 7822

Registered Merit Reporter

Certified Realtime Reporter