# EXHIBIT M



**Background Report**

### Subject Information

| | |
|---|---|
| Name | |
| Social Security Number | |
| Date of Birth | |
| Year of Birth Range | 1978 TO 1980 |
| Name Matching | BEST NAME MATCH |
| Address | |

### Order Information

| | |
|---|---|
| User ID | VANCASTA |
| User Name | CASTAÑEDA, VAN |
| Account ID: | 5LICC001 |
| Account Name | 5LIFE VENTURES INC DBA COMFORCARE SENIOR SERVICES |
| Request ID. | H310201113278985 |
| Job Code | COMCARE2 |
| Permissible Purpose | EMPLOYMENT (FCRA) |
| Report Status: | PROCESS COMPLETE |
| Search Request Date: | 3/10/2011 9:07:47 PM |
| Search Complete Date: | 3/15/2011 12:15:35 PM |

### Disclaimer

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

### REPORT SUMMARY

| PRODUCT NAME | RESULTS |
|---|---|
| SSN Verification ⓘ<br>Verifies that the SSN provided was issued by the SSA; includes issuing state, time frame of issuance, and an address history. | Results Found |
| California Single County Criminal [Los Angeles] ⓘ<br>Felonies and misdemeanors from California Superior Court. | Results Found |
| Criminal SuperSearch (incl. Nationwide Sex Offender Registry) ⓘ<br>Multi-state criminal search (includes Nationwide Sex Offender Registry) | Results Found |

ⓘ Only products with results will provide a link to another section of the report

### SSN VERIFICATION

**SSN Verification**

| | |
|---|---|
| SSN | |
| Result | SSN IS VALIDATED |
| Issue State | CA |



Confidential - Subject to Protective Order

INT_0002236

| | |
|---|---|
| Issue Dates: | 1960 TO 1960 |
| Death Master File | NO RECORD FOUND. |
| Note | A VALIDATED SSN ONLY INDICATES THAT IT HAS BEEN VERIFIED AGAINST INFORMATION PROVIDED BY THE SOCIAL SECURITY ADMINISTRATION. IT DOES NOT VERIFY THAT THE SSN BELONGS TO THE SUBJECT OF THE SEARCH |

## ADDRESS HISTORY

The data provided to you in this section may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or other purpose by the Fair Credit Reporting Act (FCRA) (15 USC 1681)

Address History is provided from known addresses associated with the SSN

### Other Addresses



| NAME | AGE / DOB | ADDRESS | DATES / COUNTY |
|---|---|---|---|
| ▓ | ▓ | ▓ | 01/2003 - 01/2010 LOS ANGELES |
| | | | 01/2008 - 01/2009 LOS ANGELES |
| | | | 01/2008 - 01/2008 LOS ANGELES |
| | | | 01/2008 - 01/2008 LOS ANGELES |
| | | | 01/2003 - 01/2007 LOS ANGELES |
| | | | 01/2003 - 01/2007 LOS ANGELES |
| | | | 01/2007 - 01/2007 LOS ANGELES |
| | | | 01/2007 - 01/2007 LOS ANGELES |
| | | | 01/2007 - 01/2007 LOS ANGELES |
| | | | 01/2007 - 01/2007 LOS ANGELES |
| | | | 01/2007 - 01/2007 LOS ANGELES |
| | | | 01/2007 - 01/2007 LOS ANGELES |
| | | | 01/1998 - 01/2005 LOS ANGELES |
| | | | 01/1998 - 01/2005 LOS ANGELES |
| | | | 01/2004 - 01/2005 LOS ANGELES |
| | | | 01/1998 - 01/2005 LOS ANGELES |
| | | | 01/1999 - 01/2005 LOS ANGELES |
| | | | 01/2002 - 01/2004 LOS ANGELES |
| | | | 01/2002 - 01/2002 LOS ANGELES |
| | | | 01/2002 - 01/2002 LOS ANGELES |
| | | | 01/2000 - 01/2002 LOS ANGELES |
| | | | 01/2001 - 01/2002 LOS ANGELES |
| | | | 01/2000 - 01/2001 LOS ANGELES |

Confidential - Subject to Protective Order

INT_0002237



01/2000 - 01/2001
LOS ANGELES

01/2001 - 01/2001
LOS ANGELES

01/2001 - 01/2001
LOS ANGELES

01/2001 - 01/2001
LOS ANGELES

CALIFORNIA SINGLE COUNTY CRIMINAL [LOS ANGELES]

**CA Criminal Records**

RECORD 1



|  | Returned | Submitted | Comparison |
|---|---|---|---|
| Name |  |  | EXACT NAME MATCH |
| DOB |  |  | EXACT DATE OF BIRTH MATCH |
| SSN | NOT PROVIDED | NOT PROVIDED | Unable to Compare SSN |
| Gender | NOT PROVIDED | NOT PROVIDED | Unable to Compare Gender |
| County | LOS ANGELES | NOT PROVIDED | County Does Not Match |

Demographic Information
State of Residence: CA
Case 1
Case Number:
File Date:
Court ID: CRIMINAL
Charge 1
Charge Code: PC 666
Charge Description: PETTY THEFT WITH PRIOR JAIL TERM
Disposition Date: 04/07/2005
Disposition Description: GUILTY
Sentence: 3 YEARS FORMAL PROBATION 133 DAYS JAIL WITH 133 DAYS CREDIT A FINE OF $400.00
Offense Level: FELONY
Offense Date: NOT PROVIDED

CRIMINAL SUPERSEARCH (INCL. NATIONWIDE SEX OFFENDER REGISTRY)

**CA Criminal Records**

RECORD 1



|  | Returned | Submitted | Comparison |
|---|---|---|---|
| SSN | NOT PROVIDED |  | Unable to Compare SSN |
| Name |  |  | Name Does Not Match |
| DOB |  |  | EXACT DATE OF BIRTH MATCH |
| Gender | ? | NOT PROVIDED | Unable to Compare Gender |
| County | LOS ANGELES | NOT PROVIDED | County Does Not Match |

Demographic Information
Race: UNKNOWN
State of Residence: CA
Case 1
Case Number:
File Date:
Court ID: SUPERIOR
Case Note: CHARGE CODES P 211 P 666, COURT DISTRICT Y

Confidential – Subject to Protective Order

INT_0002238

Charge 1
Charge Description     LOS ANGELES SUPERIOR COURT INDEX DATA
Disposition Date     NOT PROVIDED
Disposition Description     NOT PROVIDED
Sentence:     NOT PROVIDED
Offense Date:     NOT PROVIDED

Verisign Wednesday, December 05, 2012 4:15:26 PM
© 2012 IntelliCorp Records, Inc. All rights reserved

Return to top

Confidential - Subject to Protective Order

INT_0002239