"

"

"

"

"

"

"

"

# GZJ KDKV'R"



Oct 20, 2011

[redacted]

Thank you for taking the time to interview for the position of Caregiver/CNA. We have analyzed the qualifications of your background and have determined that other candidates more closely fit our requirements for the position.

We appreciate your interest in BrightStar Healthcare and we wish you success in your future endeavors.

Best regards,

Miyoshi LaFourche
Human Resources Manager

