# EXHIBIT S



## Recommendations Process

The recommendations process is an essential component to the proper functioning of IntelliSearch. IntelliSearch criminal search recommendations are based upon the premise of providing the best coverage to our clients.

Recommendations are based upon the comparison made between the instant data we aggregate from individual providers and the records that can be obtained from a search conducted at the courthouse.

The instant data that IntelliCorp obtains must be as good as (or better) than the data that can be obtained by going to the court house. The following criterions are utilized in order to make that determination:

- How far back does the instant data date?
    - The data must date back at least 7 years
        - Why 7 years? That is the industry standard when conducting a search at the courthouse
            - As an example: if we have instant data from a source that only dates back to 2005; we can not change the recommendation to an instant product because the data doesn't represent the search you could obtain at the courthouse
- Does the instant data contain the same levels (i.e. Felony, Misdemeanor) of data that can be obtained at the courthouse?
    - If the instant data contains felony-level data but the courthouse search returns felony & misdemeanor data the recommendation can not be instant
        - As an example: IntelliCorp receives felony-level instant data from Miami County, FL. The SCC Vendor obtains felony & misdemeanor level cases when the court is searched. The recommendation for Miami must be an SCC.
- Does the instant data contain records from all courts that are searched when a courthouse search is conducted?
    - If the instant data contains data from one court but the search at that county encompasses multiple courts than the recommendation can not be for instant; the recommendation must be for the courthouse search
        - As an example: IntelliCorp receives data from Madison County, IN. The data includes information from 3 Superior Courts, 2 County Courts and one City Court. However the vendor searches the Circuit Courthouse, the Superior Courts & County Courts. The recommendation must remain as an SCC because the data does not represent the same search as what can be conducted at the courthouse
- Does the instant data contain the same (similar) fields of information as the records that are available through a courthouse search?

November 12, 2008

- o If the instant data is missing a key field of information (such as DOB, charge description, disposition, etc.) the recommendation must be for a courthouse search
    - As an example, IntelliCorp has Lawrence Common Pleas and County Court data. These are the courts searched for a standard SCC. However, the Common Pleas data does not have DOB's. The recommendation is for an SCC because the data does not contain the same fields as what can be obtained at the court.
- Is the data within internal compliance standards?
    - o Internal compliance standards are 90 days. If data has not been updated within 90 days the recommendation for the data must be changed if the recommendation is currently for an instant product.
        - Note: the recommendation can be changed back to an instant product once the data has been brought back into compliance

The information below represents a basic flowchart of recommendations that can be utilized all other factors have been verified.

CRINMT = Instant Statewide Criminal
SCC = Offline County Criminal
FEL = Felony
MIS = Misdemeanor

If CRINMT contains FEL & MIS → use CRINMT

If CRINMT contains MIS Only → use SCC

If CRINMT contains FEL Only → check SCC

    If SCC contains FEL & MIS → use SCC
    If SCC contains MIS only → use CRINMT
    If SCC contains FEL only → use CRINMT

November 12, 2008

INT_0002284