# EXHIBIT A

TO THE DECLARATION OF HENK VALK

# Enterprise Data Architect, Sr. DBA & SQL Developer

**Henk Valk**
**(707) 815-8807**

Henk is an accomplished database architect with extensive team and project management skills. Over the last 20 years he has proven to have extensive experience in Data architecture, Business intelligence, Data integration, Data analysis, Data modeling, Performance tuning, ETL architecture as well as, Data policies and standards and Data management best practices.

He is an expert in designing and implementing data architecture, to create optimal design of OLTP systems and ETL architecture while maintaining performance standards and high-availability technologies on large database environments.

He is an accomplished project leader with consensus building, crisis management and strategic planning capabilities able to lead teams for maximum effectiveness and provide technical direction and expertise to peers and associates.

## Last 5 years relevant experience:

**Insurance Services Industry, Technical Lead, Data Architect, Oct 2007 - Current**
- Managed a team of database administrators and provided senior technical leadership and direction of all database activities.
- Performed SQL Server enterprise assessment to address capacity planning, performance tuning, data management best practices, and Disaster recovery and business continuation plan.
- Designed entire technical architecture and process flow of data conversion and transformation process from legacy system to SQL Server.
- Redesigned data load processing times from over 2 days to less than 2 hours.
- Implemented table and index partitioning on extremely large and wide tables to address performance problems in current application.
- Implemented optimal backup schedules and de-fragmentation scripts resulting in over 60% performance improvement
- Facilitated meetings with business and technical staff to create optimal implementation and resource plans to migrate to new technology.

**Technology:**  Windows 2003 Server, SQL Server 2000, 2005, 2008, T-SQL, DTS, SSIS, Data modeling, Data architect

**Development Skills**

- SQL
- System Architect, S-Designer, Power-Designer
- SQL Server Toolset
- SQL Server Integration Services (SSIS)
- SQL Server Profiler
- ER & Visio modeling
- Visual Studio .NET

**Database Skills**

- MS SQL Server
- MS Access
- Oracle

**Areas of specialization:**

- Data Architecture
- Data Modeling
- Performance Tuning
- Database Administration
- Business Intelligence
- SQL Server Migration
- High Availability technologies
- VB6,  ASP.Net, C#
- Excel

**Real-estate Industry, Data Architect, Project Leader, Data modeler, Database Administrator, Performance Tuning Specialist, SQL Developer, Jul  2006 – Oct 2007.**
- Designed and implemented data warehouse model (star schema) based on business requirements.
- Provided senior technical leadership to internal project teams on best practices in data modeling, data architecture, and database administration.
- Configured SQL Server memory settings, implemented optimal backup schedules and de-fragmentation scripts resulting in over 60% performance improvement.
- Formulated and implemented Disaster recovery solutions for critical application databases.
- Implemented table and index partitioning on extremely large and wide tables to address performance problems in current application.
- Facilitated requirements gathering workshops with business and technical staff to analyze and document detailed business and technical requirements for the data warehouse.
- Designed and implemented entire ETL technical architecture to transform and load data from Source Systems into Data Warehouse.

**Technology:**  Windows 2000, SQL Server 2000/2005, SQL Server DTS, Transact-SQL, Data modeling, ER/Studio.

**E-comers Retail/Services Industry, Project Manager, Development Manager, Data Architect, Data Warehouse modeler, Database Administrator, Performance Tuning Specialist, SQL Developer, Feb 2004 –Jun 2006.**

- Key member of the Data remediation team to identify, capture and represent key business metrics related to ecommerce information for the Enterprise Data Warehouse.
- Conducted workshops with business and technical staff to analyze, gather and document detailed business and technical requirements.
- Served as liaison between business and technical teams and mentored other team members in development methodology and use of appropriate tools.
- Defined and implemented database development standards for technical documentation, SQL coding, Error reporting and statistical analysis.
- Documented and presented an efficient system development and testing methodology to senior management.
- Formulated and implemented detailed backup/recovery/archiving procedures for all database environments.
- Performed enterprise audit of SQL Server instances related to memory configuration, backup schedules, security, disk fragmentation & database integrity.
- Created and implemented database upgrade strategy from SQL Server 7.0 to SQL Server 2000.
- Designed entire technical architecture and process flow of data conversion and transformation process from AS400 legacy system to SQL Server.
- Streamlined and redesigned spaghetti code into best standard practices code modules.
- Designed and implemented MS reporting services for intranet and internet purposes.

**Technology:**  Windows 2000, SQL Server 2000/2005, SQL Server DTS, Transact-SQL, Data modeling, Erwin, ER/Studio, System Architect, S-Designer

```
Apr 2001 – Feb 2004     Financial: Gursey, Schneider & CO. (Data architect Sr. DBA)
Jun 1999 – Apr 2001     Health: Digital Trans. Network (Tech Lead, Data Architect)
Jun 1996 – Mar 1999     Manufacturer/Service: LaserStar (BA, Data Architect/Developer)
```

## Education:

**1995 – 1998**  **School of Psychology** - Fuller Seminary, Pasadena, CA; Graduate studies for Ph.D
**Responsibilities**: Teaching and Tutoring Statistics; Project Lead, System Admin

**1991 - 1995**  **Gordon Conwell -** South Hamilton, MA
**Degree:** MA; MFCC; **Responsibilities**: Teaching and Tutoring Statistics

**1979 - 1982**  **University of Biochemistry** - Deventer, Holland  (HBO)
**Degree:** -MA; Biochemistry

## Volunteer Work:

**CareerMarriage.org -** Design and maintain Websites written in Vb.Net using ASP 3.5 for a nonprofit organization.

## Continuing Ed.:

**Independent Studies and Lab Experience** - Keeping up to speed with and working with a broad range of MS products such as MOSS, Biztalk, Small Business Server 2008, Windows 2008 R2.

## Certification:

**MCSA, MCSE, MCDBA, MCTS, MCITP, CompTIA A+, MS Office**

## References:

**Available upon request**

Henk Valk, 6004 Monticello Rd #57, Napa, CA 94558, (707) 815-8807