# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| PLAINTIFF, individually and on behalf of all others similarly situated, | ) ) | Case No.: 1:12-cv-02288-JG |
| | ) | |
| Plaintiff, | ) | Judge James S. Gwin |
| | ) | |
| v. | ) | Magistrate Judge Greg White |
| | ) | |
| INTELLICORP RECORDS, Inc., an Ohio corporation, and DOES 1-50, inclusive, | ) ) ) | DECLARATION OF DAVID H. WALLACE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS |
| | ) | CERTIFICATION |
| Defendant. | ) | |
| | ) | |

In accordance with 28 U.S.C. § 1746, David H. Wallace declares as follows:

1.      I am an attorney admitted to practice before all courts of Ohio and a partner at Taft Stettinius & Hollister, LLP.  I represent Defendant Intellicorp Records, Inc. ("Intellicorp") in this matter.  I have personal knowledge of each of these facts stated herein, and if called to testify, could and would testify competently hereto.

## Authentication of Exhibits

2.      Attached to this Declaration as Exhibit A is a true and correct copy of Plaintiff's Felony Complaint in Los Angeles County Superior Court, introduced as Defendant's Exhibit No. 6 to the deposition of Jane Roe, and redacted in accordance with the Protective Order entered on December 6, 2012.

3.      Attached to this Declaration as Exhibit B is a true and correct copy of Plaintiff's Felony Docket in Los Angeles County Superior Court, produced at

Bates Nos. PLTF000024 – PTLF000027, and redacted in accordance with the Protective Order entered on December 6, 2012.

4. Attached to this Declaration as Exhibit C is a true and correct copy of Plaintiff's Felony Complaint in Los Angeles County Superior Court, introduced as Defendant's Exhibit No. 7 to the deposition of Jane Roe, and redacted in accordance with the Protective Order entered on December 6, 2012.

5. Attached to this Declaration as Exhibit D is a true and correct copy of excerpts from Plaintiff's deposition, taken on January 22, 2013, and redacted in accordance with the Protective Order entered on December 6, 2012.

6. Attached to this Declaration as Exhibit E is a true and correct copy of excerpts from the deposition of Miyoshi La Fourche taken on February 4, 2013.

7. Attached to this Declaration as Exhibit F is a true and correct copy of Plaintiff's application for employment at SmartChoice Investments Inc. d.b.a. BrightStar ("BrightStar"), introduced as Defendant's Exhibit No. 16 to the deposition of Maurice Geyen, and redacted in accordance with the Protective Order entered on December 6, 2012.

8. Attached to this Declaration as Exhibit G is a true and correct copy of Plaintiff's employment application to Administaff for placement at Partners in Care Foundation, introduced as Defendant's Exhibit No. 10 to the deposition of Jane Roe and produced at Bates Nos. PLTF 000048 – PTLF 000054. The document is redacted in accordance with the Protective Order entered on December 6, 2012.

9.    Attached to this Declaration as Exhibit H is a true and correct copy of a letter from opposing counsel to co-counsel at Davis Polk & Wardwell LLP, dated March 1, 2013, enclosing an Errata Sheet from the deposition of Jane Roe.

10.    Attached to this Declaration as Exhibit I is a true and correct copy of a consumer background report prepared by Intellicorp for Brightstar, introduced as Plaintiff's Exhibit No. 11 to the deposition of Todd Carpenter and produced at Bates Nos. INT 0002233 – INT 0002235.  The document is redacted in accordance with the Protective Order entered on December 6, 2012.

11.    Attached to this Declaration as Exhibit J is a true and correct copy of a consumer background report prepared by Intellicorp for 5Life Ventures d.b.a. ComForcare Senior Services, introduced as Plaintiff's Exhibit No. 12 to the deposition of Todd Carpenter and produced at Bates Nos. INT 0002236 – INT 0002239.  The document is redacted in accordance with the Protective Order entered on December 6, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2013.

David H. Wallace

3

# Exhibit A

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
### FOR THE COUNTY OF LOS ANGELES



THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

**01**

**02**

and

Defendant(s).

CASE NO. ▮

*FELONY COMPLAINT*

TIME OF APPEARANCE 02-05-01
AMOUNT OF BOND $ 15,000.00
DATE POSTED 02-16-01
BOND NUMBER
SURETY
DEFENDANT

The undersigned is informed and believes that:

COUNT 1

On or about January 18, 2001, in the County of Los Angeles, the crime of GRAND THEFT OF PERSONAL PROPERTY, in violation of PENAL CODE SECTION 487(a), a Felony, was committed by ▮ who did unlawfully take money and personal property of a value exceeding Four Hundred Dollars ($400), to wit merchandise the property of SUPER K-MART.

\* \* \* \* \*

COUNT 2

On or about January 18, 2001, in the County of Los Angeles, the crime of PETTY THEFT WITH PRIOR(S), in violation of PENAL CODE SECTION 666, a Felony, was committed by ▮ who did unlawfully and in violation of Penal Code Section 484(a), steal take and carry away the personal property of SUPER K-MART. It is further alleged that defendant(s), ▮ was previously convicted in the State of California of the crime(s) listed below and served a term for each crime in a penal institution and was imprisoned therein as a condition of probation.

Rev. 900-1/99 DA Case ▮                    Page 1                    Case No. ▮

*FELONY COMPLAINT*

Defts'
EXHIBIT NO. 6
1/22/13
L. White

| Conv. Date | Case No. | Code/Statute | | Court | Jurisdiction |
|---|---|---|---|---|---|
| 12/11/1998 | ▮▮▮ | PC484(A) | | MUNICIPAL | L.A. - METRO |

\* \* \* \* \*

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER ▮▮▮ CONSISTS OF 2 COUNT(S).

Executed at LYNWOOD, County of Los Angeles, on January 22, 2001.

_____
DECLARANT AND COMPLAINANT

..........................................................................................................................

STEVE COOLEY, DISTRICT ATTORNEY

BY: _____
JACQUELINE C. JACKSON, DEPUTY

AGENCY:  LASD - CARSON       I/O: DET. BERGER       ID NO.: 290620    PHONE : 310-830-1123
         PATROL
DR NO.:  401007241617083     OPERATOR: JAG          PRELIM. TIME EST.:  45 MINUTE(S)



Rev. 900-1/99  DA Case ▮▮▮                    Page 2                    ▮▮▮▮▮▮
                                      *FELONY COMPLAINT*



| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|-----------|---------|-----|-------------|--------------|-------------------|
| ██████████ | ████ | ███ | ████ | $20,000 | 1/22/2001 |
|  |  |  | ████ | $15,000 | 1/22/2001 |

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

## FELONY COMPLAINT — ORDER HOLDING TO ANSWER -- P.C. SECTION 872

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

| Count No. | Charge | Charge Range | Special Allegation | Alleg. Effect |
|-----------|--------|--------------|--------------------|---------------|
| 1 | PC 487(a) | 16-2-3 | | |

| Count No. | Charge | Charge Range | Special Allegation | Alleg. Effect |
|-----------|--------|--------------|--------------------|---------------|
| 2 | PC 666 | 16-2-3 | | |

I order that the defendant(s) be held to answer therefor and be admitted to bail in the sum of:

_____ Dollars

_____ Dollars

and be committed to the custody of the Sheriff of Los Angeles County until such bail is given.  Date of arraignment in Superior Court will be:

_____ in Dept _____

_____ in Dept _____

at: _____ A.M.

Date: _____

_____

*Committing Magistrate*

MINUTE ORDER
MUNICIPAL COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 03/06/01

------------------------------------------------------------------------

CASE NO. ███████

THE PEOPLE OF THE STATE OF CALIFORNIA
                              VS
DEFENDANT 02: ████████████

------------------------------------------------------------------------

| BAIL: APPEARANCE DATE | AMOUNT OF BAIL | DATE POSTED | RECEIPT OR BOND NO. | SURETY COMPANY | REGISTER NUMBER |
|---|---|---|---|---|---|
| 02/05/01 | $15,000.00 | 02/16/01 | LYN000600003 | JEROME POLAND | A-10699 |

CASE FILED ON 01/22/01.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 01/18/01 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 02: 666 PC MISD - PETTY THEFT W/PRIOR JAIL TERM.


ON 03/06/01 AT  830 AM  IN COMPTON / LYNWOOD DIV  015

CASE CALLED FOR PROBATION AND SENTENCE HEARING

PARTIES: DEAN E. FARRAR (JUDGE) PRENILLA LEWIS   (CLERK)
         KATHERINE GIBB   (REP)    LAUREN WINSTON  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JENNIFER M. CHENG ALTERNATE
PUBLIC DEFENDER

DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
JUDGMENT:

AS TO COUNT  (02):

IMPOSITION OF SENTENCE SUSPENDED

DEFENDANT PLACED ON SUMMARY PROBATION

FOR A PERIOD OF 024 MONTHS UNDER THE FOLLOWING TERMS AND CONDITIONS:

SERVE 090 DAYS IN LOS ANGELES COUNTY JAIL

LESS CREDIT FOR 21 DAYS

OBEY ALL LAWS AND FURTHER ORDERS OF THE COURT.

                                        PROBATION AND SENTENCE HEARING
                          PAGE NO.   1    HEARING DATE: 03/06/01

CASE NO. ████████
DEF NO.   02                                    DATE PRINTED 03/06/01

PROBATION REPORT RECEIVED AND FILED.
MEMO SENT TO PROBATION.

COUNT (02): DISPOSITION: CONVICTED

DEFENDANT WAIVES STATUTORY TIME.

DMV ABSTRACT NOT REQUIRED

NEXT SCHEDULED EVENT:
09/14/01   830 AM   STAY ON JAIL TIME   DIST COMPTON / LYNWOOD DIV  015

03/06/01 EXONERATED, # LYN000600003

CUSTODY STATUS: BAIL EXONERATED
CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE

                              PROBATION AND SENTENCE HEARING
                              HEARING DATE: 03/06/01

MINUTE ORDER
MUNICIPAL COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 03/06/01

----------------------------------------------------------------------
CASE NO. ███████

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 01: ████████████████

----------------------------------------------------------------------

BAIL: APPEARANCE   AMOUNT     DATE      RECEIPT OR   SURETY COMPANY    REGISTER
         DATE      OF BAIL    POSTED    BOND NO.                        NUMBER

CASE FILED ON 01/22/01.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
  ON OR ABOUT 01/18/01 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 487(A) PC MISD - GRAND THEFT:PRPRTY OVER $400.


ON 03/06/01 AT  830 AM  IN COMPTON / LYNWOOD DIV  015

CASE CALLED FOR PROBATION AND SENTENCE HEARING

PARTIES: DEAN E. FARRAR (JUDGE) PRENILLA LEWIS  (CLERK)
         KATHERINE GIBB  (REP)    LAUREN WINSTON  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY RANDALF KINCAID BAR PANEL
ATTORNEY


DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
JUDGMENT:

AS TO COUNT  (01):

IMPOSITION OF SENTENCE SUSPENDED

DEFENDANT PLACED ON SUMMARY PROBATION

FOR A PERIOD OF 024 MONTHS UNDER THE FOLLOWING TERMS AND CONDITIONS:

SERVE 090 DAYS IN LOS ANGELES COUNTY JAIL

LESS CREDIT FOR 20 DAYS

OBEY ALL LAWS AND FURTHER ORDERS OF THE COURT.

PROBATION REPORT RECEIVED AND FILED.
                                        PROBATION AND SENTENCE HEARING
                     PAGE NO.   1       HEARING DATE: 03/06/01

CASE NO. ███████████
DEF NO.  01                                    DATE PRINTED 03/06/01

MEMO SENT TO PROBATION.

COUNT (01): DISPOSITION: CONVICTED

DEFENDANT WAIVES STATUTORY TIME.

DMV ABSTRACT NOT REQUIRED

NEXT SCHEDULED EVENT:
06/06/01   830 AM  STAY ON JAIL TIME   DIST COMPTON / LYNWOOD DIV  015

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE

                                    PROBATION AND SENTENCE HEARING
                PAGE NO.   2        HEARING DATE: 03/06/01

# Exhibit B

```
                    SUPERIOR COURT OF CALIFORNIA
                       COUNTY OF LOS ANGELES
NO. ▐                                      PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.    CURRENT DATE 11/21/12
DEFENDANT 01: ▐
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LASD - CARSON STATION

BAIL: APPEARANCE   AMOUNT      DATE     RECEIPT OR   SURETY COMPANY   REGISTER
         DATE      OF BAIL    POSTED    BOND NO.                       NUMBER

CASE FILED ON 01/22/01.
 COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 01/18/01 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
   COUNT 01: 487(A) PC FEL
NEXT SCHEDULED EVENT:
 01/22/01   830 AM  ARRAIGNMENT   DIST LYNWOOD COURTHOUSE DIV  016



ON 01/22/01 AT  830 AM  IN LYNWOOD COURTHOUSE DIV  016



CASE CALLED FOR ARRAIGNMENT
PARTIES: MARCELITA V. HAYNES (JUDGE)  TAMMY HASLERIG  (CLERK)
                   LUCY VARELA  (REP)      BRENDA ENGLISH  (DA)
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER APPOINTED.  LYNN MELTZER BREWER - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY LYNN MELTZER BREWER DEPUTY
  PUBLIC DEFENDER
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT ADVISED THAT IN ANY CASE IN WHICH YOU ARE FURNISHED A LAWYER, EITHER
  THROUGH THE PUBLIC DEFENDER OR PRIVATE COUNSEL APPOINTED BY THE COURT, UPON
  CONCLUSION OF THE CRIMINAL PROCEEDINGS IN THE TRIAL COURT, THE COURT SHALL
  MAKE A DETERMINATION OF YOUR PRESENT ABILITY TO PAY ALL OR A PORTION OF THE
  COST OF COUNSEL.  IF THE COURT DETERMINES THAT YOU HAVE THE PRESENT ABILITY
  TO PAY ALL OR PART OF THE COST, IT SHALL ORDER YOU TO PAY THE SUM TO THE
  COUNTY IN ANY INSTALLMENTS AND MANNER WHICH IT BELIEVES REASONABLE AND
  COMPATIBLE WITH YOUR FINANCIAL ABILITY.  EXECUTION MAY BE ISSUED ON THE ORDER
  IN THE SAME MANNER AS ON A JUDGEMENT IN A CIVIL ACTION;
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
  CONSTITUTIONAL AND STATUTORY RIGHTS.

DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 487(A) PC.
  PRETRIAL SERVICES DIVISION  NOTICE OF PTS INVESTIGATION
  REPORT FILED.
BAIL SET AT $20,000.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
02/05/01   830 AM  PRELIMINARY HEARING   DIST LYNWOOD COURTHOUSE DIV  015
DAY 10 OF 10
NEXT SCHEDULED EVENT :
 01/29/01   830 AM  SENTENCING   DIST LYNWOOD COURTHOUSE DIV  015

CUSTODY STATUS: REMANDED TO CUSTODY


ON 01/29/01 AT  830 AM  IN LYNWOOD COURTHOUSE DIV  015

CASE CALLED FOR SENTENCING
PARTIES: DEAN E. FARRAR (JUDGE)  PRENILLA LEWIS  (CLERK)
                   GAIL SCOTT  (REP)     GARIE L. OEHLER  (DA)
```

