Motion granted 3/15/13. Counsel for plaintiff shall provide the Court, at the time of the status conference, with a number at which plaintiff can be reached to participate telephonically.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JANE ROE, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>  vs.<br><br>INTELLICORP RECORDS, INC., an Ohio corporation, and DOES 1-50, inclusive,<br><br>           Defendant. | CASE NO.: 1:12-CV-02288-JG<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR THE MARCH 20, 2013 STATUS CONFERENCE**<br><br>DATE: March 20, 2013<br>TIME: 10:00 a.m. |