# EXHIBIT W

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 1

1                    UNITED STATES DISTRICT COURT

2                     NORTHERN DISTRICT OF OHIO

3

4    JANE ROE, individually and on      )
     behalf of all others similarly     )
5    situated,                          )
                                        )
6              Plaintiffs,              )
                                        )
7         vs.                           )  No. 1:12-cv-02288-JG
                                        )  Pages 1 - 206
8    INTELLICORP RECORDS, INC., an      )
     Ohio corporation and DOES          )
9    1-50,inclusive,                    )
                                        )
10             Defendants.              )
     _____)

11

12

13

14         **CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

15             VIDEOTAPED DEPOSITION OF JANE ROE

16                  LOS ANGELES, CALIFORNIA

17               TUESDAY, JANUARY 22, 2013

18

19

20

21

22   REPORTED BY:

23   LESLIE L. WHITE

24   CSR NO. 4148

25   JOB NO.:  56990

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 6

1    LOS ANGELES, CALIFORNIA; TUESDAY, JANUARY 22, 2013

2                         9:33 a.m.

3                          -o0o-

4        THE VIDEOGRAPHER:  This is start of disc No. 1

5    of the videotaped deposition of Jane Roe, being

6    taken in the matter of Jane Roe v. IntelliCorp

7    Records, Inc. being held in the United States

8    District Court, Northern District of Ohio, Case

9    No. 1:12-cv-02288-JG.

10        The deposition is being held at 1800

11   Century Park East, Los Angeles, California on

12   January 22nd, 2013 at approximately 9:32 a.m.

13        My name is Chris Jordan with TSG

14   Reporting.  The court reporter is Leslie White with

15   TSG Reporting.

16        Will counsel please state your name for

17   the record.

18        MR. KIM:  Joshua Kim from A New Way of Life

19   Reentry Project, on behalf Ms. Jane Roe.

20        MS. CARUSO:  Gina Caruso of Davis Polk &

21   Wardwell.  I'm here today with my colleague, Lauren

22   Elbert.  We represent the defendant IntelliCorp

23   Records, Inc.

24        THE VIDEOGRAPHER:  Will the court reporter,

25   please swear in the witness.

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 7

1                          JANE ROE,

2          the witness herein, having been

3          first duly sworn, was examined

4          and testified as follows:

5

6                      EXAMINATION

7    BY MS. CARUSO:

8          Q    Good morning, Ms. ████████, and thank you

9    in advance for your time today.

10          Before we get started I'd like to go

11   through a few ground rules with you.

12          I will be asking you questions today, and

13   you're required to answer my questions truthfully.

14          Okay?

15         A    Okay.

16         Q    From time to time your counsel may object

17   to a question, but unless he instructs you not to

18   answer my question, you're required to answer it.

19          Okay?

20         A    Okay.

21         Q    I think the court reporter has already

22   cautioned both of us about this, but please try to

23   use words when you answer my questions.  She won't

24   be able to pick up a nod or a shrug.

25         A    Okay.

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 17

1              (The record was read as follows:

2              "Q    I am aware of a couple of

3              Declarations.  Do you remember

4              which one, Ms. ███████, you're

5              talking about here?")

6         THE WITNESS:  No.

7    BY MS. CARUSO:

8         Q    Do you remember the substance of the one

9    that you're talking about here?

10        A    No, there were -- there were similar

11   forms.  I may refer to them all as Declarations

12   because they all look the same to me, but we just

13   reviewed through a few forms.

14        Q    And in what way did they refresh your

15   recollection?

16        A    That I signed -- signed them, some of them

17   were signed by me, and that we did review them in

18   previous meetings.

19        Q    I see.

20        MR. FOK:  Can I just ask that you not pull on

21   the microphone cable.  Thank you.

22        THE WITNESS:  Oh.  I'm nervous.  Sorry.

23   BY MS. CARUSO:

24        Q    Ms. ███████, do you understand that as a

25   plaintiff in this case you have an obligation to

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 35

1    A    Okay.  Um, of the schools that I attended?

2    Q    Yes, and if you can recall the date that

3    you graduated.

4    A    Okay.  Well, high school would be Manual

5    Arts High School.  Graduation, I don't recall the

6    date, but the year would be '97.

7    Q    That's fine.

8    A    Okay.  I then went on to Southwest College

9    to get my A.A. degree.  Graduation would be from Cal

10   State L.A., was it 2000 -- my goodness.  I'm just so

11   nervous I can't recall the date.

12   Q    That's okay.  We can look at a document

13   that has it.  That's okay.

14   A    Yeah, well, then I went on to my A.A.

15   degree at Southwest College.  I then transferred

16   over to Cal State Los Angeles for my B.A. degree.

17   Graduation date would be 2005 of June, and then I

18   returned back to get my Master's, and my graduation

19   date would be 2009.

