UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JANE ROE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTELLICORP RECORDS, INC., an Ohio corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No.: 1:12-CV-02288-JG<br><br>Judge: James S. Gwin<br><br>**REPLY DECLARATION OF NANCE F. BECKER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Nance F. Becker, declare:

    1.    I am an attorney admitted to practice before all courts of the State of California and I have been admitted *pro hac vice* to represent Plaintiff Jane Roe in this action. I have personal knowledge of the matters stated below, and if called upon to do so I could testify competently to them.

    2.    Attached to this reply as Exhibit U is a true and correct copy of Defendant Intellicorp Records, Inc.'s Response to Plaintiff Jane Roe's Second Set of Requests for Production of Documents, dated January 7, 2013.

1

3. Attached to this reply as Exhibit V is a true and correct copy of Defendant Intellicorp Records, Inc.'s Designation of Experts, served January 28, 2013.

4. Attached to this reply as Exhibit W is a true and correct copy of additional excerpts from the Deposition of Jane Roe taken January 22, 2013.

5. Attached to this reply as Exhibit X is a true and correct copy of an Order in the case *Hall v. Vitran Express, Inc.* (USNDO Court Case 1:09-cv-00800-DAP), cited in Plaintiff's Reply Memorandum at p. 6.

6. Attached to this reply as Exhibit Y are additional excerpts from the Deposition of David Garrett taken December 14, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed on March 18, 2013 at Mill Valley, California.

                                                    */s/ Nance F. Becker*
                                                    Nance F. Becker

2