EXHIBIT W

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 1

```
                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF OHIO


   JANE ROE, individually and on      )
   behalf of all others similarly     )
   situated,                          )
                                      )
                Plaintiffs,           )
                                      )
        vs.                           )  No. 1:12-cv-02288-JG
                                      )  Pages 1 - 206
   INTELLICORP RECORDS, INC., an      )
   Ohio corporation and DOES          )
   1-50, inclusive,                   )
                                      )
                Defendants.           )
   _____)




           **CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**
                   VIDEOTAPED DEPOSITION OF JANE ROE
                        LOS ANGELES, CALIFORNIA
                       TUESDAY, JANUARY 22, 2013




   REPORTED BY:
   LESLIE L. WHITE
   CSR NO. 4148
   JOB NO.: 56990
```

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 6

1    LOS ANGELES, CALIFORNIA; TUESDAY, JANUARY 22, 2013
2                           9:33 a.m.
3                            -oOo-
4        THE VIDEOGRAPHER:  This is start of disc No. 1
5    of the videotaped deposition of Jane Roe, being
6    taken in the matter of Jane Roe v. IntelliCorp
7    Records, Inc. being held in the United States
8    District Court, Northern District of Ohio, Case
9    No. 1:12-cv-02288-JG.
10            The deposition is being held at 1800
11   Century Park East, Los Angeles, California on
12   January 22nd, 2013 at approximately 9:32 a.m.
13            My name is Chris Jordan with TSG
14   Reporting.  The court reporter is Leslie White with
15   TSG Reporting.
16            Will counsel please state your name for
17   the record.
18       MR. KIM:  Joshua Kim from A New Way of Life
19   Reentry Project, on behalf Ms. Jane Roe.
20       MS. CARUSO:  Gina Caruso of Davis Polk &
21   Wardwell.  I'm here today with my colleague, Lauren
22   Elbert.  We represent the defendant IntelliCorp
23   Records, Inc.
24       THE VIDEOGRAPHER:  Will the court reporter,
25   please swear in the witness.

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 7

1                    JANE ROE,

2     the witness herein, having been

3     first duly sworn, was examined

4     and testified as follows:

5

6                 EXAMINATION

7 BY MS. CARUSO:

8     Q    Good morning, Ms. ▮▮▮▮▮, and thank you

9 in advance for your time today.

10        Before we get started I'd like to go

11 through a few ground rules with you.

12        I will be asking you questions today, and

13 you're required to answer my questions truthfully.

14        Okay?

15     A    Okay.

16     Q    From time to time your counsel may object

17 to a question, but unless he instructs you not to

18 answer my question, you're required to answer it.

19        Okay?

20     A    Okay.

21     Q    I think the court reporter has already

22 cautioned both of us about this, but please try to

23 use words when you answer my questions.  She won't

24 be able to pick up a nod or a shrug.

25     A    Okay.

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 17

```
1        (The record was read as follows:
2        "Q    I am aware of a couple of
3        Declarations.  Do you remember
4        which one, Ms. ▇▇▇▇, you're
5        talking about here?")
6     THE WITNESS:  No.
7  BY MS. CARUSO:
8     Q    Do you remember the substance of the one
9  that you're talking about here?
10    A    No, there were -- there were similar
11 forms.  I may refer to them all as Declarations
12 because they all look the same to me, but we just
13 reviewed through a few forms.
14    Q    And in what way did they refresh your
15 recollection?
16    A    That I signed -- signed them, some of them
17 were signed by me, and that we did review them in
18 previous meetings.
19    Q    I see.
20    MR. FOK:  Can I just ask that you not pull on
21 the microphone cable.  Thank you.
22    THE WITNESS:  Oh.  I'm nervous.  Sorry.
23 BY MS. CARUSO:
24    Q    Ms. ▇▇▇▇, do you understand that as a
25 plaintiff in this case you have an obligation to
```

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 35

1   A   Okay. Um, of the schools that I attended?
2   Q   Yes, and if you can recall the date that
3   you graduated.
4   A   Okay. Well, high school would be Manual
5   Arts High School. Graduation, I don't recall the
6   date, but the year would be '97.
7   Q   That's fine.
8   A   Okay. I then went on to Southwest College
9   to get my A.A. degree. Graduation would be from Cal
10  State L.A., was it 2000 -- my goodness. I'm just so
11  nervous I can't recall the date.
12  Q   That's okay. We can look at a document
13  that has it. That's okay.
14  A   Yeah, well, then I went on to my A.A.
15  degree at Southwest College. I then transferred
16  over to Cal State Los Angeles for my B.A. degree.
17  Graduation date would be 2005 of June, and then I
18  returned back to get my Master's, and my graduation
19  date would be 2009.
20  Q   Okay, so just so that we can have the
21  dates correct, maybe we will take a look at a
22  document.
23          (Exhibit 1 was marked for
24          identification by the Reporter.)
25  MR. KIM:   Thank you.

