UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JANE ROE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>INTELLICORP RECORDS, INC., an Ohio corporation,<br><br>          Defendant. | Case No. 1:12-CV-02288-JG<br><br>**STIPULATED DISCOVERY SCHEDULE AND [XXXXXXXX] ORDER THEREON** |

WHEREAS, the Court issued an Order regarding the identification of experts on November 8, 2013 and an initial Scheduling Order (Amended) on November 9, 2012 (ECF Doc. No. 64); and

WHEREAS, the parties believe a modification of the discovery schedule is in the interests of both parties;

IT IS HEREBY STIPULATED AND AGREED that the existing discovery schedule be modified as follows:

1. The parties shall exchange all expert reports required to be exchanged pursuant to Federal Rule of Civil Procedure 26(a)(2), which are currently due April 16,

1

2013, on May 8, 2013.

2. The parties shall exchange any reports intended solely to contradict or rebut evidence on the same subject matter identified by another party within 30 days thereafter, as provided in Federal Rule of Civil Procedure 26(a)(2)(D)(ii).

3. Any objection to the qualifications of experts under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, must be filed on or before June 14, 2013.

Dated: April 8, 2013

By: /s/ Nance Becker

Nance F. Becker (admitted *pro hac vice*)
Counsel for Plaintiff Jane Roe

CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, California 94941
Tel: (415) 381-5599
Fax: (415) 381-5572
Nance@chavezgertler.com

Dated: April 9, 2013

By: /s/ Gina Caruso

Gina Caruso (admitted *pro hac vice*)
Counsel for Defendant Intellicorp Records, Inc.

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Phone: (212) 450-4000
Fax: (212) 701-5800
joel.cohen@davispolk.com

*Additional Attorneys for Plaintiff JANE ROE and the Proposed Class*

CHAVEZ & GERTLER LLP
Christian Schreiber (Cal. Bar # 245597)
(admitted *pro hac vice*)
42 Miller Ave.
Mill Valley, CA 94941
Phone: (415) 381-5599
Fax: (415) 381-5572
christian@chavezgertler.com

THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok (admitted *pro hac vice*)
P.O. Box 7165
Alhambra, CA 91802-7165
Phone: (310) 430-9933
Fax: (323) 563-3445
devin@devinfoklaw.com

2

A NEW WAY OF LIFE REENTRY PROJECT
Joshua E. Kim (admitted *pro hac vice*)
958 E. 108th St.
Los Angeles, CA 90059
Phone: (323) 563-3575
Fax: (323) 563-3445
joshua@anewwayoflife.org

COHEN ROSENTHAL & KRAMER LLP
Jason R. Bristol (Ohio Bar #0072989)
Joshua R. Cohen (Ohio Bar #0032368)
The Hoyt Block Building – Suite 400
700 West St. Clair Avenue
Cleveland, Ohio 44113
Phone: (216) 781-7956
Fax: (216) 781-8061
jbristol@crklaw.com
jcohen@crklaw.com

**<u>Additional Attorneys for Defendant IntelliCorp Records, Inc.</u>**

DAVIS POLK & WARDWELL LLP
Joel Cohen
Samantha Harper Knox
(both admitted *pro hac vice*)
1600 El Camino Real
Menlo Park, CA 94025
Phone: (650) 752-2021
Fax: (650) 752-3621
samantha.knox@davispolk.com

TAFT STETTINIUS & HOLLISTER LLP
David H. Wallace (0037210)
Gregory J. O'Brien (0063441)
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Phone: (216) 241-2838
Fax: (216) 241-3707
dwallace@taftlaw.com
gobrien@taftlaw.com

LEONARD A. BENNETT
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Phone: (757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com

3

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: April 18, 2013

s/ James S. Gwin

Hon. James S. Gwin
United States District Court Judge