**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JANE ROE, individually and on behalf of all others similarly situated, | ) ) | CASE NO. 1:12CV2288 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| INTELLICORP RECORDS, INC., | ) | **NOTICE AND ORDER** |
| | ) | |
| Defendant. | ) | |

Upon referral from Judge Gwin, this matter is before the undersigned for a decision with regard to Plaintiff Jane Roe's Motion to Compel Further Discovery Responses. (Doc. No. 91.) Take notice, this matter is scheduled for an in-person Hearing at 10:00 a.m. on Monday, June 10, 2013 before The Honorable Greg White, United States Magistrate Judge, in Chambers 11B of the Carl B. Stokes United States Courthouse, 801 W. Superior Avenue, Cleveland, Ohio.

Counsel should be prepared to discuss *all* the issues raised in Plaintiff's Motion to Compel and Defendant's Opposition thereto.  In addition, counsel should be prepared to discuss and resolve: (1) the terms of a protective order to address the privacy concerns raised by Defendant, and (2) the manner in which Defendant's electronic database may reasonably be searched in order to narrow down the 252,000 electronic records sought by Plaintiff to only those electronic records for which a Criminal SuperSearch report was generated and then found

inaccurate according to a subsequent Single County Criminal Search.

IT IS SO ORDERED.

/s/ Greg White
U.S. MAGISTRATE JUDGE

Date: May 6, 2013

-2-