# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# FOR THE EASTERN DIVISION

| | |
|---|---|
| **JANE ROE, individually and on behalf of all others similarly situated,** | CASE NO. 1:12CV2288 |
| | JUDGE JAMES S. GWIN |
| Plaintiff, | MAGISTRATE JUDGE GREG WHITE |
| v. | |
| **INTELLICORP RECORDS, INC.** | **JOINT MOTION TO CONTINUE ALL DATES** |
| Defendant. | |

Plaintiff Jane Roe and Defendant Intellicorp Records, Inc. jointly move this Court to continue all dates in the above-captioned matter by 21 days. From April 30 - May 1, 2013, the parties engaged in a mediation before Niki Z. Schwartz, and since that time, they have continued to negotiate with Mr. Schwartz's assistance. The parties have scheduled an additional day of mediation on May 21, 2013. Mr. Schwartz and the parties believe that a brief 21-day extension of time will facilitate their discussions. Good cause therefore exists to grant this motion.

For purposes of clarity, the parties are requesting that the Court adopt the following amended case management schedule:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Deadline to file any objections to the qualifications of an expert under *Daubert* | June 14, 2013 | July 5, 2013 |
| Deadline for all discovery | June 17, 2013 | July 8, 2013 |
| Deadline to file any responses to objections to the qualifications of experts under *Daubert* | June 21, 2013 | July 12, 2013 |
| Final Pretrial Conference | July 10, 2013, at 12:00 p.m. | July 31, 2013 |
| Trial (beginning of two-week standby period) | July 15, 2013 | August 5, 2013 |

For the foregoing reasons, the parties request that the Court continue all dates in the above-captioned matter by 21 days.

Dated: May 14, 2013                                    Respectfully submitted,

*/s/ Nance F. Becker*                                  */s/David H. Wallace*
Nance F. Becker (admitted *pro hac vice*)              David H. Wallace (0037210)
Counsel for Plaintiff Jane Roe                         dwallace@taftlaw.com
                                                       Gregory J. O'Brien (0063441)
CHAVEZ & GERTLER LLP                                   gobrien@taftlaw.com
42 Miller Avenue                                       Michael J. Zbiegien Jr. (0078352)
Mill Valley, California 94941                          mzbiegien@taftlaw.com
Tel: (415) 381-5599                                    TAFT STETTINIUS & HOLLISTER LLP
Fax: (415) 381-5572                                    200 Public Square, Suite 3500
Nance@chavezgertler.com                                Cleveland, OH 44114-2302
                                                       Telephone: 216.241.2838
**_Additional Attorneys for Plaintiff_**               Fax: 216.241.3707
**_JANE ROE and the Proposed Class_**
                                                       Joel M. Cohen (pro hac vice)
CHAVEZ & GERTLER LLP                                   joel.cohen@davispolk.com
Christian Schreiber (Cal. Bar # 245597)                Gina Caruso (pro hac vice)
(admitted *pro hac vice*)                              gina.caruso@davispolk.com
42 Miller Ave.                                         DAVIS POLK & WARDWELL LLP
Mill Valley, CA 94941                                  450 Lexington Avenue
Phone: (415) 381-5599                                  New York, NY 10017
Fax: (415) 381-5572                                    Telephone: 212.450.4000
christian@chavezgertler.com                            Facsimile: 212. 701.5800

THE LAW OFFICES OF DEVIN H. FOK                        Attorneys for Defendant
Devin H. Fok (Cal. Bar #256599)                        Intellicorp Records, Inc.
(admitted *pro hac vice*)
P.O. Box 7165
Alhambra, CA 91802-7165
Phone: (310) 430-9933
Fax: (323) 563-3445
devin@devinfoklaw.com

A NEW WAY OF LIFE REENTRY
PROJECT
Joshua E. Kim (Cal Bar #257260)
(admitted *pro hac vice*)
958 E. 108th St.
Los Angeles, CA 90059
Phone: (323) 563-3575
Fax: (323) 563-3445
joshua@anewwayoflife.org

COHEN, ROSENTHAL & KRAMER
Joshua R. Cohen (0032368)
400 Hoyt Block Bldg.
700 St. Clair Avenue, W
Cleveland, OH 44113
Phone: (216) 781-7956
Fax: (216) 781-8061

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 14, 2013, a true and correct copy of the foregoing document was filed electronically. Notification of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           Respectfully submitted,

                                           */s/ David H. Wallace*

72505257