==Motion granted 5/16/13.  All hearing dates and deadlines continued for 21 days.==
==s/ James S. Gwin==
==JAMES S. GWIN==
==UNITED STATES==
==DISTRICT JUDGE==

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**FOR THE EASTERN DIVISION**

| | | |
|---|---|---|
| **JANE ROE, individually and on behalf of all others similarly situated,** | ) ) ) ) | **CASE NO. 1:12CV2288** |
| **Plaintiff,** | ) ) ) | **JUDGE JAMES S. GWIN** |
| v. | ) ) ) | **MAGISTRATE JUDGE GREG WHITE** |
| **INTELLICORP RECORDS, INC.** | ) ) ) | **JOINT MOTION TO CONTINUE ALL DATES** |
| **Defendant.** | ) ) | |

     Plaintiff Jane Roe and Defendant Intellicorp Records, Inc. jointly move this Court to continue all dates in the above-captioned matter by 21 days.  From April 30 - May 1, 2013, the parties engaged in a mediation before Niki Z. Schwartz, and since that time, they have continued to negotiate with Mr. Schwartz's assistance.  The parties have scheduled an additional day of mediation on May 21, 2013.  Mr. Schwartz and the parties believe that a brief 21-day extension of time will facilitate their discussions.  Good cause therefore exists to grant this motion.

     For purposes of clarity, the parties are requesting that the Court adopt the following amended case management schedule:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Deadline to file any objections to the qualifications of an expert under *Daubert* | June 14, 2013 | July 5, 2013 |
| Deadline for all discovery | June 17, 2013 | July 8, 2013 |
| Deadline to file any responses to objections to the qualifications of experts under *Daubert* | June 21, 2013 | July 12, 2013 |
| Final Pretrial Conference | July 10, 2013, at 12:00 p.m. | July 31, 2013 |
| Trial (beginning of two-week standby period) | July 15, 2013 | August 5, 2013 |