UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDINGS--CIVIL

JANE ROE, individually and
on behalf of all others similarly
situated,

        Plaintiff,

        vs.

INTELLICORP RECORDS, INC.,

        Defendant.

DATE: June 10, 2013

CASE NO. 1:12CV2288

JUDGE JAMES GWIN

COURT REPORTER: n/a

MAGISTRATE JUDGE GREG WHITE

Attys for Plaintiffs:  Christian Schreiber
                      Jason Bristol
                      Matthew Dooley

Attys for Defendant:  Joel Cohen
                      Gina Caruso
                      David Wallace

PROCEEDINGS: Counsel present for a hearing regarding Plaintiff Jane Roe's Motion to Compel Further Discovery Responses. (Doc. No. 91.) As discussed during the hearing, the Court will order the Defendant Intellicorp to produce the following: (1) the 3,047 consumer complaints responsive to Plaintiffs' Request for Production No. 10; and (2) a random sampling comprising one percent of the 252,000 electronic records responsive to Plaintiff's Requests for Production Nos. 34-36. (Doc. Nos. 91-4, 91-5.) A Journal Entry memorializing the above and containing the terms of an appropriate Protective Order will follow.

 75 minutes
Total Time

                                              s/ Greg White
                                              United States Magistrate Judge