IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OHIO

| | |
|---|---|
| JANE ROE,<br>　　Individually and on Behalf of all Persons<br>　　Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INTELLICORP RECORDS, INC.<br><br>　　　　　　Defendant. | Civil Action No. 1:12-cv-02288-JG |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF JONATHAN E. GERTLER, ESQ.

The undersigned, pursuant to Rule 83.5(h) of the Rules of the United States District Court for the District of Ohio, hereby moves the Court for an order granting admission *pro hac vice* of Jonathan E. Gertler of Chavez & Gertler, LLP, in order that she may appear and participate in proceedings in this Court in the above-referenced action.

Dated:  June 10, 2013　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jonathan E. Gertler, Esq.
　　　　　　　　　　　　　　　　　　Chavez & Gertler, LLP
　　　　　　　　　　　　　　　　　　42 Miller Ave.
　　　　　　　　　　　　　　　　　　Mill Valley, CA 94941
　　　　　　　　　　　　　　　　　　Telephone: (415) 381-5599
　　　　　　　　　　　　　　　　　　Facsimile: (415) 381-5572
　　　　　　　　　　　　　　　　　　E-mail: jon@chavezgertler.com