## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

In support of this Motion, and pursuant to Local Rule 83.5(h), I Jonathan E. Gertler declare that the following facts are true on the basis of my personal knowledge, and that I am competent to attest thereto:

(a) I am a licensed attorney and a partner in the law firm Chavez & Gertler LLP. My business address is:

| | |
|---|---|
| Firm Name: | Chavez & Gertler, LLP |
| Address: | 42 Miller Ave |
| City: | Mill Valley |
| State: | California |
| ZIP Code: | 94941 |
| Voice Phone: | (415) 381-5599 |
| FAX Phone: | (415) 381-5572 |
| Internet E-mail: | jon@chavezgertler.com |

(b) I was admitted to practice before all courts of the State of California on December 12, 1983. My California State Bar Registration Number is 111531.

(c) I am presently in good standing and eligible to practice in said Court. I have never been disciplined, disbarred, or suspended from practice before any court, department, bureau or commission of any State of the United States, nor have I ever received any reprimand from any such court, department bureau or commission pertaining to conduct or fitness as a member of the bar.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and was executed in Mill Valley, California on June 10, 2013.

_____
JONATHAN E. GERTLER

2