3

# [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Having considered the Motion For Leave To Appear *Pro Hac Vice* filed June \_\_\_, 2013, and for good cause shown, the Court finds that said motion should be sustained and that Jonathan E. Gertler should be and hereby is admitted to practice in the United States District Court for the Northern District of Ohio for purposes of the case *Roe v. Intellicorp Records, Inc.,* (Case No. 1:12-cv-0228-JG) only.

Dated this \_\_\_ day of _____, 2013.

_____
THE HONORABLE JAMES S. GWIN
UNITED STATES MAGISTRATE JUDGE

3