## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **JANE ROE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | ) ) ) | **CASE NO. 1:12CV02288** |
| | ) | **JUDGE JAMES S. GWIN** |
| **Plaintiff,** | ) ) ) | |
| **vs.** | ) ) | **NOTICE OF HEARING AND STATUS CONFERENCE** |
| **INTELLICORP RECORDS, INC.,** | ) ) | |
| **Defendant.** | ) | |

**AND**

| | | |
|---|---|---|
| **MICHAEL R. THOMAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | ) ) ) ) | **CASE NO. 1:12CV02443** |
| | ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **NOTICE OF STATUS CONFERENCE** |
| **INTELLICORP RECORDS, INC.,** | ) ) | |
| **Defendant.** | ) | |

**AND**

| | | |
|---|---|---|
| **MARK A. JOHNSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | ) ) ) | **CASE NO. 1:13CV00616** |
| | ) | |
| **Plaintiff,** | ) ) | |

| | | |
|---|---|---|
| **vs.** | **)** | **NOTICE OF STATUS** |
| | **)** | **CONFERENCE** |
| | **)** | |
| **INSURANCE INFORMATION** | **)** | |
| **EXCHANGE, LLC,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

      **TAKE NOTICE** that the above-captioned case (**1:12cv02288 - Jane Roe, etc. v. Intellicorp Records, Inc.**) has been scheduled for oral argument on motion for class certification before the Honorable James S. Gwin, United States District Judge, on June 27, 2013 at 8:30 a.m., Carl B. Stokes U.S. Courthouse, 801 W. Superior Ave., Courtroom 18A, Cleveland, Ohio 44113. **FOLLOWING THE MOTION HEARING THE COURT WILL CONDUCT A COMBINED STATUS CONFERENCE FOR ALL CASES CAPTIONED IN THIS NOTICE.  THE ATTENDANCE OF ALL COUNSEL OF RECORD IS REQUIRED FOR THE STATUS CONFERENCE; PARTIES AND REPRESENTATIVES NEED NOT ATTEND.**

**GERI M. SMITH**
**Clerk of Court**

By:    *s/  Gwen Mackey*
        Gwen Mackey
        Courtroom Deputy
        (216) 357-7217