# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

DATE: June 18, 2013

JANE ROE, individually and
on behalf of all others similarly
situated,

        Plaintiff,

        vs.

CASE NO. 1:12CV2288

JUDGE JAMES GWIN

COURT REPORTER: n/a

INTELLICORP RECORDS, INC.,

        Defendant.

MAGISTRATE JUDGE GREG WHITE

| Attys for Plaintiffs: | Christian Schreiber<br>Jason Bristol<br>Matthew Dooley<br>Anthony Pecora<br>Jonathan Gertler<br>Joshua Kim<br>Ian Lyngklip | Attys for Defendant: | Joel Cohen<br>Gina Caruso |
|---|---|---|---|

PROCEEDINGS: The Court held a telephonic conference on June 18, 2013 regarding the parties' discovery dispute.  With respect to production of the 3,047 consumer complaints and the random sampling of the 252,000 electronic records, the parties will adhere to the timetable discussed during the June 10, 2013 hearing.  A proposed Journal Entry containing the terms of an appropriate Protective Order will be submitted by close of business tomorrow.

 10 minutes
Total Time

                                                                    s/ Greg White
                                                                    United States Magistrate Judge