**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**FOR THE EASTERN DIVISION**

| | | |
|---|---|---|
| **JANE ROE, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**INTELLICORP RECORDS, INC.**<br><br>**Defendant.** | ) | **CASE NO. 1:12CV02288**<br><br>**JUDGE JAMES S. GWIN**<br><br>**MAGISTRATE JUDGE GREG WHITE**<br><br>**JOINT MOTION TO CONTINUE ALL DATES** |
| **MICHAEL R. THOMAS, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**INTELLICORP RECORDS, INC.**<br><br>**Defendant.** | ) | **CASE NO. 1:12CV02443**<br><br>**JUDGE JAMES S. GWIN**<br><br>**MAGISTRATE JUDGE GREG WHITE**<br><br>**JOINT MOTION TO CONTINUE ALL DATES** |
| **MARK A. JOHNSON, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**INSURANCE INFORMATION EXCHANGE, LLC,**<br><br>**Defendant.** | ) | **CASE NO. 1:13CV00616**<br><br>**JUDGE JAMES S. GWIN**<br><br>**MAGISTRATE JUDGE GREG WHITE**<br><br>**JOINT MOTION TO CONTINUE ALL DATES** |

Plaintiffs Jane Roe, Michael R. Thomas, and Mark A. Johnson and Defendants Intellicorp Records, Inc., and Insurance Information Exchange, LLC, jointly move this Court to continue all dates in the above-captioned matters by 30 days. Following the hearing before the Court on June 27, 2013, the parties have made substantial progress towards settlement with the assistance of mediator Niki Z. Schwartz. The parties are currently engaged in negotiating and finalizing a memorandum of understanding regarding settlement. Mr. Schwartz and the parties believe that a brief 30-day extension of time will facilitate their discussions. Good cause therefore exists to grant this motion.

For purposes of clarity, the parties are requesting that the Court adopt the following amended case management schedule:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Class Certification Discovery<br><br>(Case Nos. 1:12cv02443 and 1:13cv00616 only) | August 5, 2013 | September 4, 2013 |
| Deadline for Class Certification Motion<br><br>(Case Nos. 1:12cv02443 and 1:13cv00616 only) | August 19, 2013 | September 18, 2013 |
| Deadline for Opposition to Class Certification Motion<br><br>(Case Nos. 1:12cv02443 and 1:13cv00616 only) | September 9, 2013 | October 9, 2013 |
| Deadline for Reply to Class Certification Motion<br><br>(Case Nos. 1:12cv02443 and 1:13cv00616 only) | September 23, 2013 | October 23, 2013 |
| Deadline for Completing Discovery Needed to Support or Defend | October 7, 2013 | November 6, 2013 |

| Dispositive Motions | | |
|---|---|---|
| Deadline for Filing Dispositive Motions | October 15, 2013 | November 14, 2013 |
| Deadline for Filing Opposition to Dispositive Motions | November 4, 2013 | December 4, 2013 |
| Deadline for Filing Replies to Responses | November 11, 2013 | December 11, 2013 |
| Pre-trial Conference | December 19, 2013 | January 20, 2014 (subject to the Court's schedule) |
| Trial | January 6, 2014 | February 5, 2014 (subject to the Court's schedule) |

For the foregoing reasons, the parties request that the Court continue all dates in the above-captioned matters by 30 days.

Dated: July 19, 2013

Respectfully submitted,

/s/ Matthew A. Dooley
Matthew A. Dooley
Anthony R. Pecora
STUMPHAUZER | O'TOOLE
5455 Detroit Road
Sheffield Village, Ohio 44054
Tel: (440) 930-4001
Fax: (440) 934-7208
mdooley@sheffieldlaw.com
apecora@sheffieldlaw.com

CHAVEZ & GERTLER LLP
Christian Schreiber
Nance F. Becker
(admitted *pro hac vice*)
42 Miller Ave.
Mill Valley, CA 94941
Phone: (415) 381-5599
Fax: (415) 381-5572
christian@chavezgertler.com
nance@chavezgertler.com

CONSUMER LITIGATION ASSOCIATES
Leonard A. Bennett (VSB#37523)
Matthew Erausquin
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Phone: (757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com
matt@clalegal.com

THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok (Cal. Bar #256599)
(admitted *pro hac vice*)
P.O. Box 7165
Alhambra, CA 91802-7165
Phone: (310) 430-9933
Fax: (323) 563-3445
devin@devinfoklaw.com

A NEW WAY OF LIFE REENTRY PROJECT
Joshua E. Kim (Cal Bar #257260)
(admitted *pro hac vice*)
958 E. 108th St.
Los Angeles, CA 90059
Phone: (323) 563-3575
Fax: (323) 563-3445
joshua@anewwayoflife.org

/s/Joel M.Cohen (per email consent 7/19/2013)
Joel M. Cohen (pro hac vice)
joel.cohen@davispolk.com
Gina Caruso (pro hac vice)
gina.caruso@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: 212.450.4000
Facsimile: 212. 701.5800

David H. Wallace (0037210)
dwallace@taftlaw.com
Gregory J. O'Brien (0063441)
gobrien@taftlaw.com
Michael J. Zbiegien Jr. (0078352)
mzbiegien@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: 216.241.2838
Fax: 216.241.3707

Attorneys for Defendants Intellicorp Records, Inc., and Insurance Information Exchange, LLC

COHEN, ROSENTHAL & KRAMER
Joshua R. Cohen (0032368)
The Hoyt Block Bldg.
700 St. Clair Avenue, W
Suite 400
Cleveland, OH 44113
Phone: (216) 781-7956
Fax: (216) 781-8061

Attorneys for Plaintiffs Jane Roe,
Michael R. Thomas, Mark A. Johnson
and the Putative Class

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2013, a true and correct copy of the foregoing document was filed electronically. Notification of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

Matthew A. Dooley
Matthew A. Dooley
*Attorney for Plaintiffs Jane Roe,*
*Michael R. Thomas, Mark A. Johnson*
*and the Putative Class*