UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
: 
JANE ROE, INDIVIDUALLY AND ON : CASE NO. 1:12CV02288
BEHALF OF ALL OTHERS SIMILARLY, :
SITUATED, :
:
    Plaintiff, :
:
vs. :
:
INTELLICORP RECORDS, INC., :
:
    Defendant. :


MICHAEL R. THOMAS, : CASE NO. 1:12CV02443
INDIVIDUALLY AND ON BEHALF OF :
ALL OTHERS SIMILARLY SITUATED, :
:
    Plaintiff, :
:
v. :
:
INTELLICORP RECORDS, INC., :
:
    Defendant. :


MARK A. JOHNSON, INDIVIDUALLY : CASE NO. 1:13CV00616
AND ON BEHALF OF ALL OTHERS :
SIMILARLY SITUATED, :
:
vs. :
:
INSURANCE INFORMATION :
EXCHANGE, LLC, :
:
    Defendant. :
:
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

-1-

**ORDER**

This case is before the Court upon the parties' joint motion to continue assigned dates in the above captioned cases. The basis for the continuance is that the parties have made substantial progress towards settlement and they are currently engaged in negotiating and finalizing a memorandum of understanding regarding settlement. An additional 30 days will facilitate their discussions.

The Court finds the motion to be well taken and same is granted. The new deadlines imposed by the Court are as suggested in the motion:

    1) class certification discovery deadline: September 4, 3013

    2) class certification motion deadline: September 18, 2013

    3) deadline for opposition to class certification motion:

October 9, 2013;

    4) deadline for reply to class certification motion:

October 23, 2013;

**(the above noted deadlines are imposed as to Case Nos. 1:12cv02443 and 1:13cv00616).**

    5) dispositive motion discovery deadline: November 6, 2013;

    6) dispositive motion filing deadline: November 14, 2013;

    7) dispositive motion opposition deadline: December 4, 2013;

    8) dispositive motion reply deadline: December 11, 2013;

    9) final pretrial conference: January 20, 2014, at 12:00 noon;

    10) jury trial: February 5, 2014, at 8:00 a.m., on two-week standby basis.

**(the deadlines imposed in 5 - 10 above apply to all three cases (1:12cv02288, 1:12cv02443 and 1:13cv00616).**

**COUNSEL SHALL NOTE THAT NO FURTHER EXTENSIONS WILL BE GRANTED AND THE COURT WILL ENTERTAIN NO FURTHER MOTIONS FOR EXTENSION OF THE ASSIGNED DATES IN THIS ORDER.**

IT IS SO ORDERED.


Dated: July 22, 2013                         s/ *James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE