Motion denied as moot 9/19/13.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JANE ROE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>INTELLICORP RECORDS, INC., an Ohio corporation, and DOES 1-50, inclusive,<br><br>　　　　　　Defendant. | Case No.: 1:12-CV-02288-JG<br><br>Judge: James S. Gwin<br><br>**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPROVAL OF CLASS COUNSEL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Jane Roe hereby moves the Court for an order certifying her claims against Defendant Intellicorp Records, Inc. ("Intellicorp") arising from Defendant's alleged violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. Plaintiff seeks certification of her claims arising under 15 U.S.C. §1681e(b), on behalf of the following class:

> All consumers in the U.S. with respect to whom, during the period April 16, 2007 through the date class certification is granted, Intellicorp furnished for employment purposes both a Criminal SuperSearch report and a report based on a Single County Criminal or other records-based search; whose Criminal SuperSearch report included results for criminal history; and whose Criminal SuperSearch report was inaccurate for one or more of the following reasons:
> 　　(1) The Criminal SuperSearch report showed "results," but a subsequent Single County Criminal or other court record search showed "no results."

1