CONFIDENTIAL- Subject to Protective Order

PLTF 000024

```
CASE NO. ███████                          PAGE NO.   2
DEF NO.  01                               DATE PRINTED 11/21/12
```

PUBLIC DEFENDER DECLARES CONFLICT OF INTEREST.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY RANDALF KINCAID BAR PANEL
  ATTORNEY
  ORDER FOR APPOINTMENT OF ATTORNEY PURSUANT TO 987.2 PC SIGNED
  AND COPY ATTACHED TO COURT FILE.
  OWN RECOGNIZANCE REPORT FILED.
  RELEASE NUMBER RB 375364 ISSUED.
NEXT SCHEDULED EVENT:
  MATTER PREV SET/REMAIN ON CLDR

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 02/05/01 AT  830 AM  IN LYNWOOD COURTHOUSE DIV  015

CASE CALLED FOR PRELIMINARY HEARING
PARTIES: DEAN E. FARRAR (JUDGE)  PRENILLA LEWIS  (CLERK)
              KATHERINE GIBB  (REP)     LAUREN WINSTON  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY RANDALF KINCAID BAR PANEL
  ATTORNEY
ON PEOPLES MOTION, COURT ORDERS COMPLAINT DEEMED AMENDED TO ALLEGE COUNT 01 AS
  A MISDEMEANOR PURSUANT TO 17B4 OF THE PENAL CODE AND COUNT SHALL PROCEED AS A
  MISDEMEANOR.

DEFENDANT ADVISED OF THE FOLLOWING RIGHTS ORALLY:
  A PLEA OF NOLO CONTENDERE SHALL BE CONSIDERED THE SAME AS A PLEA OF GUILTY.
  FOR THE PURPOSES OF THE CRIMINAL PROCEEDING, IT IS AN ADMISSION OF GUILT BUT
    CANNOT BE USED AGAINST YOU AS AN ADMISSION OF FAULT IN A CIVIL PROCEEDINGS
    ARISING OUT OF THE INCIDENT THAT CAUSED CRIMINAL PROCEEDINGS TO BE BROUGHT;

DEFENDANT WAIVES FURTHER ARRAIGNMENT.
DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
TRIAL BY COURT AND TRIAL BY JURY
  CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;
  SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
  AGAINST SELF-INCRIMINATION;
DEFENDANT ADVISED OF THE FOLLOWING:
  THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
    COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;

  THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
    THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
    EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
    SAME OR SIMILAR OFFENSES;
  THE EFFECTS OF PROBATION;
  IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
    OFFENSE FOR WHICH YOU HAVE BEEN CHARGED MAY HAVE THE CONSEQUENCES OF
    DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
    NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.
THE COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND
  EXPLICITLY MADE; COUNSEL JOINS IN THE WAIVERS
THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS
  NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION
  487(A) PC IN COUNT 01.  THE COURT FINDS THE DEFENDANT GUILTY.
COUNT (01) : DISPOSITION: CONVICTED

CONFIDENTIAL- Subject to Protective Order
PLTF 000025

```
CASE NO. ███████                          PAGE NO.   3
DEF NO.  01                               DATE PRINTED 11/21/12

DEFENDANT IS ADVISED OF HIS RIGHT TO A SPEEDY TRIAL AND WAIVES STATUTORY TIME
  FOR TRIAL.
COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
  ACCEPTS PLEA.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
03/06/01   830 AM  PROBATION AND SENTENCE HEARING   DIST LYNWOOD COURTHOUSE DIV
  015

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 03/06/01 AT  830 AM  IN LYNWOOD COURTHOUSE DIV  015

CASE CALLED FOR PROBATION AND SENTENCE HEARING
PARTIES: DEAN E. FARRAR (JUDGE) PRENILLA LEWIS   (CLERK)
              KATHERINE GIBB  (REP)    LAUREN WINSTON  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY RANDALF KINCAID BAR PANEL

  ATTORNEY
  DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
  WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
  JUDGMENT:
AS TO COUNT  (01):
IMPOSITION OF SENTENCE SUSPENDED
DEFENDANT PLACED ON SUMMARY PROBATION
  FOR A PERIOD OF 024 MONTHS UNDER THE FOLLOWING TERMS AND CONDITIONS:
  SERVE 090 DAYS IN LOS ANGELES COUNTY JAIL
    LESS CREDIT FOR 20 DAYS
  OBEY ALL LAWS AND FURTHER ORDERS OF THE COURT.
  PROBATION REPORT RECEIVED AND FILED.
  MEMO SENT TO PROBATION.
COUNT (01): DISPOSITION: CONVICTED
DEFENDANT WAIVES STATUTORY TIME.
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
  06/06/01   830 AM  STAY ON JAIL TIME   DIST LYNWOOD COURTHOUSE DIV  015

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 04/09/01 AT  830 AM  IN LYNWOOD COURTHOUSE DIV  015

CASE CALLED FOR MOTION
PARTIES: DEAN E. FARRAR (JUDGE)  PRENILLA LEWIS  (CLERK)
              KATHERINE GIBB        (REP)  LAUREN WINSTON  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  MATTER ADVANCED OFF CALENDAR.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  06/05/01   830 AM  STAY ON JAIL TIME   DIST LYNWOOD COURTHOUSE DIV  015

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 06/05/01 AT  830 AM  IN LYNWOOD COURTHOUSE DIV  015

CASE CALLED FOR STAY ON JAIL TIME
PARTIES: DEAN E. FARRAR (JUDGE) PRENILLA LEWIS   (CLERK)
              KATHERINE GIBB  (REP)     EVELIS M. DEGARMO  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
```

CONFIDENTIAL- Subject to Protective Order
PLTF 000026

```
CASE NO. ████████                        PAGE NO.   4
DEF NO.  01                              DATE PRINTED 11/21/12

   PROBATION IS CONTINUED ON THE SAME TERMS AND CONDITIONS WITH THE FOLLOWING
     MODIFICATIONS:
AS TO COUNT  (01):
   DEFENDANT TO SERVE NINETY DAYS COUNTY JAIL CREDIT TWENTY DAYS.
   COMMITMENT ISSUED.
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
   PROCEEDING TERM & CLDR CANCEL



ON 12/09/03 AT  830 AM  IN LYNWOOD COURTHOUSE DIV  003

CASE CALLED FOR POST SENTENCING
PARTIES: DEAN E. FARRAR (JUDGE) PRENILLA LEWIS    (CLERK)
                 YESENIA MONTALVO  (REP)     CHRIS PFAU  (DA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY HIDEO E. NAKANO DEPUTY
   PUBLIC DEFENDER

PROBATION TERMINATED
AS TO COUNT  (01):
MOTION PURSUANT TO SECTION 1203.4/1203.4A OF THE CALIFORNIA PENAL CODE IS
HEREBY GRANTED.  IT IS HEREBY ORDERED THAT THE PLEA, VERDICT, OR FINDING OF
GUILT BE SET ASIDE AND VACATED AND A PLEA OF NOT GUILTY BE ENTERED; AND THAT
THE COMPLAINT BE, AND IS HEREBY DISMISSED
COUNT (01): IS DISMISSED: DISMISSED PER 1203.4 P.C.
   PETITION AND ORDER UNDER PC 1203.4 OR 1203.4A FILED.
   MEMORANDUM SENT TO PROBATION DEPARTMENT.
COUNT (01): DISPOSITION: DISMISSED PER 1203.4 P.C.
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
   DISMISSD PURSUANT TO 1203.4 PC
```

CONFIDENTIAL- Subject to Protective Order
PLTF 000027

# Exhibit C

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE NO. ▮▮▮▮▮ |
| Plaintiff, | |
| v. | |
| 01 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | *FELONY COMPLAINT* |
| 02 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Defendant(s). | |

The undersigned is informed and believes that:

05 FEB 15 AM 11:17
CRIMINAL DEPT.
RECEIVED
LOS ANGELES

COUNT 1

On or about February 10, 2005, in the County of Los Angeles, the crime of SECOND

DEGREE ROBBERY, in violation of PENAL CODE SECTION 211, a Felony, was committed by

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ who did unlawfully, and by means of

force and fear take personal property from the person, possession, and immediate presence of

ELIAS ALVAREZ.

"NOTICE:  The above offense is a serious felony within the meaning of Penal Code section

1192.7(c)."

* * * * *





Deffs'
EXHIBIT NO. 7
1/22/13
L. White

COUNT 2

On or about February 10, 2005, in the County of Los Angeles, the crime of PETTY THEFT

WITH PRIOR(S), in violation of PENAL CODE SECTION 666, a Felony, was committed by

██████████████ who did unlawfully and in violation of Penal Code Section 484(a), steal take

and carry away the personal property of TARGET. It is further alleged that defendant(s), ██████

████████ was previously convicted in the State of California of the crime(s) listed below and

served a term for each crime in a penal institution and was imprisoned therein as a condition of

probation.

| Conv. Date | Case No. | Code/Statute | Court | Jurisdiction |
|---|---|---|---|---|
| 02/05/2001 | ████████ | PC487(A) | SUPERIOR | LOS ANGELES |

\* \* \* \* \*

COUNT 3

On or about February 10, 2005, in the County of Los Angeles, the crime of PETTY THEFT

WITH PRIOR(S), in violation of PENAL CODE SECTION 666, a Felony, was committed by

████████████████████ who did unlawfully and in violation of Penal Code Section

484(a), steal take and carry away the personal property of TARGET. It is further alleged that

defendant(s), ████████████████████ was previously convicted in the State of California

of the crime(s) listed below and served a term for each crime in a penal institution and was

imprisoned therein as a condition of probation.

| Conv. Date | Case No. | Code/Statute | Court | Jurisdiction |
|---|---|---|---|---|
| 02/28/1996 | ████████ | PC484(A) | SUPERIOR | LOS ANGELES |

* * * * *

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT AND THAT THIS COMPLAINT, CASE NUMBER ███████ CONSISTS OF 3
COUNT(S).

Executed at INGLEWOOD, County of Los Angeles, on February 15, 2005.

_____

DECLARANT AND COMPLAINANT

........................................................................................

STEVE COOLEY, DISTRICT ATTORNEY

BY: _____

JANET WILSON, DEPUTY

AGENCY:  INGLEWOOD PD    I/O:  VERONEE    ID NO.: 640    PHONE : (310) 412-5245

DR NO.: 05 0410236    OPERATOR: PQ    PRELIM. TIME EST.:

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY RTN DATE |
|-----------|---------|-----|-------------|--------------|------------------|
| ████████  |         |     |             | $70,000      | 2/15/2005        |
|           |         |     |             | $70,000      | 2/15/2005        |

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense
counsel provide discovery to the People as required by Penal Code Section 1054.3.

| Rev. 900-1/99  DA Case ████ | Page 3 | Case No. ████ |
|---|---|---|

*FELONY COMPLAINT*

## FELONY COMPLAINT — ORDER HOLDING TO ANSWER — P.C. SECTION 872

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

| Count No. | Charge | Charge Range | Special Allegation | Alleg. Effect |
|---|---|---|---|---|
| 1 | PC 211 | 2-3-5 | | |
| 2 | PC 666 | 16-2-3 | | |

| Count No. | Charge | Charge Range | Special Allegation | Alleg. Effect |
|---|---|---|---|---|
| 1 | PC 211 | 2-3-5 | | |
| 3 | PC 666 | 16-2-3 | | |

I order that the defendant(s) be held to answer therefor and be admitted to bail in the sum of:

$70,000 — _____ Dollars

$70,000 — _____ Dollars

*FELONY COMPLAINT*

and be committed to the custody of the Sheriff of Los Angeles County until such bail is given.  Date of arraignment in Superior Court will be:

3-16-05 _____ in Dept _O_

3-16-05 _____ in Dept _O_

at: 8:30 A.M.

Date: 3-1-05 _____

_(signature)_

_Committing Magistrate_



MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 06/09/05

---------------------------------------------------------------------

CASE NO. ████████

THE PEOPLE OF THE STATE OF CALIFORNIA
                          VS.
DEFENDANT 02: ███████████████████

---------------------------------------------------------------------

INFORMATION FILED ON 03/16/05.


COUNT 01: 211 PC FEL  - ROBBERY.
COUNT 03: 666 PC FEL  - PETTY THEFT W/PRIOR JAIL TERM.


ON 06/09/05 AT  830 AM  IN SOUTHWEST DISTRICT DEPT SWO

CASE CALLED FOR P & S/DISPO REMAINING COUNTS

PARTIES: JOHN V. MEIGS (JUDGE) JOLANE DONALD   (CLERK)
         SYDNEY LAWRENCE  (REP)      ROBERT L. VILLA  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY TERRELL D. POWELL ALTERNATE
PUBLIC DEFENDER

DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
JUDGMENT:

AS TO COUNT  (03):


DEFENDANT PLACED ON FORMAL PROBATION

FOR A PERIOD OF 003 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:

SERVE 180 DAYS IN LOS ANGELES COUNTY JAIL

LESS CREDIT FOR 180 DAYS

 DEFENDANT GIVEN TOTAL CREDIT FOR 180 DAYS IN CUSTODY 120 DAYS ACTUAL CUSTODY
AND 60 DAYS GOOD TIME/WORK TIME

IN ADDITION:

-PAY THE FOLLOWING AMOUNTS THROUGH THE PROBATION OFFICER:

-DEFENDANT IS TO PAY A COURT SECURITY SURCHARGE IN THE AMOUNT
OF $20.00 PURSUANT TO GOVERNMENT CODE SECTIONS 69926(A) AND
PENAL CODE SECTION 1465.8(A)(1).