20   Q    Okay, so just so that we can have the

21   dates correct, maybe we will take a look at a

22   document.

23        (Exhibit 1 was marked for

24        identification by the Reporter.)

25   MR. KIM:   Thank you.

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 190

1    Q    When you say a "file log," did you write

2  in the file log?

3    A    No, I would just place the letters into

4  this -- like a manila folder, place the letters into

5  that when I would receive them.  That was it.

6    Q    What else was in this manila folder, other

7  than rejection letters?

8    A    That was -- in that particular folder that

9  was it, just the letters that I would receive.

10    Q    And so it would have been from People's?

11    A    Yeah -- actually, no, People's did not

12  send me a letter.  That was just a bad, um,

13  interview.  That was one of my worst interviews that

14  I have ever had, um.  And that's why I shared that

15  experience because it was just so bad for me.

16         But rejection letters were the Kedrin, and

17  I can't think of others at the moment, but just a

18  lot of barriers for me due to the fact that I had my

19  background in my job search, but I can't recall

20  others at the moment.

21    Q    You can't recall a letter other than

22  Kedrin?

23    A    Right.

24    Q    If you didn't write in the log why did you

25  call it a journal?

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 191

1    A    Basically because it kept track of written

2    documents for me, and I just referred to it as a

3    journal at that time.

4    Q    And if what it consisted of was a

5    collection of rejection letters and nothing more, no

6    writing on your part, how did that help you deal

7    with your frustration?

8    A    For me it was just a part of my triumph,

9    you know, because I knew that eventually I would get

10   an acceptance letter, and that would be -- just to

11   show myself that I didn't give up.

12        You know, looking at those letters, just

13   was a form for me, just to keep going.  And then

14   once I did receive an acceptance letter, I could

15   look back and see all the denial letters, I got, but

16   look where I ended up.  So I just saved them for

17   that reason.

18   Q    How many denial letters were there?

19   A    Um, they were from different caregiving

20   jobs.  Like the caregiving one that I got from

21   BrightStar was in there, Kedrin was there.

22        If I had like an interview and I did

23   complete an application, and they would send me back

24   a letter, I would save those letters.  But I can't

25   remember all of the different agencies that I had

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 205

1          REPORTER'S CERTIFICATE

2                  OF

3      CERTIFIED SHORTHAND REPORTER

4

5          *   *   *   *   *   *   *

6

7

8   I, THE UNDERSIGNED CERTIFIED SHORTHAND REPORTER, IN

9   AND FOR THE STATE OF CALIFORNIA, DO HEREBY CERTIFY:

10  THAT THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE ME

11  AT THE TIME AND PLACE THEREIN SET FORTH, AT WHICH

12  TIME THE WITNESS WAS PUT UNDER OATH BY ME; THAT THE

13  TESTIMONY OF THE WITNESS AND ALL OBJECTIONS AT THE

14  TIME OF THE PROCEEDINGS WERE RECORDED

15  STENOGRAPHICALLY BY ME AND WERE THEREAFTER

16  TRANSCRIBED UNDER MY DIRECTION; THAT THE FOREGOING

17  IS A TRUE RECORD OF THE TESTIMONY AND OF ALL

18  OBJECTIONS MADE AT THE TIME OF THE PROCEEDINGS.

19

20

21  IN WITNESS WHEREOF, I HAVE SUBSCRIBED MY NAME ON:

22  February 1, 2013.

23

24  _____

25     LESLIE L. WHITE, CSR NO.  4148

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 206

1    NAME OF CASE:  Jane Roe v. Intellicorp Records

2    DATE OF DEPOSITION:  Tuesday, January 22, 2013

3    NAME OF WITNESS:  JANE ROE

4    Reason Codes:

5              1.   To clarify the record.

             2.   To conform to the facts.

6              3.   To correct transcription errors.

7

8    Page ___62___  Line ___10___  Reason ___2.___

9    From _Yes, that's correct_  to _No,_____

10   Page_120_____  Line _21-22___  Reason ___2___

11   From _That's a typo.../date._  to _It is correct._

12   Page _128_____  Line _15___  Reason ___2___

13   From _No_____  to _Yes_____

14   Page _128_____  Line _17___  Reason ___2___

15   From _Yes_____  to _No_____

16   Page _129_____  Line _11___  Reason ___2___

17   From _A friend_____  to _A sister_____

18   Page_129_____  Line _19-21__  Reason ___2___

19   From _Um.../.../w...with her._ to _Yes._____

20   Page_129_____  Line _25___  Reason ___2___

21   From _I don't know._____  to _Yes, it is.____

22   Page _129_  Line _13-14_ Reason _2_

23   From _I don't have.../...with her._  _Jane Roe_

24   To _In Los Angeles._____  JANE ROE

25