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 190

1  Q   When you say a "file log," did you write
2  in the file log?
3  A   No, I would just place the letters into
4  this -- like a manila folder, place the letters into
5  that when I would receive them. That was it.
6  Q   What else was in this manila folder, other
7  than rejection letters?
8  A   That was -- in that particular folder that
9  was it, just the letters that I would receive.
10 Q   And so it would have been from People's?
11 A   Yeah -- actually, no, People's did not
12 send me a letter. That was just a bad, um,
13 interview. That was one of my worst interviews that
14 I have ever had, um. And that's why I shared that
15 experience because it was just so bad for me.
16     But rejection letters were the Kedrin, and
17 I can't think of others at the moment, but just a
18 lot of barriers for me due to the fact that I had my
19 background in my job search, but I can't recall
20 others at the moment.
21 Q   You can't recall a letter other than
22 Kedrin?
23 A   Right.
24 Q   If you didn't write in the log why did you
25 call it a journal?

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 191

1  A    Basically because it kept track of written
2  documents for me, and I just referred to it as a
3  journal at that time.
4  Q    And if what it consisted of was a
5  collection of rejection letters and nothing more, no
6  writing on your part, how did that help you deal
7  with your frustration?
8  A    For me it was just a part of my triumph,
9  you know, because I knew that eventually I would get
10 an acceptance letter, and that would be -- just to
11 show myself that I didn't give up.
12      You know, looking at those letters, just
13 was a form for me, just to keep going.  And then
14 once I did receive an acceptance letter, I could
15 look back and see all the denial letters, I got, but
16 look where I ended up.  So I just saved them for
17 that reason.
18 Q    How many denial letters were there?
19 A    Um, they were from different caregiving
20 jobs.  Like the caregiving one that I got from
21 BrightStar was in there, Kedrin was there.
22      If I had like an interview and I did
23 complete an application, and they would send me back
24 a letter, I would save those letters.  But I can't
25 remember all of the different agencies that I had

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 205

1  REPORTER'S CERTIFICATE

2  OF

3  CERTIFIED SHORTHAND REPORTER

4

5  \* \* \* \* \* \* \*

6

7

8  I, THE UNDERSIGNED CERTIFIED SHORTHAND REPORTER, IN

9  AND FOR THE STATE OF CALIFORNIA, DO HEREBY CERTIFY:

10 THAT THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE ME

11 AT THE TIME AND PLACE THEREIN SET FORTH, AT WHICH

12 TIME THE WITNESS WAS PUT UNDER OATH BY ME; THAT THE

13 TESTIMONY OF THE WITNESS AND ALL OBJECTIONS AT THE

14 TIME OF THE PROCEEDINGS WERE RECORDED

15 STENOGRAPHICALLY BY ME AND WERE THEREAFTER

16 TRANSCRIBED UNDER MY DIRECTION; THAT THE FOREGOING

17 IS A TRUE RECORD OF THE TESTIMONY AND OF ALL

18 OBJECTIONS MADE AT THE TIME OF THE PROCEEDINGS.

19

20

21 IN WITNESS WHEREOF, I HAVE SUBSCRIBED MY NAME ON:

22 February 1, 2013.

23

24 _____

25 LESLIE L. WHITE, CSR NO. 4148

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Page 206

1 NAME OF CASE: Jane Roe v. Intellicorp Records
2 DATE OF DEPOSITION: Tuesday, January 22, 2013
3 NAME OF WITNESS: JANE ROE
4 Reason Codes:
5     1. To clarify the record.
    2. To conform to the facts.
6     3. To correct transcription errors.
7
8 Page __62__ Line __10__ Reason __2.__
9 From __Yes, that's correct__ to __No,__
10 Page __120__ Line __21-22__ Reason __2__
11 From __That's a typo.../date.__ to __It is correct.__
12 Page __128__ Line __15__ Reason __2__
13 From __No__ to __Yes__
14 Page __128__ Line __17__ Reason __2__
15 From __Yes__ to __No__
16 Page __129__ Line __11__ Reason __2__
17 From __A friend__ to __A sister__
18 Page __129__ Line __19-21__ Reason __2__
19 From __Um.../.../w...with her.__ to __Yes.__
20 Page __129__ Line __25__ Reason __2__
21 From __I don't know.__ to __Yes, it is.__
22 Page __129__ Line __13-14__ Reason __2__
23 From __I don't have.../...with her.__
24 To __In Los Angeles.__

_Jane Roe_
JANE ROE

25