                              P & S/DISPO REMAINING COUNTS
              PAGE NO.   1    HEARING DATE: 06/09/05

CASE NO. ████████
DEF NO.  02                                    DATE PRINTED 06/09/05

-THE DEFENDANT IS TO PAY A RESTITUTION FINE PURSUANT TO SECTION
1202.4(B) PENAL CODE IN THE AMOUNT OF $ 200.00

-SEEK AND MAINTAIN TRAINING, SCHOOLING OR EMPLOYMENT AS APPROVED
BY THE PROBATION OFFICER.

-KEEP PROBATION OFFICER ADVISED OF YOUR RESIDENCE AND WORK AND
HOME TELEPHONE NUMBERS AT ALL TIMES.

-DEFENDANT TO REPORT ANY CHANGE OF ADDRESS TO THE PROBATION
OFFICE WITHIN  5 DAYS OF MOVING.

-DEFENDANT TO REPORT TO THE PROBATION OFFICER WITHIN  24 HOURS
AFTER RELEASE FROM CUSTODY TO THE CENTINELA AREA OFFICE LOCATED
 AT 1330 WEST IMPERIAL HIGHWAY IN LOS ANGELES.

-DEFENDANT ACKNOWLEDGES TO THE COURT THAT THE DEFENDANT
UNDERSTANDS AND ACCEPTS ALL THE PROBATION CONDITIONS, AND
DEFENDANT AGREES TO ABIDE BY SAME.

COURT ORDERS AND FINDINGS:

-STAY AWAY FROM  TARGET STORE IN INGLEWOOD.

-DEFENDANT SHALL STAY AT LEAST 100 YARDS AWAY FROM THE
 SURROUNDING PARKING AREAS OF THE TARGET IN INGLEWOOD.

-THE COURT ORDERS THAT THE DEFENDANT PROVIDE TWO SPECIMENS OF
BLOOD, A SALIVA SAMPLE, RIGHT THUMBPRINT, AND A FULL PALM PRINT
IMPRESSION OF EACH HAND FOR LAW ENFORCEMENT IDENTIFICATION
ANALYSIS.

-NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS,
INCLUDING ANY FIREARMS, KNIVES OR OTHER CONCEALABLE WEAPONS.


-SUBMIT PERSON AND PROPERTY TO A SEARCH AT ANY TIME OF THE DAY
OR NIGHT BY ANY LAW ENFORCEMENT OFFICER OR PROBATION OFFICER
WITH OR WITHOUT A WARRANT OR PROBABLE CAUSE.

-OBEY ALL LAWS AND ORDERS OF THE COURT.

-OBEY ALL RULES AND REGULATIONS OF THE PROBATION DEPARTMENT.

ON THE PEOPLE'S MOTION, PURSUANT TO PENAL CODE SECTION 1385 TO
DISMISS/STRIKE ALL REMAINING COUNTS/ALLEGATIONS, PURSUANT TO
PLEA AGREEMENT, IS HEARD AND GRANTED.

BOOKING NUMBER ████████
PROBATION NUMBER ████████

THE DEFENDANT RECEIVING CREDIT FOR TIME SERVED, IS ORDERED TO BE
RELEASED.  RELEASE NUMBER ████████ IS ISSUED.

                                        P & S/DISPO REMAINING COUNTS
                    PAGE NO.   2        HEARING DATE: 06/09/05

CASE NO. ████████
DEF NO.   02

DATE PRINTED 06/09/05

COUNT (03): DISPOSITION: CONVICTED

REMAINING COUNTS DISMISSED.

   COUNT  (01): DISMISSED DUE TO PLEA NEGOTIATION

DMV ABSTRACT NOT REQUIRED

NEXT SCHEDULED EVENT:
PROBATION IN EFFECT

CUSTODY STATUS: DEFENDANT RELEASED

PAGE NO.   3

P & S/DISPO REMAINING COUNTS
HEARING DATE: 06/09/05

# Exhibit D

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 1

1                    UNITED STATES DISTRICT COURT

2                      NORTHERN DISTRICT OF OHIO

3

4      JANE ROE, individually and on    )

       behalf of all others similarly   )

5      situated,                        )

                                        )

6                 Plaintiffs,           )

                                        )

7         vs.                           )  No. 1:12-cv-02288-JG

                                        )  Pages 1 - 206

8      INTELLICORP RECORDS, INC., an    )

       Ohio corporation and DOES        )

9      1-50,inclusive,                  )

                                        )

10                Defendants.           )

       _____ )

11

12

13

14          **CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

15             VIDEOTAPED DEPOSITION OF JANE ROE

16                  LOS ANGELES, CALIFORNIA

17                 TUESDAY, JANUARY 22, 2013

18

19

20

21

22     REPORTED BY:

23     LESLIE L. WHITE

24     CSR NO. 4148

25     JOB NO.:  56990

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 2

1

2

3              Tuesday, January 22, 2013

4                    9:33 a.m.

5

6

7          Confidential videotaped deposition

8    of JANE ROE, held at 1800 Century Park East,

9    Suite 600, Los Angeles, California, before

10   Leslie L. White, CSR No. 4148.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 66

1    just don't recall what position, like it wasn't one

2    of my -- because I had during the ComForcare I had

3    just various clients.

4            So I don't recall exactly which case it

5    was that I worked on, so I can't -- I don't recall.

6        Q    Do you remember a time when you were ever

7    working only at IHSS and no other employer?

8        A    Yes.

9        Q    So it could have been during this time

10   that you were only at IHSS and no place else?

11       A    I don't -- I am not sure.

12       Q    Don't know?  Okay.

13           Okay, if we now look, we have touched a

14   little bit, ████████, on ComForcare, and we'll

15   come back to ComForcare more later, but let me just

16   ask you a few questions for now.

17           The response to the interrogatories

18   indicates that you worked for ComForcare from

19   March 2011 to September 2011.

20           Are those dates correct?

21       A    Yes.

22       Q    When in March 2011 did you begin working

23   for ComForcare?

24       A    I don't recall the start date.

25       Q    The response also indicates that your work

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 67

1  for ComForcare was part-time.  How many hours did

2  you work?

3      A    Again, it varied, depending upon the

4  clients' needs.

5      Q    And as you had done with Catholic

6  Charities, can you maybe book end it for me.  What

7  was the minimum, what was the maximum number of

8  hours?

9      A    Okay, with ComForcare I would say minimal

10  would be three hours a day, and the max hours I

11  would get would be -- it can be a 12-hour shift.

12      Q    And what about, are you able to translate

13  that on a weekly basis, excuse me -- yeah, on a

14  weekly basis how many hours?

15      A    Um, at that time with ComForcare I would

16  just say it was -- because the hours were really --

17  they started -- I started off -- they started off

18  okay, but they went really bad.  So I would give it

19  about 20 hours, 20 hours a week for that job.

20      Q    And the response states that you were paid

21  $10 per hour.  Is that information correct?

22      A    That's correct.

23      Q    And the responses also state that you

24  voluntarily resigned from ComForcare for a better

25  job; is that correct?

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 68

1      A    That's correct.

2      Q    You weren't fired from ComForcare?

3      A    No, I was not fired.

4      Q    You weren't asked to leave?

5      A    No.

6      Q    Did you ever receive any complaints about

7    your performance while you were at ComForcare?

8      A    No.

9      Q    Were you ever given a positive Performance

10   Evaluation?

11     A    No.

12     Q    Same thing, no Performance Evaluation;

13   right?

14     A    No Performance Evaluations.

15     Q    Did you have particular clients at

16   ComForcare?

17     A    No, it was various clients.

18     Q    And they changed from day to day, week to

19   week?

20     A    Yes, they did.

21     Q    And what was the "better job" that you

22   left ComForcare for?

23     A    At that time when I left ComForcare I

24   didn't have any job.  It was a gap in between there.

25   I was in the process of looking for another job, but

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 69

1    I hadn't landed one yet.  And I finally did get on

2    with Volunteers of America, but that was not right

3    away.

4        Q    We'll take a look at that in a second, but

5    do you see in the interrogatory responses you have

6    included in the response an explanation that you

7    voluntarily resigned from ComForcare for a better

8    job?

9        A    Right.

10       Q    Is it your testimony that you didn't, in

11   fact, have a better job at the time you left

12   ComForcare?

13       A    Yes.

14       Q    So why did you leave ComForcare?

15       A    I was dissatisfied with the pay.  I was

16   dissatisfied with the hours I was being given, and I

17   didn't think it was beneficial anymore for me to

18   continue with that job.  So that's why I voluntarily

19   left.

20       Q    Even though you didn't yet have another

21   job lined up --

22       A    Uh-huh, yes.

23       Q    Okay.  Can you refer back to -- this is

24   going to be my issue with Exhibits 2 and 3 again.

25            Exhibit 2, ███████████, please.

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 127

1           (The record was reread as follows:

2           "Q   If the court did not reduce

3           the charge from a felony to a

4           misdemeanor, then reading

5           instruction C, would you have

6           reported the felony dismissal?")

7      THE WITNESS:  No, because it says that if it

8  was -- do not include convictions that were

9  expunged.

10  BY MS. CARUSO:

11      Q    And even though instruction C described a

12  dismissal, you would not have followed instruction

13  C?

14      MR. KIM:  Objection as to form.  It's a

15  misleading characterization of -- what are we

16  calling it -- instruction C.

17      MS. CARUSO:  That's fair.  I'll clean it up.

18      Q    ███████████, I believe you testified that

19  the reason you didn't report the dismissal was

20  because of the language in A regarding expungements;

21  is that correct?

22      A    Yes.

23      Q    Did you also consider the language in C

24  regarding misdemeanor dismissals?

25      A    No, I did not.

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 128

```
 1        Q     Could you please turn to the next page,

 2   page stamped PLTF 000051, and the section entitled

 3   "Business References."

 4              Do you see that, ███████████?

 5        A     Yes.

 6        Q     And this section asks you to identify

 7   three references; is that correct?

 8        A     Yes.

 9        Q     Could you please read the name of

10   the first reference?

11        A     Richelle ███.

12        Q     Now is this the same person as the

13   Richelle ███ies that was a co-defendant in your

14   2005 arrest?

15        A     No.

16        Q     It's a different Richelle?

17        A     Yes.

18        Q     And it's -- the correct spelling, just so

19   I read your handwriting correctly, is ██████?

20        A     That's right.

21        Q     And the Richelle ███ies who was a

22   co-defendant with you in your 2005 arrest didn't go

23   by "Richelle ████" or "█████"?

24        A     No.

25        Q     Could you please read the name of
```

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 129

1   the second reference.

2        A    Nisha Zamora.

3        Q    And who is Nisha Zamora?

4        A    That was a friend that I met at one of my

5   past jobs.

6        Q    Which job?

7        A    Um, at one of my -- which one -- it was

8   one of my interns.  I'm not exactly sure which one

9   it was, but it was at one of my internships.

10       Q    And who is Richelle ███████ or ███████?

11       A    A friend.

12       Q    Where does she live?

13       A    I don't have her current address.  I

14   haven't had communications with her.

15       Q    Since when?

16       A    Um, I can't remember the last date.

17       Q    Was it more recent than this June 1st,

18   2012 application?

19       A    Um, the last contact would be in reference

20   to using her as a reference here, but since this

21   application I haven't had any contact with her.

22       Q    Do you know whether the phone number that

23   you provided for her is still her current phone

24   number?

25       A    I don't know.

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 130

1      Q    Can you please read the name of the third

2    reference that you have listed.

3      A    Jermaine Wheatley.

4      Q    And who is Jermaine Wheatley?

5      A    A friend.

6      Q    You have him listed as a corrections

7    officer; is that correct?

8      A    Yes.

9      Q    Where is he a corrections officer?

10     A    In the federal prisons.

11     Q    How did you meet him?

12     A    Through college.

13     Q    Okay.  Could you please turn to the next

14   page, stamped PLTF 000052.  You will see that there

15   is a section entitled "Authorization."

16          Do you see that, in kind of the middle of

17   the page?

18     A    Yes.

19     Q    And in this "Authorization" you authorized

20   Partners in Care to perform a background check on

21   you; is that correct?

22     A    Yes.

23     Q    Can you please read the box that starts

24   with the phrase, "California, Minnesota and Oklahoma

25   applicants only."

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 188

1   apologize?  What was the --

2        A    Yes, People's Coordinated Services.

3        Q    That's the only one that you did not

4   include here?

5        A    Yes.

6        Q    Going back to your Declaration,

7   Exhibit 14, in the same paragraph, paragraph 6, you

8   write in the last sentence, "I have gotten so many

9   rejection letters from employers."

10            Do you see that?

11       A    Yes.

12       Q    Okay.  If you go back to Exhibit 4, the

13  interrogatory responses, the same place we were just

14  looking, can you please look at the list again and

15  identify any employer, other than Kedrin Mental

16  Health, that you indicate rejected you for

17  employment?

18       A    Can I list any other jobs that denied me

19  employment was the question, I'm sorry?

20       Q    Yes.  If you look at this list --

21       A    Uh-huh.

22       Q    -- that you provided in response to our

23  interrogatory, are there any prospective employers

24  that you have identified, other than Kedrin Mental

25  Health, that denied you employment?

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 189

1      A    No.

2      Q    Were there, in fact, others?

3      A    No.  Outside of the comments that was made

4  in that interview at People's Coordinated Services,

5  that was verbally done, but I didn't have any other

6  letters.

7      Q    Okay.  Going back now to your Declaration,

8  that same sentence, it ended with:

9           "I have gotten so many rejection

10          letters from employers that I have

11          created a journal to help me deal

12          with my frustration."

13          Do you see that?

14     A    Yes.

15     Q    What did the journal consist of?

16     A    Actually, the journal, it wasn't

17 specifically a journal which I was writing.  It was

18 more like a file log.  Just poor choice of words, I

19 stated as a "journal."

20          But it was basically letters that I would

21 receive after I would submit an application, and

22 like Kedrin, they would send me back a letter

23 denying me employment.  I was trying to keep up with

24 the letters.  So it was more like a file log, not

25 really an actual journal book.

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 190

1     Q     When you say a "file log," did you write
2  in the file log?
3     A     No, I would just place the letters into
4  this -- like a manila folder, place the letters into
5  that when I would receive them.  That was it.
6     Q     What else was in this manila folder, other
7  than rejection letters?
8     A     That was -- in that particular folder that
9  was it, just the letters that I would receive.
10     Q     And so it would have been from People's?
11     A     Yeah -- actually, no, People's did not
12  send me a letter.  That was just a bad, um,
13  interview.  That was one of my worst interviews that
14  I have ever had, um.  And that's why I shared that
15  experience because it was just so bad for me.
16          But rejection letters were the Kedrin, and
17  I can't think of others at the moment, but just a
18  lot of barriers for me due to the fact that I had my
19  background in my job search, but I can't recall
20  others at the moment.
21     Q     You can't recall a letter other than
22  Kedrin?
23     A     Right.
24     Q     If you didn't write in the log why did you
25  call it a journal?

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 191

1    A    Basically because it kept track of written

2 documents for me, and I just referred to it as a

3 journal at that time.

4    Q    And if what it consisted of was a

5 collection of rejection letters and nothing more, no

6 writing on your part, how did that help you deal

7 with your frustration?

8    A    For me it was just a part of my triumph,

9 you know, because I knew that eventually I would get

10 an acceptance letter, and that would be -- just to

11 show myself that I didn't give up.

12         You know, looking at those letters, just

13 was a form for me, just to keep going.  And then

14 once I did receive an acceptance letter, I could

15 look back and see all the denial letters, I got, but

16 look where I ended up.  So I just saved them for

17 that reason.

18    Q    How many denial letters were there?

19    A    Um, they were from different caregiving

20 jobs.  Like the caregiving one that I got from

21 BrightStar was in there, Kedrin was there.

22         If I had like an interview and I did

23 complete an application, and they would send me back

24 a letter, I would save those letters.  But I can't

25 remember all of the different agencies that I had

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 192

1  because it was caregiver jobs, social work jobs.  It

2  was just too many.

3      Q    And as you sit here the only ones you

4  remember are Kedrin, People's and BrightStar?

5      A    Yes.

6      Q    Where is the journal now?

7      A    The journal was damaged.  I don't have it

8  any longer -- well, the file log.  I'll refer to it

9  as a "file log" rather than "journal."  Poor choice

10  of words.

11        The file log was damaged when my flood

12  incident happened in my home.  So I no longer have

13  it, the letters.

14      Q    And you testified earlier, I believe, that

15  the home plumbing accident, best you can put your

16  finger on it happened sometime in the spring or

17  summer of 2012; is that correct?

18      A    That's correct.

19      Q    So this Declaration you wrote or you

20  signed after that home plumbing accident; is that

21  correct?

22      A    Right.

23      Q    And yet you write, "I have created a

24  journal to help me deal with my frustration,"

25  present tense.

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 193

1          If the journal were already gone, why

2     didn't you write, "I had created a journal"?

3          A    I don't know.  Just poor choice of words.

4          Q    In paragraph 7 you discuss certain

5     counseling and other services you received from A

6     New Way of Life Reentry Project.

7          Can you please read that paragraph out

8     loud.

9          A    (Reading):

10              "I have received counseling

11              services and legal advice from A

12              New Way of Life Reentry Project.

13              In 2010 I attended two workshops

14              given by The Reentry Project that

15              explained what I could do to have

16              my criminal record expunged under

17              California law.  The process was

18              not easy.  I had to make several

19              trips to different courthouses to

20              obtain copies of all the relevant

21              records, meet several times with my

22              attorneys, submit Declarations and

23              forms and appear at a hearing.

24              Finally in June 2011 the Court

25              approved my application and issued

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 194

1          an expungement order."

2     Q     Thank you.

3          So you stated there that in the process of

4   having your record expunged you met several times

5   with your attorneys.

6          How many meetings did you have?

7     A     I can't recall the exact number of times

8   that I met with the attorneys.

9     Q     More than once?

10    A     It was more than once.

11    Q     More than five times?

12    A     I don't recall to give it an end point,

13  but there were numerous times.

14    Q     You also stated that you had to submit

15  Declarations and forms; correct?

16    A     Right.

17    Q     So if we refer back to Exhibit 8 -- I'm

18  sorry, yes -- Exhibit 8, am I correct?

19    MS. ELBERT:  Yes, Exhibit 8.

20  BY MS. CARUSO:

21    Q     We looked at this form and your

22  Declaration in connection with this form earlier.

23          Did you submit any other Declaration in

24  connection with having your record expunged, other

25  than this one?

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 195

1      A    No.

2      Q    Going back to your Declaration and

3  paragraph 7, which you read aloud, you said that you

4  had to appear at a hearing; correct?

5      A    Yes.

6      Q    You testified earlier that you were not

7  present at the hearing on your Petition for

8  Dismissal; correct?

9      A    Yes.

10     Q    So this is not correct that you had to

11  appear at a hearing, is it?

12     A    That's not correct.

13     Q    In paragraph 11 you explain that you're

14  seeking to appear at a case management conference in

15  this case by telephone instead of in person; is that

16  correct?

17     A    Yes.

18     Q    Can you please read paragraph 14 out loud.

19     A    (Reading):

20         "I am currently working full time,

21         and I am also caring for my elderly

22         mother who is ill and requires my

23         daily attention.  In addition, I am

24         obligated to pick up my sister's

25         young children when they get out

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 196

1      from school.  My sister is a single

2      mother who works full time and does

3      not have the means to arrange for

4      other methods of ensuring her

5      children's safe transportation from

6      school."

7    Q    How many hours per week are you caring for

8  your mother?

9    MR. FOK:  Objection.  Not calculated to lead to

10 discoverable evidence.

11   MS. CARUSO:  An improper objection during a

12 deposition.

13   MR. FOK:  Same objection.

14 BY MS. CARUSO:

15   Q    You can answer the question.

16   A    I couldn't give that amount of hours.  I

17 don't have a schedule with my mother.  That's an

18 ongoing process, so there is no limit.  There is no

19 cutoff time.  It is 24/7.

20   Q    It is 24/7?

21   A    Uh-huh.

22   Q    You spend time every day caring for your

23 mother?

24   A    Yes, I do.

25   Q    You also explain in this Declaration to

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 199

1    relevance.  I made the objection as to whether it

2    was discover- -- reasonably calculated to lead to

3    discoverable evidence, which it was not.

4        MS. CARUSO:  Equally improper.

5            There is a pending question.  Court

6    reporter, could you please read it back.

7            (The record was read as follows:

8            "Q    Which children are you

9            talking about picking up from

10           school?

11           "A    The twins who are four years

12           old.

13           "Q    Is it a kindergarten?")

14       THE WITNESS:  Yes.

15   BY MS. CARUSO:

16       Q    And what time do you pick them up from

17   school?

18       A    It ranges from like 4:30, but I can get

19   them as late as 5 o'clock.

20       Q    From kindergarten you can pick them up as

21   late as 5:00 p.m.?

22       A    Yeah, it's actually a kinder program, but

23   it is a -- how would you state that?  It's a early

24   Head Start program, and they are open until 5:00.

25           So the kids can be there from 8:00 a.m.,

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 200

1    no later than 5:00 p.m.

2        Q     So do you pick them up when you are done

3    with work for the day?

4        A     Yes, so you typically --

5        MR. FOK:  Same objections.

6    BY MS. CARUSO:

7        Q     You can answer.

8        A     Typically, once I'm leaving work at 4:30 I

9    would go to pick the twins up.

10       Q     What is the name of their school?

11       A     Um --

12       MR. FOK:  Same objection.

13   BY MS. CARUSO:

14       Q     You can answer.

15       A     St. Andrew's Place Children's Center.  I'm

16   sorry, 36th Street.  Goodness.

17             36th Street Child Care Center, but it is

18   on St. Andrew's.

19   BY MS. CARUSO:

20       Q     Ms. ███████, can you please read

21   paragraph 15 out loud.

22       A     (Reading):

23             "I make less than $25,000 a year, a

24             substantial portion of which is

25             used to care for mother.  I have

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 201

```
1              limited vacation and leave time.

2              Accordingly, it would be a serious

3              personal financial hardship for me

4              to pay to fly, to stay overnight in

5              Ohio for the court's case

6              management conference.  I will,

7              however, be available to

8              participate in the conference by

9              telephone."

10       Q    Isn't it true, ███████████, that since

11   October 1st, 2012 you have been making $50,000 a

12   year?

13       MR. FOK:  Same objection.

14   BY MS. CARUSO:

15       Q    You can answer.

16       A    Yes, that's an error, with the amount.

17       Q    You testified that you reviewed this

18   document before it was submitted to the court; is

19   that correct?

20       A    Yes.

21       Q    And you declared under penalty of perjury

22   that the information in it is true and correct; is

23   that correct?

24       A    That's correct.

25       Q    And you weren't able to catch the fact
```

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 202

1    that your income was misrepresented by 50 percent?

2        MR. FOK:  Objection.  Argumentative.  Vague.

3    Ambiguous.

4    BY MS. CARUSO:

5        Q    You can answer.

6        A    I did not catch that.

7        Q    And isn't it true that even prior to your

8    current position your salary with your previous

9    employer was $38,000 per year?

10       A    That's correct.

11       Q    Do you have any idea how this number of

12   less than $25,000 a year got into your Declaration?

13       MR. FOK:  Objection.  Asked and answered.

14       MS. CARUSO:  It's a different question.

15       Q    You can answer.

16       MR. FOK:  Same question.

17       THE WITNESS:  I don't know.

18   BY MS. CARUSO:

19       Q    But it is wrong?

20       A    That's correct.

21       MS. CARUSO:  Give us one minute to caucus.  We

22   may be done.

23       THE VIDEOGRAPHER:  Off the record.

24            The time is 3:36.

25            (A discussion was held off the record.)

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 203

1          THE VIDEOGRAPHER:  Back on the record.

2               The time is 3:38.

3          MS. CARUSO:  Thank you.

4               We don't have any further questions for

5     ██████████████ .

6               Thank you for your time today.  We

7     appreciate it.

8               Counsel, thank you for your time.

9               Court reporter, videographer, many thanks.

10         MR. KIM:  Thank you especially for having that

11    rushed lunch.

12         THE REPORTER:  My pleasure.

13         MR. KIM:  You're the one who had it.

14         THE VIDEOGRAPHER:  This concludes today's

15    deposition.  We're off the record.

16              The time is 3:39.

17              (The deposition was concluded

18              at 3:39 p.m.)

19                        *    *    *

20

21

22

23

24

25

# Exhibit E

Confidential - Pursuant to Protective Order

Page 1

1                 UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF OHIO
3
4    JANE ROE, individually and on    )
     behalf of all others similarly   )
5    situated,                        )
                                      )
6            Plaintiffs,              )
                                      )
7        vs.                          )  No. 1:12-cv-02288-JG
                                      )  Pages 1 - 67
8    INTELLICORP RECORDS, INC., an    )
     Ohio corporation and DOES        )
9    1-50,inclusive,                  )
                                      )
10           Defendants.              )
     _____ )
11
12
13        **CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**
14         VIDEOTAPED DEPOSITION OF MIYOSHI LaFOURCHE
15               LOS ANGELES, CALIFORNIA
16              MONDAY, FEBRUARY 4, 2013
17
18
19
20
21
22   REPORTED BY:
     LESLIE L. WHITE
23   CSR NO. 4148
     JOB NO.:  56991
24
25

Confidential - Pursuant to Protective Order

Page 2

1

2

3                    MONDAY, February 4, 2013

4                         1:24 p.m.

5

6

7            Confidential videotaped deposition

8    of MIYOSHI LaFOURCHE, held at 1800 Century

9    Park East, Suite 600, Los Angeles,

10   California, before Leslie L. White, CSR

11   No. 4148.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Pursuant to Protective Order

Page 57

1    "Unprocessed" because it just means, to me, that it

2    hasn't been completed.

3         Q    So generally you would wait for it to be

4    complete before you would make a decision?

5         A    Absolutely.

6         Q    So then if you look at the letter which I

7    believe is Exhibit 19, the letter that you sent to

8    the plaintiff, with the BrightStar letterhead on the

9    top.

10        A    Uh-huh.

11        Q    I think maybe it's on your paper stack on

12   the right.

13        A    The BrightStar letter?

14        Q    Yeah.

15        A    Okay.

16        Q    There you go.

17        A    Uh-huh.

18        Q    Is that Exhibit 19?

19        A    Yes.

20        Q    If you take a look at that and you see, as

21   Mr. Schreiber pointed out, that this letter appears

22   to be dated the same date as the printed criminal

23   background check form that we looked at.

24        A    Right.

25        Q    So based on the fact that these were done

Confidential - Pursuant to Protective Order

Page 58

1  in the same day --

2       A     Uh-huh.

3       Q     -- and as you just testified you don't

4  generally make employment decisions on an in-process

5  report, would that lead you to conclude one way or

6  another as to whether this applicant was rejected as

7  result of the report or as a result of something

8  else?

9       A     That's kind of hard to say.  One, you

10 know, whoever ran the report, you know -- two things

11 stand out for me, and that's why say that I don't

12 know, I can't say that it was me because two things:

13 One, the time, and the other thing is that it is

14 "Unprocessed."

15            I know there was two of us in the office

16 running the reports, you know, so that is a concern

17 of mine.

18            The other thing is that, um, if I

19 interviewed someone and, you know, we were

20 questioning, there was a question about their

21 background, and I had 10 people there that

22 afternoon, and I really liked them, and I hadn't had

23 time, Claudine could have processed those documents

24 by running the backgrounds --

25       Q     Uh-huh.

Confidential - Pursuant to Protective Order

Page 59

1      A     -- and then at that point, at the end of

2  the day, you know, which, you know, I don't know

3  what time this was, but we could have said -- this

4  could have been -- this letter could have even been

5  before the background was even processed that we

6  decided that we weren't interested in her.

7      Q     And that, I presume, would have been on

8  the basis of something other than the background

9  report?

10     A     Absolutely.

11     Q     Okay.

12     A     It could have been skill set, it could

13  have been how that person interviewed.  You know,

14  candidates come in, and they come in, you know, you

15  tell them up front:  We need you to come in with

16  your scrubs on.  You know, we need to be well

17  groomed, you're going to be interviewed.  We take

18  the time to initiate that conversation before we ask

19  them to come in for interviews.

20          If they don't follow instructions, and if

21  they come in looking like they have been on the

22  street, well, then that -- or they have been playing

23  basketball, well, then they are not following

24  instructions.

25          So in a case like that, you know, again, I

Confidential - Pursuant to Protective Order

Page 60

1    would venture to say that it would be other than the

2    background would be the reason why we declined her.

3        Q    Okay, great.  If you can turn back to the

4    Authorization Form --

5        A    Uh-huh.

6        Q    -- which I think is maybe Exhibit 17.

7        A    Uh-huh, yes.

8        Q    You mentioned before that there is either

9    another page to this or a different version of this

10   form where the candidate can check a box indicating

11   that they want to receive a copy of the report.

12       A    That's correct.

13       Q    If they do check "Yes," what happens?

14       A    You know, I don't know.

15       Q    Yeah.

16       A    I really can't say.  Like I said, in some

17   companies that I have worked for, they typically

18   would get a report from the company who ran the

19   background, if they requested a copy, and

20   automatically sent -- I have actually done that.  I

21   worked at Toyota, and I wanted to see what my report

22   looked like, I checked that box, and they mailed me

23   a report from the company.  Don't know what happens

24   here.

25       Q    Okay.

Confidential - Pursuant to Protective Order

Page 61

1      A    And I know that there is an authorization,

2 and there was a little area with a little box that

3 you could check if you'd like to have a copy of your

4 report sent.

5      Q    Do you know if that page or that version

6 of the form that included a check where you could

7 mark that you wanted a copy of the report --

8      A    Uh-huh.

9      Q    -- do you know whether that form was ever

10 sent to IntelliCorp?

11     A    Um, you know what, I can't say for sure.

12 But typically I thought that the process was that we

13 would fax IntelliCorp -- we would put this

14 information and fax the authorization in that form

15 with it.

16     Q    Okay.

17     A    Yeah.

18     Q    And who generally would be responsible for

19 faxing those forms to IntelliCorp?

20     A    It would be Claudine.

21     Q    Did you ever fax those forms to

22 IntelliCorp?  Do you recall?

23     A    I think I did.  Yeah, I recall -- if I did

24 any backgrounds, whoever ran the background, I think

25 there was a Fax Cover Sheet, and the authorization

Confidential - Pursuant to Protective Order

Page 62

1    had to go with the documents.

2         Q    Okay.

3         A    To IntelliCorp.

4         Q    Okay.

5         MR. SCHREIBER:  Just we have one quick

6    question.  For real.

7

8                    FURTHER EXAMINATION

9    BY MR. SCHREIBER:

10        Q    The letter that was sent out on

11   October 20th --

12        A    Uh-huh.

13        Q    -- just to be clear, you said that it is

14   possible that the letter could have been sent

15   before -- before the background check was run.

16        A     The letter could have been -- well, it

17   could have been sent kind of like simultaneously.

18   Because what happens is when we would have

19   interviewed her, I would have -- if something

20   happened in the interview process, if I had passed

21   the paperwork over to Claudine, and she ran the

22   background I could have also at the same time said,

23   "I am not interested, and here's why," and the

24   report could have been run at the same time that I

25   sent the letter out, so same day.

# Exhibit F

## Application/Record Form

**Applicant Name:**

Middle Initial:

Nickname:

**Social Security #:**

**Address:**

**City:**

**State:**

**Zip:**

Address paycheck should be sent to (if different)

Address:

City:

State:

Zip:

E-mail:

**Primary Phone #:**

Type of Phone:

Secondary Phone #: (___) - ___ - ___ ext. ___

Type of Phone:

Other Phone #: (___) - ___ - ___ ext. ___

Type of Phone:

Other Phone #: (___) - ___ - ___ ext. ___

Type of Phone:

Emergency Contact: Richelle ██ ies

Emergency Contact #: (323) - 574 - -4923

Emergency Instructions:

Years of Experience: year(s)

Specialized Experience: Mental Health

### Position Type:(Please select only those you are qualified for AND interested in):

- ☐ ADMIN
- ☐ Case Manager/Utilization Review Mgr
- ☑ Caregiver
- ☐ Caregiver 2
- ☐ CM/URM
- ☐ CNA 2
- ☐ Clinical Research Nurse
- ☐ Dietician/Nutritionist
- ☐ EKG

- ☐ Cardiovascular Tech
- ☐ Certified CG
- ☑ Caregiver 1
- ☐ Home Health Aide - Certified
- ☐ CNA
- ☐ CNA 3
- ☐ Dental Assistant
- ☐ General ECHO/Cath Lab
- ☐ EMT

Geyen
EXHIBIT NO. 16
2/4/13
L. White

☑ Home Health Aide
☑ HMKR
☑ Medical Biller
☑ LPN
☑ MA
☑ Medical Aide
☐ Medical Lab Tech
☑ MRI Tech
☑ MT
☑ Occupational Therapist
☑ Physician Assistant
☑ PCS
☑ Phlebotomist
☑ Physical Therapist Assistant
☑ RN
☑ RN Recertification
☑ Respiratory Therapist
☑ Pharmacist
☑ Sonography/Ultrasound Tech
☑ Speech Therapist Assistant
☑ Surgical Tech
☑ X-Ray Tech

☑ Histologic Tech
☑ INHMRSPT
☑ Licensed Massage Therapist
☑ LVN
☑ Mammographer
☑ Medication Reminder
☑ Medical Receptionist
☑ Medical Social Worker
☑ Occupational Health Nurse
☑ Occupational Therapist Assistant
☑ PCA
☑ Patient Care Tech
☑ Physical Therapist
☑ Radiology Tech
☑ RN-IN-HOME-INFUSION
☑ Radiation Therapist
☑ Respiratory Therapist Tech
☑ Pharmacy Tech
☑ Speech Therapist
☑ STNA
☑ Medical Transcriptionist

Other (type position in box):

*Availability*

Select Days and Shifts you are available to work:

| | | | |
|---|---|---|---|
| ☑ Sunday 7-3 | ☑ Sunday 3-11 | ☑ Sunday 11-7 | ☑ Sunday Any |
| ☑ Monday 7-3 | ☑ Monday 3-11 | ☑ Monday 11-7 | ☑ Monday Any |
| ☑ Tuesday 7-3 | ☑ Tuesday 3-11 | ☑ Tuesday 11-7 | ☑ Tuesday Any |
| ☑ Wednesday 7-3 | ☑ Wednesday 3-11 | ☑ Wednesday 11-7 | ☑ Wednesday Any |
| ☑ Thursday 7-3 | ☑ Thursday 3-11 | ☑ Thursday 11-7 | ☑ Thursday Any |
| ☑ Friday 7-3 | ☑ Friday 3-11 | ☑ Friday 11-7 | ☑ Friday Any |
| ☑ Saturday 7-3 | ☑ Saturday 3-11 | ☑ Saturday 11-7 | ☑ Saturday Any |

If You are looking for live-in work, please select your availability from here:

Live-In Availability:   ☑ Any   ☐ M-F   ☑ Weekend Only   ☐ Other

Ideally, how many shifts per week would you like to work?

**Number of Shifts:** 40

Please choose a username and password so you can log on to our site in the future.

**Username:**

**Password(Must be at least 6 characters):**

**Are you willing and able to lift at least 50 lbs. if your job requires it?**

◉ Yes

◎ No

# How did you hear about BrightStar?

|  |  |
|---|---|
|  | craigslist.org |

◎ **Referral**
Ask about the referral bonus form.  Person: _____

◎ Newspaper  Newspaper: _____

◎ Website  Website: _____

◎ Other  Source: _____

Please answer the following by checking the appropriate box:

Are you willing and able to work 12 hour shifts:  ☒ Yes  ☒ No

Are you willing and able to work double shifts:  ☒ Yes  ☒ No

## Are you at least 18 years of age:  ☒ Yes  ☒ No

Are you legally authorized to work in the U.S.:  ☒ Yes  ☒ No

Are you Bi-Lingual:  ☒ Yes  ☒ No

If Bi-Lingual (Please use box to indicate additional languages):

_____

## Are you willing to take a pre-employment Drug Test:  ☒ Yes  ☒ No

Have you ever been convicted of a crime?  ☒ Yes  ☒ No

If ever convicted, please give details including City, State, and Date.

(NOTE: Based on Illinois State Law, applicants are not required to disclose sealed or expunged conviction or arrest records)

_____

Ideally what type of work are you looking for:

▣ Agency

▣ Perm

▣ Temp to Perm

▣ Visits

## How far are you willing to travel? _____ miles

Would you be interested in traveling out of the area for 4-week to 13-week contracts?  ☒ Yes  ☒ No

*Transportation* ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

## Please select type of Transportation you would rely on for work purposes :

◎ Car

◎ Public Transportation

Driver's License (or State ID) # _____

Driver's License State

Expiration Date(mm/dd/yyyy):

Insurance Carrier:

Policy #:

Expiration Date(mm/dd/yyyy):

Are you willing and able to drive patients:      Yes ⊜ No ⊜

Select Highest Level of Education:

⊜ High School / GED

⊜ Associates

⊜ Bachelor

⊜ Masters

⊜ Other

Name of Highest School Attended:

State:

Degrees Recieved:

*Military Service*

Were you in the U.S. Armed Forces?:

⊜ Yes

⊜ No

If Yes, what Branch?

Dates of Duty?

Prom (yyyy):

To (yyyy):

Rank at separation?

Briefly describe your duties:

**Have you or a member of your immediate family qualified for or received local, state or federal aid and or/benefits in the past 3 years?**

⊜ Yes

⊜ No

*Licenses and Certifications*

State                          Licenses                          Expires (mm/yyyy)

|  |  | 1 | / | 1900 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Certifications**                                                    **Expires (mm/yyyy)**

|  |  |
|  |  |
|  |  |
|  |  |

ACLS Certification

BLS Certification

CPR Certification                      | 1 | / | 1900 |

Pals (NICU) Certification

Trauma Certification

OR Certification

CC Certification

OCN Certification

Please list the last date you had the following (mm/yyyy):

TB Skin Test or Chest X-Ray:           | 1 | / | 1900 |

How long is your tb test good for?      ◉ 1 Year ◉ 2 Years

Physical:                               | 1 | / | 1900 |

BBP Training:

HEP B Shot:

---

*Employment History*

List current or most recent first

May we contact your current employer?              ◉ Yes ◉ No

Have/Did you work for this employer for more than 2 years?   ◉ Yes ◉ No

**Employer:**

Address:

City:

State:

Zip:

**Phone #:**      ( ) - -

Job Title & Duties:

Start Date(mm/yyyy)

Starting Pay rate

End Date(mm/yyyy)

Ending Pay rate

Reason For Leaving:

Supervisor:

Contact info and best time to reach

Employer #2

Have/Did you work for this employer for more than 2 years?          ⊙ Yes ⊙ No

Employer:

Address:

City:

State:

Zip:

Phone #:          (       ) -          -

Job Title & Duties:

Start Date(mm/yyyy)

Starting Pay rate

End Date(mm/yyyy)

Ending Pay rate

Reason For Leaving:

Supervisor:

Contact info and best time to reach

Employer #3

Employer:

Address:

City:

State:

Zip:

**Phone #:**

Job Title & Duties:

**Start Date(mm/yyyy)**

**Starting Pay rate**

**End Date(mm/yyyy)**

**Ending Pay rate**

Reason For Leaving:

**Supervisor:**

Contact info and best time to reach

*References*

## Please List 3 Professional References

If you have worked or you did work for your most current employer for 2 or more years, and you indicated that in the above question, then you do not have to enter any more references. If you would like to enter more references you may do so, but they must be professional references and not friends or family. If you have not worked for your most current employer for 2 or more years, then 3 professional references are required.

Reference #1

**Name:**

**Work Location:**

**Job Title:**

**Address:**

**City:**

**State:**

**Zip:**

**Phone #:**

**Contact info and best time to reach:**

Reference #2

**Name:**

**Work Location:**

**Job Title:**

Phone #:

Address:

City:

State:

Zip:

Contact info and best time to reach:

Reference #3

Name:

Work Location:

Job Title:

Phone #:

Address:

City:

State:

Zip:

Contact info and best time to reach:

Experience:

| | | | |
|---|---|---|---|
| Hospice: | ⊙ Yes ⊙ No | School Nursing: | ⊙ Yes ⊙ No |
| Injections: | ⊙ Yes ⊙ No | Medical Records: | ⊙ Yes ⊙ No |
| Blood Pressures: | ⊙ Yes ⊙ No | Medical Billing: | ⊙ Yes ⊙ No |
| Urinalysis: | ⊙ Yes ⊙ No | IVS: | ⊙ Yes ⊙ No |
| EKGS: | ⊙ Yes ⊙ No | Vital Signs: | ⊙ Yes ⊙ No |
| Assist Major Surg: | ⊙ Yes ⊙ No | CPT Codes: | ⊙ Yes ⊙ No |
| Assist Minor Surg: | ⊙ Yes ⊙ No | ICD9 Codes: | ⊙ Yes ⊙ No |
| Audiometer: | ⊙ Yes ⊙ No | Pulmonary Function: | ⊙ Yes ⊙ No |
| Visual Exam: | ⊙ Yes ⊙ No | OSHA Log: | ⊙ Yes ⊙ No |
| Physical Assessments: | ⊙ Yes ⊙ No | Scheduling: | ⊙ Yes ⊙ No |

Other:

Please list any other info you think would be helpful to us in considering you for employment, such as organizations, activities, accomplishments, computer skills, etc. Exclude all information indicative of race, color, religion, gender, sexual orientation, ancestry, national origin, age, marital status, disability, handicap or genetics.

**Customer Preference:(Please select <u>only</u> those that you are qualified for AND interested in)**

Addiction Treatment Programs/Psych ☐

Doctors Office/Clinic ☐

Hospital ☐

Industry ☐

Lab ☐

Live-In ☐

Nursing Home ☐

Pharmacy ☐

Private Duty/Assisted Living ☐

School ☐

**Areas of Expertise/Specialty(Please select <u>only</u> those that you are qualified for AND interested in)**

Childcare/Nanny ☐

Detoxification ☐

Dialysis ☐

Emergency Room ☐

Geriatrics ☐

Home Health ☐

ICU/CCU ☐

Labor and Delivery ☐

Medical/Surgical ☐

Neonatal ICU ☐

OB Post Partum ☐

Oncology ☐

Operating Room ☐

Pediatrics ☐

Psychiatry ☐

Recovery Room ☐

Telemetry ☐

**Is your preference to be paid as an employee or an independent contractor?(See Below)**

**(Independent contractors are responsible for their own professional and liability insurance, as well as workers' compensation insurance. Independent contractors are ineligible for benefits and are responsible for the handling of their own taxes.)**

Independent Contractor ⊚ Employee ◉

If you select Independent Contractor, you must complete either question 1 or question 2 in its entirety in order to be eligible for status as an independent contractor. To qualify as an independent contractor, you must meet the following requirements:

(1) Be Incorporated to do business to render healthcare services and provide your federal identification number (FEIN) number below. An FEIN is different from a social security number and is issued by the IRS and follows the format of xx-xxxxxxx.

Are You Incorporated?

Yes ⊚ No ⊚

FEIN Number: [_____]

(2) Meet all of the following criteria. By checking the boxes below you certify that each of the items is correct. You will be asked to initial and sign a separate document for our records.

(a) Maintain your own professional and general liability insurance policy ☑

(b) Maintain workers' compensation insurance ☑

(c) Certify that you have multiple clients for which you render services ☑

(d) Have business cards available for your business ☑

(e) File Schedule C of your tax return for your business activities ☑

If hired, we give our employees the option of deciding whether they need benefits or prefer to have the opportunity to earn more money per hour because they don't need benefits. Rates are quoted on with or without benefits basis. Without benefit rates are approximately $1-3 per hour higher. Benefits include vacation, holiday, sign-on bonus and medical insurance. All employees are eligible for the quarterly bonus and referral bonuses.

## Are you seeking benefits?

Yes ⊚ No ⊚

**Desired Compensation per hour:** [_____]

**Minimum Compensation per hour:** [_____]

What do you like most about where you are working now?

[_____]

Are there any past situations you would like to avoid in future assignments?

[_____]

## *PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY*

I certify that all information on this application and any other material provided by me are true and complete. I agree that falsified information, misrepresentations or omissions on this application, or any accompanying resume or other materials will disqualify me from consideration for employment and will be considered justification for dismissal whenever discovered.

Unless otherwise noted, I authorize this Company or its agent to investigate and/or verify all information in this application, including contacting all persons, schools, current employer (if applicable), previous employers and other individuals or entities named herein (and those named on accompanying resume, if

any). I hereby authorize my former employers and other third parties named on this application to release information pertaining to my work record, habits and performances. In doing so, I hereby release them and BrightStar Healthcare and its agents from all liability which may flow from the release of such information.

**I understand that if I am hired my employment will be on an at-will basis, for no definite term. As such, I understand that I will enjoy the right to terminate my employment at any time, and that BrightStar Healthcare will similarly enjoy the right to terminate my employment, at any time, with or without cause.** This status can only be modified by a written document setting forth such modification, signed by both me and an authorized representative of the company. I further acknowledge that I am expected to abide by all Company rules, regulations, and policies, written or unwritten, but that such rules, regulations and policies do not create a contract between me and the Company or otherwise restrict the right of either party to terminate the employment relationship.

Date: <u>10/20/2011</u> **Applicant Signatu**

I ████████████████████ am Available to do Live in 12-4hr Care on Weekends, I am am to do Hourly Shift fill-ins Mon-Fri

# Exhibit G

# Administaff

**APPLICATION FOR EMPLOYMENT**

Name of Administaff Client Company (if applicable and known) Partners in Care

How did you hear about the position for which you are applying? On-line

As part of the application process, Administaff may conduct background checks on applicants.

EQUAL OPPORTUNITY EMPLOYER. It is our policy to abide by all federal, state and local laws prohibiting employment discrimination based solely on a person's race, color, religious creed, sex, national origin, ancestry, citizenship status, pregnancy, childbirth, physical disability, mental disability, age, military status or status as a Vietnam-era or special disabled veteran, marital status, registered domestic partner or civil union status, gender (including sex stereotyping and gender identity or expression), medical condition (including, but not limited to, cancer related or HIV/AIDS related), genetic information, sexual orientation, or any other protected status except where a reasonable, bona fide occupational qualification exists.

**— PLEASE TYPE OR PRINT IN INK —**

Today's Date 06-01-2012

| First Name | MI | Last Name | Last 4 Digits of Social Security Number |

Current Mailing Address | How long at current address? 10 years

| City | County | State | ZIP Code |

| Daytime Telephone | Home Telephone | E-mail Address |

Position for which you are applying Adult Work Case Manager

Date available for work immediately

What is your minimum salary requirement? 42,000

Check the following options you would consider
☑ Full-Time  ☑ Part-Time  ☐ Temporary

If part-time, specify hours and days available Monday - Friday 8am-6pm

Are you subject to any type of agreement with a current or former employer or entity that would restrict your ability to work at Administaff or the Client Company to which you have applied (e.g., non-compete, confidentiality, non-disclosure)? ☐ Yes ☑ No If Yes, explain and provide a copy of such agreement.

## EDUCATION & TRAINING

| | SCHOOL NAME | CITY AND STATE | DEGREE/DIPLOMA MAJOR COURSE OF STUDY | DEGREE RECEIVED? |
|---|---|---|---|---|
| High School | Manual Arts | LA, CA | H.S. Diploma | ☑ Yes ☐ No |
| GED | N/A | | | ☐ Yes ☐ No |
| Colleges* | Cal State LA | LA, CA | BSW/Social Work | ☑ Yes ☐ No |
| Graduate School | Cal State LA. | LA. CA. | MSW/Social Work | ☑ Yes ☐ No |
| Trade School | N/A | | | ☐ Yes ☐ No |

*  Only list colleges or universities accredited by the Department of Education (DOE). The DOE maintains a database of accredited institutions at http://ope.ed.gov/accreditation. It is your responsibility to verify accreditation.

List course work undertaken or degree/diploma received from an unaccredited college, as well as any other education, training, special skills or certificates/licenses that you possess related to the job.

| Professional License/Certification # N/A | Professional License/Certification Type | Issuing Agency | State Issued | Expiration Date |
|---|---|---|---|---|
| Professional License/Certification # | Professional License/Certification Type | Issuing Agency | State Issued | Expiration Date |

List any machines, equipment or software programs on which you are qualified and experienced in operating. Proficient in all microsoft Applications.

List any languages that you speak fluently English

List any languages that you read/write fluently English

If you are applying for a position which involves driving a motor vehicle in the course and scope of the employment duties, please indicate whether you have a valid driver's license in this state. ☑ Yes ☐ No

Copyright © 2008 Administaff. All rights reserved.

10007 Page 1 of 4 (Rev. 10-01-08)



Defts'
EXHIBIT NO. 10
1/22/13
L. White

CONFIDENTIAL- Subject to Protective Order
PLTF 000048

**GENERAL INFORMATION**     APPLICANT NAME ████████████████████

| | |
|---|---|
| Can you, after employment, submit verification of your legal right to work in the United States? | ☑ Yes ☐ No |
| Are you 16 years old or over? ☐ No ☑ Yes ► Age ☐ 16 ☐ 17 ☑ 18 or over | |
| Were you previously employed by Administaff and/or the Administaff Client Company to which you are applying? | ☐ Yes ☑ No |
| If Yes, give dates: From: (month/year) To: (month/year) | |
| Can you perform the essential functions of the job? | ☑ Yes ☐ No |
| List any relatives working for Administaff  N/A | |

**EMPLOYMENT HISTORY** (List all work experience beginning with the present or most recent job. Use back of application, if necessary).

**MOST RECENT JOB HELD**

Name of Employer: Volunteers of America
Type of Business: Non-Profit
Address: 4501 Santa Anita    City: El Monte    State: CA    ZIP Code: 91731
Title: Program MSW
Telephone Number: (323) 952-1302
Name and Title of Supervisor: Epilia Evans, Program Director
Type of Employment: ☐ Part-Time ☑ Full-Time
May We Contact? ☑ Yes ☐ No
Employed From (month/year): 11/2011    Employed To (month/year): Current
Last Salary: $ 38,000 Annually
Reason for Leaving: N/A
Brief Description of Duties: Intakes, mental assessments, Crisis, Counseling, Referrals

**PREVIOUS EMPLOYMENT**

Name of Employer: Catholic Charities
Type of Business: Non-Profit
Address: 4322 San Fernando Rd.    City: Glendale    State: CA.    ZIP Code: 91204
Title: Case Manager
Telephone Number: (818) 818-9958
Name and Title of Supervisor: Iplin Abrormalism, MSW, LCSW
Type of Employment: ☑ Part-Time ☐ Full-Time
May We Contact? ☑ Yes ☐ No
Employed From (month/year): 10/2009    Employed To (month/year): 11/2011
Last Salary: $ 2,500 monthly
Reason for Leaving: Part-Time
Brief Description of Duties: Assessments, crisis intervention, counseling

**PREVIOUS EMPLOYMENT**

Name of Employer: Prototypes I-CAN
Type of Business: Mental Health Services
Address: 11001 Valley Mall    City: El Monte    State: CA.    ZIP Code: 91731
Title: Clinician
Telephone Number: (626) 442-0710
Name and Title of Supervisor: Bonnie Campbell, LCSW
Type of Employment: ☑ Part-Time ☐ Full-Time
May We Contact? ☑ Yes ☐ No
Employed From (month/year): 09/2008    Employed To (month/year): 09/2009
Last Salary: $ Stipend $2,900
Reason for Leaving: Part-Time
Brief Description of Duties: Intervention, referrals, Assessments, counseling

**PREVIOUS EMPLOYMENT**

Name of Employer: Downtown Womens Center
Type of Business: Non-Profit
Address: 325 S. Los Angeles St.    City: Los Angeles    State: CA    ZIP Code: 90013
Title: Clinician
Telephone Number: (213) 680-0600
Name and Title of Supervisor: Lisa Watson
Type of Employment: ☐ Part-Time ☐ Full-Time
May We Contact? ☑ Yes ☐ No
Employed From (month/year): 09/2008    Employed To (month/year): 08/2009
Last Salary: $ 3,000
Reason for Leaving: Part-Time
Brief Description of Duties: Counseling, Assessments, referrals, Groups.

Copyright © 2008 Administaff. All rights reserved.     10007 Page 2 of 4  (Rev. 10-01-08)

CONFIDENTIAL- Subject to Protective Order
PLTF 000049

ADDITIONAL INFORMATION     APPLICANT NAME ███████████████

**PREVIOUS EMPLOYMENT**

| | |
|---|---|
| Name of Employer: *Jewish Vocational Services* | Type of Business *Employment Services* |
| Address *5757 Wilshire Blvd*   City *Los Angeles* | State *CA*   ZIP Code *90036* |
| Title *Employment Counselor* | Telephone Number *( 323 ) 904 – 4900* |
| Name and Title of Supervisor *Chris Tongsuthi* | Type of Employment ☒ Part-Time ☐ Full-Time |
| May We Contact? ☒ Yes ☐ No   Employed From (month/year) *11/2007*   Employed To (month/year) *09/2008* | Last Salary $ *1500* |
| Brief Description of Duties *Employment Counseling, referrals, groups.* | Reason for Leaving *Part – Time* |

**PREVIOUS EMPLOYMENT**

| | |
|---|---|
| Name of Employer *N/A* | Type of Business |
| Address | City | State | ZIP Code |
| Title | Telephone Number ( ) |
| Name and Title of Supervisor | Type of Employment ☐ Part-Time ☐ Full-Time |
| May We Contact? ☐ Yes ☐ No   Employed From (month/year)   Employed To (month/year) | Last Salary $ |
| Brief Description of Duties | Reason for Leaving |

**CRIMINAL RECORD INFORMATION** (Instructions for answering the next two questions below):

A. **All Applicants.** Do not include convictions that were sealed, eradicated, erased, annulled by a court, expunged, pardoned, or deferred and withdrawn.

B. **District of Columbia, Illinois, and Rhode Island Applicants.** Do not respond to the second question (regarding pending charges).

C. **California Applicants.** Do not include: a misdemeanor conviction for possession or transportation of a small amount of marijuana (28.5 grams or less) if the conviction is more than two (2) years old; participation in any pretrial or post trial diversion program for drug or alcohol rehabilitation; or a misdemeanor conviction for which probation was successfully completed or otherwise discharged and the case was judicially dismissed.

D. **Colorado Applicants.** Exclude information involving any record of civil or military disobedience unless such matters resulted in a plea of guilty or a conviction by a court of competent jurisdiction

E. **Connecticut Applicants.** You are not required to disclose the existence of any arrest, criminal charge, or conviction, the records of which have been erased. Criminal records subject to erasure are: records pertaining to a finding of delinquency or the fact that a child was a member of a family with service needs; an adjudication as a youthful offender; a criminal charge that has been dismissed or nulled (not prosecuted); a criminal charge for which the person was found not guilty; or a conviction for which the offender received an absolute pardon. Any person whose criminal records have been erased is deemed to have never been arrested within the meaning of the law as it applies to the particular proceedings that have been erased, and may so swear under oath.

F. **Hawaii Applicants.** Do not answer the following two questions.

G. **Massachusetts Applicants.** Regarding convictions, exclude misdemeanor convictions more than five (5) years old and exclude a first offense for drunkenness, simple assault, speeding, minor traffic violation, affray, or disturbing the peace. Do not respond to the second question (regarding pending charges).

    **NOTE:** An applicant with a sealed record on file with the Massachusetts commissioner of probation may answer "no record" with respect to an inquiry herein relative to prior arrests, criminal court appearances or convictions. An applicant may answer "no record" to an inquiry herein relative to prior arrests, court appearances and adjudications in all cases of delinquency or as a child in need of services which did not result in a complaint transferred to the superior court for criminal prosecution.

H. **Michigan Applicants.** Regarding pending charges, limit your response to felony offenses.

I. **Utah Applicants.** Regarding convictions, limit your response to felony convictions. Do not respond to the second question (regarding pending charges).

| | | |
|---|---|---|
| 1. **Convictions/Pleas.** In the past ten (10) years, have you ever been convicted of, or pled guilty or no contest to, any criminal offense other than any applicable exceptions listed above? | ☐ Yes | ☒ No |
| 2. **Pending Charges.** Have you been arrested for any matters for which you are now out on bail or on your own recognizance pending trial? | ☐ Yes | ☒ No |

**CRIMINAL RECORDS:**
If you answered Yes to either of the above two questions, please provide the date(s) and describe that criminal record so the individual circumstances can be considered. *Criminal convictions or arrests will not automatically disqualify an applicant from employment.*

Copyright © 2008 Administaff. All rights reserved.     10007 Page 3 of 4 (Rev. 10-01-08)

CONFIDENTIAL- Subject to Protective Order
PLTF 000050

**ADDITIONAL INFORMATION**　　　　　**APPLICANT NAME**

**BUSINESS REFERENCES** (List three individuals, in addition to listed employment references, known to you for at least three years).

| NAME | OCCUPATION/ASSOCIATION | TELEPHONE |
|---|---|---|
| 1. Richelle ▮ | Program Assistant | (323) 574-4963 |
| 2. Nisha Zamora | Self – Employed | (626) 822-5924 |
| 3. Jermaine Wheatley | Correctional Officer | (310) 916-2949 |

Please include any other information you think would be helpful to us in considering you for employment, such as additional work experience, articles/books published, activities, honors received, etc. You may omit all information that would indicate age, sex, sexual orientation, race, religion, color, national origin, or disability.

*I have extensive knowledge in working with other adults age 65 years and older. Additional work experience include working as a geriatology social worker/care giver. Including Older Adult Services for department of Mental Health*

**AGREEMENT** (Please read the following statement carefully.)

I hereby affirm that the information provided on this application (and accompanying resume, if any) is true and complete to the best of my knowledge. I also agree that falsification or significant omission of information requested in this application or in the application process may disqualify me from further consideration for employment and may be considered justification for dismissal if discovered at a later date.

I authorize all persons listed above (and on the accompanying resume, if any) to give Administaff any and all information concerning my previous employment and education and any pertinent information they may have, personal or otherwise, and release all parties, such persons and Administaff, from liability for any damage that may result from furnishing same to Administaff.

I understand that Administaff and its client have agreed that Administaff will provide workers' compensation insurance coverage for its employees. In the event of an injury in the workplace, I agree that my sole remedy lies in coverage under Administaff's workers' compensation insurance policy.

If employed by Administaff and its client company, I agree to abide by the policies and procedures of Administaff and its client company, which include Administaff's Anti-Harassment Policy. I further understand that my employment can be terminated, with or without cause or notice, at any time, at the discretion of Administaff, the client company or myself. I further understand that no manager or representative of Administaff or its client company other than the president of Administaff has any authority to enter into any agreement, oral or written, on behalf of Administaff for a term of employment or to make any assurance or promise of continued employment.

I understand that Administaff and/or its client company may obtain a consumer and/or investigative consumer report for employment purposes that may include information regarding prior employment, work experience and performance, reasons for employment termination, and information as to character, general reputation, personal characteristics, or mode of living. The report may also contain a records check of driving, criminal, credit, education, degrees, professional licenses and/or certification records depending on the position. By signing this application, I authorize the procurement of a consumer and/or investigative consumer report by Administaff as part of the pre-employment background investigation and if hired, at any time during my employment. California Applicants: I further understand that Administaff and/or its client company may obtain Public Records about me as part of an internal background investigation and that I may waive my right to receive a copy of such Public Records by checking this box: ☐

UNDER MARYLAND LAW, AN EMPLOYER MAY NOT REQUIRE OR DEMAND, AS A CONDITION OF EMPLOYMENT, PROSPECTIVE EMPLOYMENT, OR CONTINUED EMPLOYMENT, THAT AN INDIVIDUAL SUBMIT TO OR TAKE A LIE DETECTOR OR SIMILAR TEST. AN EMPLOYER WHO VIOLATES THIS LAW IS GUILTY OF A MISDEMEANOR AND SUBJECT TO A FINE NOT EXCEEDING $100.

I understand and agree that, subject to applicable law, I may be required to take a drug and alcohol screening test. I hereby give my voluntary consent for a blood and/or urine sample to be collected from me and submitted for testing. I also consent to the release of the test results to Administaff and/or its client company. I understand that any positive drug or alcohol result may preclude my employment.

**SIGN AND DATE THE FORM**

| Applicant's Signature | Print Full Name |
|---|---|
| | Last 4 Digits of Social Security Number | Date Signed 06/01/12 |

Copyright © 2008 Administaff. All rights reserved.　　　　10007 Page 4 of 4 (Rev. 10-01-08)

CONFIDENTIAL- Subject to Protective Order
PLTF 000051

 **Administaff**

**DISCLOSURE STATEMENT AND AUTHORIZATION**

**Instructions: Copy A – Sign and return this completed form with the Application for Employment.**
- Applicants must complete all sections of this form and submit it with the completed and signed "Application for Employment" form. California applicants must also include a signed "Summary of Your Rights Under California Civil Code 1786.22."

### Applicant Information (Print Clearly)

Name of Administaff Client Company (if applicable and known)
Partners in Care

**Note:** Provide your full name as shown on your driver's license. This information is requested by USDatalink to ensure the correct information is obtained from the related courts and agencies.

| First Name | M.I. | Last Name | Other Name(s) Used |
| --- | --- | --- | --- |
| ███████ | █ | ███████ | N/A |

| Social Security Number | Date of Birth (mm/dd/yyyy) | Driver's License Number | State |
| --- | --- | --- | --- |
| ████████ | ████████ | ████████ | ████ |

### Disclosure of Intent to Obtain Consumer Reports or Investigative Consumer Reports

By signing below, you acknowledge that Administaff and/or the Client Company may obtain consumer reports, or investigative consumer reports, in connection with your employment application with Administaff, the Client Company listed above or any Client Company to which you may subsequently apply during the next 90 days or, if hired, at any time during your employment in accordance with applicable law. Consumer reports include record checks conducted by consumer reporting agencies and may include driving records, criminal records, credit records, etc. Investigative consumer reports include investigations conducted by consumer reporting agencies through personal interviews (or through *any means* in California) on information as to character, general reputation, personal characteristics, or mode of living. You may make a written request for a summary of consumer rights and a disclosure of the nature and scope of an investigation. A disclosure of the nature and scope of such investigation is provided below.

### Disclosure of Nature and Scope of Investigation for Investigative Consumer Report

In the event we request an investigative consumer report in connection with your employment application, a consumer reporting agency will prepare an investigative consumer report based on the following investigation. The agency may interview your former employers, business references, and/or personal references for information regarding prior employment, work experience and performance, reasons for employment termination, and information as to character, general reputation, personal characteristics, or mode of living. The agency will also conduct a records check of driving, criminal, credit, education, degrees, professional licenses, and/or certification records depending on the position. Such a report, as well as any credit report, will be obtained from USDatalink, 1300 Rollingbrook Street, Suite 300, Baytown, TX 77521, telephone 800-364-7770.

### Authorization

I authorize the procurement of a consumer and/or investigative consumer report by Administaff and the Client Company listed above, or any Client Company to which I may subsequently apply in the next 90 days as part ███████ ployment background investigation and if hired, at any time during my employment.

| Print Full Name | ███████████████ |
| --- | --- |

| Current Mailing Add | ███████████████ | County | |
| --- | --- | --- | --- |

| City | ███████████ | State | ZIP |
| --- | --- | --- | --- |

| Applicant Signature | ███████████ | Date (mm/dd/yyyy) 06/01/2012 |
| --- | --- | --- |

| Parent/Guardian Signature if Applicant is a Minor (under age of 18) | Date (mm/dd/yyyy) |
| --- | --- |

### California, Minnesota and Oklahoma Applicants Only
If you wish to receive a free copy of any credit, consumer or investigative consumer report obtained, please indicate by checking this box. ☐
If you would like to receive that report via e-mail (rather than regular mail), please provide your e-mail address:

For California applicants, a summary of the consumer rights provisions of California Civil Code Section 1786.22 is provided herewith.

### Minnesota Applicants Only
Applicants may make a written request to the consumer reporting agency for information on the nature and scope of a consumer report prepared.

### Maine Applicants Only
You may request and promptly receive from the consumer reporting agency a copy of any investigative consumer report prepared. Regarding such investigative consumer reports, you may request from us (and receive within 5 business days) the name, address, and telephone number of the consumer reporting agency's nearest unit designated to handle inquiries.

### Massachusetts and New Jersey Applicants Only
You have the right to have a copy of the investigative consumer report upon request.

### New York Applicants Only
☐ By checking this box, I acknowledge receipt of a copy of Article 23-A of the New York Correction Law.
Upon your request, you will be informed whether or not a consumer report was requested, and if such a report was requested, the name and address of the consumer reporting agency furnishing the report.

You are not required to provide the year of your birth date on this form. Please understand that in order to conduct certain background checks and increase the accuracy that the information obtained is your information, you may receive a call from USDatalink, inquiring about your year of birth. Failure to respond to any such inquiry may cause a delay in the processing of your background check and/or may result in a background check not being completed at all, which could negatively impact the hiring process.



Copyright © 2009 Administaff. All rights reserved.

10383-A (Rev. 05-05-09)

CONFIDENTIAL- Subject to Protective Order
PLTF 000052


**Administaff**

**DISCLOSURE STATEMENT
AND AUTHORIZATION**

**Instructions: Copy B – Keep this page for your records.**
- Applicants must complete all sections of this form and submit it with the completed and signed "Application for Employment" form. California applicants must also include a signed "Summary of Your Rights Under California Civil Code 1786.22."

**Applicant Information (Print Clearly)**

Name of Administaff Client Company (if applicable and known)
Partners in Care

**Note:** Provide your full name as shown on your driver's license. This information is requested by USDatalink to ensure the correct information is obtained from the related courts and agencies.

| | Other Names(s) Used |
| | N/A |

Social Security Number        Date of Birth (mm/dd/yyyy)        Driver's License Number

**Disclosure of Intent to Obtain Consumer Reports or Investigative Consumer Reports**

By signing below, you acknowledge that Administaff and/or the Client Company may obtain consumer reports, or investigative consumer reports, in connection with your employment application with Administaff, the Client Company listed above or any Client Company to which you may subsequently apply during the next 90 days or, if hired, at any time during your employment in accordance with applicable law. Consumer reports include record checks conducted by consumer reporting agencies and may include driving records, criminal records, credit records, etc. Investigative consumer reports include investigations conducted by consumer reporting agencies through personal interviews (or through any means in California) on information as to character, general reputation, personal characteristics, or mode of living. You may make a written request for a summary of consumer rights and a disclosure of the nature and scope of an investigation. A disclosure of the nature and scope of such investigation is provided below.

**Disclosure of Nature and Scope of Investigation for Investigative Consumer Report**

In the event we request an investigative consumer report in connection with your employment application, a consumer reporting agency will prepare an investigative consumer report based on the following investigation: The agency may interview your former employers, business references, and/or personal references for information regarding prior employment, work experience and performance, reasons for employment termination, and information as to character, general reputation, personal characteristics, or mode of living. The agency will also conduct a records check of driving, criminal, credit, education, degrees, professional licenses, and/or certification records depending on the position. Such a report, as well as any credit report, will be obtained from USDatalink, 1300 Rollingbrook Street, Suite 300, Baytown, TX 77521, telephone 800-364-7770.

**Authorization**

I authorize the procurement of a consumer and/or investigative consumer report by Administaff and the Client Company listed above, or any Client Company to which I may subsequently apply in the next 90 days as part of the pre-employment background investigation and if hired, at any time during my employment.

Print Full Name

Current Mailing Address        County

City        ZIP Code

Applicant Signature        Date (mm/dd/yyyy)
    06/01/12

Parent/Guardian Signature if Applicant is a minor (under 18 yrs of age or 18)        Date (mm/dd/yyyy)

**California, Minnesota and Oklahoma Applicants Only**
If you wish to receive a free copy of any credit, consumer or investigative consumer report obtained, please indicate by checking this box. ☐
If you would like to receive that report via e-mail (rather than regular mail), please provide your e-mail address:

For California applicants, a summary of the consumer rights provisions of California Civil Code Section 1786.22 is provided herewith.

**Minnesota Applicants Only**
Applicants may make a written request to the consumer reporting agency for information on the nature and scope of a consumer report prepared.

**Maine Applicants Only**
You may request and promptly receive from the consumer reporting agency a copy of any investigative consumer report prepared. Regarding such investigative consumer reports, you may request from us (and receive within 5 business days) the name, address, and telephone number of the consumer reporting agency's nearest unit designated to handle inquiries.

**Massachusetts and New Jersey Applicants Only**
You have the right to have a copy of the investigative consumer report upon request.

**New York Applicants Only**
☐ By checking this box, I acknowledge receipt of a copy of Article 23-A of the New York Correction Law.
Upon your request, you will be informed whether or not a consumer report was requested, and if such a report was requested, the name and address of the consumer reporting agency furnishing the report.

You are not required to provide the year of your birth date on this form. Please understand that in order to conduct certain background checks and increase the accuracy that the information obtained is your information, you may receive a call from USDatalink, inquiring about your year of birth. Failure to respond to any such inquiry may cause a delay in the processing of your background check and/or may result in a background check not being completed at all, which could negatively impact the hiring process.

Copyright © 2009 Administaff. All rights reserved.        10383-B (Rev. 05-05-09)

**SUMMARY OF YOUR RIGHTS UNDER
CALIFORNIA CIVIL CODE § 1786.22**

Instructions: Copy A - Sign and return this page with the Pre-Employment Background Screening Request.

## Summary of Your Rights Under California Civil Code § 1786.22

An investigative consumer reporting agency ("Agency") will supply files and information that you have a right to inspect during normal business hours and on reasonable notice.

All files the Agency maintains on you will be made available for your visual inspection, as follows:

- In person, if you appear in person and furnish proper identification. A copy of the file will also be available to you for a fee not to exceed the actual costs of copying.

- By certified mail, if you make a written request, with proper identification, for copies to be sent to a specified address. However, agencies complying with a request for such a mailing will not be liable for disclosures to third parties caused by mishandling of mail after the mail leaves the Agency.

- A summary of all information contained in your file and required to be provided to you under the California Civil Code will be provided by telephone, if you have made a written request, with proper identification for telephone disclosure, and the toll charge, if any, for the telephone call is prepaid by or charged directly to you.

"Proper identification" includes documents such as a valid driver's license, social security account number, military identification card, and credit cards. Only if you cannot identify yourself with such information may the Agency require additional information concerning your employment and personal or family history in order to verify your identity.

The Agency will provide trained personnel to explain any information furnished to you pursuant to § 1786.10.

The Agency will provide a written explanation of any coded information contained in your file. This written explanation shall be distributed whenever a file is provided to you for visual inspection.

You may be accompanied by one other person of your choice when you come to inspect your file. This person must furnish reasonable identification. The Agency may require you to furnish a written statement granting permission to the Agency to discuss your file in your companion's presence.

My signature below acknowledges receipt of this "Summary of Your Rights Under California Civil Code § 1786.22."

SIGN AND DATE THE FORM



Print Full Name                    Date Signed
                                   06/01/2012

||||||||||||||||||||||                    10382-CA-A (Rev. 08-17-07)

CONFIDENTIAL- Subject to Protective Order
PLTF 000054

# Exhibit H

# Chavez & Gertler llp

## ATTORNEYS AT LAW

42 MILLER AVENUE
MILL VALLEY, CA 94941
TELEPHONE:  (415)  381-5599
FACSIMILE:  (415)  381-5572
amanda@chavezgertler.com

March 1, 2013

**<u>VIA ELECTRONIC MAIL</u>**

TSG Reporting
Production Distribution Group
production@tsgreporting.com

Re:     ***Roe v. Intellicorp Records, Inc.*** No: **1:12-cv-02288-JG**

Dear Sir or Madam:

Enclosed please find the Errata Sheet for the deposition of Jane Roe on January 22, 2013.

Very truly yours,

Amanda Randall
Paralegal

AR
Enclosure

Cc: Joel Cohen
    Samantha Knox
    Gina Caruso
    (all via e-mail)

1    NAME OF CASE:  Jane Roe v. Intellicorp Records

2    DATE OF DEPOSITION:  Tuesday, January 22, 2013

3    NAME OF WITNESS:  JANE ROE

4    Reason Codes:

5            1.  To clarify the record.

             2.  To conform to the facts.

6            3.  To correct transcription errors.

7

8    Page ___62___ Line ___10___ Reason ___2___

9    From _Yes, that's correct_ to _No,_____

10   Page _120_ Line _21-22_ Reason ___2___

11   From _That's a typo.../date._ to _It is correct._

12   Page _128_ Line _15_ Reason ___2___

13   From _No_____ to _Yes_____

14   Page _128_ Line _17_ Reason ___2___

15   From _Yes_____ to _No_____

16   Page _129_ Line _11_ Reason ___2___

17   From _A friend_____ to _A sister___

18   Page _129_ Line _19-21_ Reason ___2___

19   From _Um.../.../m...with her._ to _Yes._

20   Page _129_ Line _25_ Reason ___2___

21   From _I don't know._ to _Yes, it is._

22   Page _129_ Line _13-14_ Reason _2_

23   From _I don't have .../... with her._     _Jane Roe_

24   To _In Los Angeles_____          JANE ROE

25

# Exhibit I



**Background Report**

## Subject Information

| | |
|---|---|
| Name | |
| Social Security Number | |
| Date of Birth | |
| Year of Birth Range | |
| Gender | F |
| Name Matching | LIKELY NAME MATCH |
| Address | |

## Order Information

| | |
|---|---|
| User ID | DOLORES7 |
| User Name | MAY, DOLORES |
| Account ID | SMA00003 |
| Account Name | SMART CHOICE INVESTMENTS INC/BRIGHTSTAR |
| Request ID | H102020111445606080 |
| Permissible Purpose | EMPLOYMENT (FCRA) |
| Report Status | PROCESS COMPLETE |
| Search Request Date | 10/20/2011 5:32:26 PM |
| Search Complete Date | 10/26/2011 11:25:34 AM |

## Disclaimer

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

⊟ REPORT SUMMARY

| PRODUCT NAME | RESULTS |
|---|---|
| **SSN Verification** ⑦ <br> Verifies that the SSN provided was issued by the SSA, includes issuing state, time frame of issuance, and an address history. | Results Found |
| **California Single County Criminal [Los Angeles]** ⑦ <br> Felonies and misdemeanors from California Superior Court. | No Results Found |
| **Criminal SuperSearch (incl. Nationwide Sex Offender Registry)** ⑦ <br> Multi-state criminal search (includes Nationwide Sex Offender Registry). | Results Found |
| **Terrorist Search (OFAC, BIS, DDTC)** ⑦ <br> Records on persons associated with terrorism, drug trafficking, or weapons of mass destruction. | No Results Found |

Only products with results will provide a link to another section of the report.

⊟ SSN VERIFICATION

### SSN Verification

| | |
|---|---|
| SSN | |



Confidential – Subject to Protective Order

INT_0002233

| | |
|---|---|
| Result | THE PROVIDED SSN IS VALID (IF ASSIGNED PRIOR TO JUNE 25TH, 2011.) |
| Possible Issue State | CA |
| Possible Issue Dates | 1980 TO 1980 |
| Death Master File | NO RECORD FOUND. |
| Note | A VALIDATED SSN ONLY INDICATES THAT IT HAS BEEN VERIFIED AGAINST INFORMATION PROVIDED BY THE SOCIAL SECURITY ADMINISTRATION. IT DOES NOT VERIFY THAT THE SSN BELONGS TO THE SUBJECT OF THE SEARCH. |
| | AS OF JUNE 25TH, 2011, THE SOCIAL SECURITY ADMINISTRATION BEGAN RANDOMLY ASSIGNING SSNS INSTEAD OF ASSIGNING THEM BY GEOGRAPHICAL LOCATION. DUE TO THIS CHANGE, THE ISSUE STATE OR ISSUE DATE OF A SSN CAN NO LONGER BE POSITIVELY CONFIRMED FOR MORE INFORMATION, YOU CAN VISIT HTTP://WWW.SSA.GOV/EMPLOYER/RANDOMIZATION.HTML |
| | ALL RESULTS, INCLUDING ISSUE STATE AND ISSUE DATES ARE GENERATED ON THE ASSUMPTION THAT THE SSN WAS ISSUED PRIOR TO RANDOMIZATION. FOR POSITIVE CONFIRMATION, YOU MUST ORDER AN E-VERIFY PRODUCT OR CONSENT BASED SSN VERIFICATION (CBSV) |

⊟ ADDRESS HISTORY

The data provided to you in this section may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or other purpose by the Fair Credit Reporting Act (FCRA) (15 USC 1681)

Address History is provided from known addresses associated with the SSN

**Other Addresses**

| NAME | AGE / DOB | ADDRESS | DATES / COUNTY |
|---|---|---|---|



Confidential — Subject to Protective Order



⊞ CRIMINAL SUPERSEARCH (INCL. NATIONWIDE SEX OFFENDER REGISTRY)

**CA Criminal Records**

RECORD 1

| | Returned | Submitted | Comparison |
|---|---|---|---|
| SSN | NOT PROVIDED | | Unable to Compare SSN |
| Name | | | NAME MATCH - Check Middle Name |
| DOB | | | EXACT DATE OF BIRTH MATCH |
| Gender | ? | FEMALE | Gender Does Not Match |
| County | LOS ANGELES | NOT PROVIDED | County Does Not Match |
| Demographic Information | | | |
| Race | | UNKNOWN | |
| State of Residence | | CA | |
| **Case 1** | | | |
| Case Number | | 06▮▮▮01 | |
| File Date | | 03/15/2005 | |
| Court ID | | SUPERIOR | |
| Case Note | | CHARGE CODES: P 211 P 666, COURT DISTRICT Y | |
| **Charge 1** | | | |
| Charge Description | | LOS ANGELES SUPERIOR COURT INDEX DATA | |
| Disposition Date | | NOT PROVIDED | |
| Disposition Description | | NOT PROVIDED | |
| Sentence | | NOT PROVIDED | |
| Offense Date | | NOT PROVIDED | |

Viewed on: Wednesday, December 05, 2012 4:15:06 PM
© 2012 IntelliCorp Records, Inc. All rights reserved

Return to top

Confidential – Subject to Protective Order

# Exhibit J

 **Background Report**

 **IntelliCorp**

## Subject Information

| | |
|---|---|
| Name | |
| Social Security Number |  |
| Date of Birth | |
| Year of Birth Range | |
| Name Matching | BEST NAME MATCH |
| Address | |

## Order Information

| | |
|---|---|
| User ID | VANCASTA |
| User Name | CASTANEDA, VAN |
| Account ID | 5L1OC001 |
| Account Name | 5LIFE VENTURES INC DBA COMFORCARE SENIOR SERVICES |
| Request ID | H31020111327B985 |
| Job Code | COMCARE2 |
| Permissible Purpose | EMPLOYMENT (FCRA) |
| Report Status | PROCESS COMPLETE |
| Search Request Date | 3/10/2011 9:07:47 PM |
| Search Complete Date | 3/15/2011 12:15:35 PM |

## Disclaimer

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

⊟ REPORT SUMMARY

| PRODUCT NAME | RESULTS |
|---|---|
| **SSN Verification** ☒ <br> Verifies that the SSN provided was issued by the SSA. Includes issuing state, time frame of issuance, and an address history. | Results Found |
| **California Single County Criminal [Los Angeles]** ☒ <br> Felonies and misdemeanors from California Superior Court. | Results Found |
| **Criminal SuperSearch (incl. Nationwide Sex Offender Registry)** ☒ <br> Multi-state criminal search (includes Nationwide Sex Offender Registry). | Results Found |

☒ Only products with results will provide a link to another section of the report.

⊟ SSN VERIFICATION

### SSN Verification

| | |
|---|---|
| SSN |  |
| Result | SSN IS VALIDATED |
| Issue State | CA |



| Issue Dates: | 1980 TO 1980 |
| Death Master File: | NO RECORD FOUND. |
| Note | A VALIDATED SSN ONLY INDICATES THAT IT HAS BEEN VERIFIED AGAINST INFORMATION PROVIDED BY THE SOCIAL SECURITY ADMINISTRATION. IT DOES NOT VERIFY THAT THE SSN BELONGS TO THE SUBJECT OF THE SEARCH. |

⊟ ADDRESS HISTORY

The data provided to you in this section may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or other purpose by the Fair Credit Reporting Act (FCRA) (15 USC 1681)

Address History is provided from known addresses associated with the SSN

**Other Addresses**

| NAME | AGE / DOB | ADDRESS | DATES / COUNTY |
| --- | --- | --- | --- |



Confidential - Subject to Protective Order



⊟ CALIFORNIA SINGLE COUNTY CRIMINAL [LOS ANGELES]

**CA Criminal Records**

RECORD 1

|  | Returned | Submitted | Comparison |
|---|---|---|---|
| Name | █████████ | █████████ | EXACT NAME MATCH |
| DOB | | | EXACT DATE OF BIRTH MATCH |
| SSN | NOT PROVIDED | NOT PROVIDED | Unable to Compare SSN |
| Gender | NOT PROVIDED | NOT PROVIDED | Unable to Compare Gender |
| County | LOS ANGELES | NOT PROVIDED | County Does Not Match |
| Demographic Information | | | |
| State of Residence | CA | | |

**Case 1**

| Case Number: | YA███88 |
|---|---|
| File Date | 02/02/2005 |
| Court ID: | CRIMINAL |

**Charge 1**

| Charge Code | PC 666 |
|---|---|
| Charge Description | PETTY THEFT WITH PRIOR JAIL TERM |
| Disposition Date | 04/07/2005 |
| Disposition Description | GUILTY |
| Sentence: | 3 YEARS FORMAL PROBATION  133 DAYS JAIL WITH 133 DAYS CREDIT A FINE OF $400.00 |
| Offense Level | FELONY |
| Offense Date | NOT PROVIDED |

⊟ CRIMINAL SUPERSEARCH (INCL. NATIONWIDE SEX OFFENDER REGISTRY)



**CA Criminal Records**

RECORD 1

|  | Returned | Submitted | Comparison |
|---|---|---|---|
| SSN | NOT PROVIDED | | Unable to Compare SSN |
| Name | █████████ | █████████ | Name Does Not Match |
| DOB | | NOT PROVIDED | EXACT DATE OF BIRTH MATCH |
| Gender | ? | NOT PROVIDED | Unable to Compare Gender |
| County | LOS ANGELES | NOT PROVIDED | County Does Not Match |
| Demographic Information | | | |
| Race | UNKNOWN | | |
| State of Residence | CA | | |

**Case 1**

| Case Number | 06███01 |
|---|---|
| File Date | 03/16/2005 |
| Court ID | SUPERIOR |
| Case Note | CHARGE CODES  P 211 P 666, COURT DISTRICT Y |

Confidential – Subject to Protective Order

Charge 1
Charge Description                    LOS ANGELES SUPERIOR COURT INDEX DATA
Disposition Date                      NOT PROVIDED
Disposition Description               NOT PROVIDED
Sentence:                             NOT PROVIDED
Offense Date                          NOT PROVIDED

Verification: Wednesday, December 05, 2012 4:15:47 PM
© 2012 IntelliCorp Records, Inc. All rights reserved

Return to top

Confidential – Subject to Protective Order

INT_0002239